# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DELMARVA POWER & LIGHT CO.,** *

Plaintiff, *

v. * No. 04-34C

**THE UNITED STATES,** * (Filed May 7, 2004)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion filed on May 5, 2004, for an enlargement of time is granted. Defendant shall respond to the complaint by May 12, 2004.

s/ Edward J. Damich

---

**Chief Judge Edward J. Damich**
**For Judge Christine O.C. Miller**