IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0034C |
| | ) | (Judge Christine Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO STRIKE DOCKET ENTRY NO. 16 FROM THE DOCKET SHEET IN THIS CASE

Defendant, the United States, respectfully requests that the Court strike the motion to dismiss that is recorded on the docket sheet as Docket Entry No. 16 from this case.

On May 12, 2004, the Government filed a motion to dismiss the plaintiff's complaint in this case, which is recorded as Docket Entry No. 15 on the docket sheet for this case. Subsequently, a similar motion to dismiss was to be filed by another attorney from the Department of Justice in Atlantic City Electric Company v. United States, No. 04-0036C (Fed. Cl.) (Futey, J.), but, upon that attorney's first attempt to file the motion to dismiss in the Atlantic City case, he accidentally filed it in this case. Because the pleading recorded at Docket Entry No. 16 relates to the Atlantic City case, and not this case, we respectfully request that the Court strike the Atlantic City pleading recorded at Docket Entry No. 16 from the docket of this case. We apologize for this inadvertent error.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

May 18, 2004

CERTIFICATE OF FILING

I hereby certify that, on this 18th day of May, 2004, a copy of the foregoing "DEFENDANT'S MOTION TO STRIKE DOCKET ENTRY NO. 16 FROM THE DOCKET SHEET OF THIS CASE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.