# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT CO.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-34C |
| **THE UNITED STATES,** | * | (Filed May 20, 2004) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's Motion To Strike Docket Entry No. 16 From the Docket in this Case filed on May 18, 2004, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. The Clerk of the Court shall strike Docket Entry No. 16 "Defendant's Motion To Dismiss" from the docket of this case.

2. Paragraph 6 of the order entered on May 14, 2004, is vacated.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge