# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DELMARVA POWER & LIGHT CO.,** *

Plaintiff, *

v. * No. 04-34C

**THE UNITED STATES,** * (Filed Nov. 5, 2004)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Argument on defendant's motion to dismiss will be held at 2:30 p.m. on Tuesday, November 30, 2004, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge