**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DELMARVA POWER & LIGHT COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 04-0034 (J. Miller)** |

**PLAINTIFF DELMARVA POWER & LIGHT COMPANY'S NOTICE OF RELATED CASES**

Plaintiff Delmarva Power & Light Company ("Delmarva"), through its undersigned counsel, state that this action may be related to the following actions that were filed and are currently pending in this Court:

1. Arizona Public Service Company v. United States, No. 03-2832C, Judge Hodges.
2. Atlantic City Electric Company v. United States, No. 04-36, Judge Futey.
3. Boston Edison Co. v. United States, No. 99-447C, Judge Lettow.
4. BWX Technologies, Inc. v. United States, No. 04-96, Judge C. Miller.
5. Canal Electric Company v. United States, No. 04-35, Judge Hodges.
6. Carolina Power & Light Company, Florida Power Corporation v. United States, No. 04-0037C, Judge Hewitt
7. Cleveland Electric Illuminating Co., Pennsylvania Power Company, Toledo Edison Co., v. United States, No. 04-69, Judge Wolski.
8. Commonwealth Edison Co. v. United States, No. 98-621C, Judge Hewitt.

9. Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C, Judge Merow.

10. Consolidated Edison C. of NY v. United States, No. 04-33, Judge Lettow.

11. Constellation Generation Group, LLC, Calvert Cliffs Nuclear Plant, Inc. and Nine Mile Point Nuclear Station, LLC, No. 04-0068C, Judge Margolis.

12. Consumers Energy Co. v. United States, No. 02-1894C, Judge Damich.

13. Dairyland Power Cooperative v. United States, No. 04-106, Judge Damich.

14. Detroit Edison Co. v. United States, No. 02-926C, Judge Coster Williams.

15. Dominion Resources, Inc. and Dominion Nuclear Connecticut, Inc. v. United States, No. 04-0083C, Judge Bruggink.

16. Dominion Resources, Inc. and Virginia Electric and Power Company v. United States, No. 04-0084C, Judge Bruggink.

17. Duke Power v. United States, No. 98-485C, Judge Sypolt.

18. Energy Northwest v. United States, No. 04-0010C, Judge Damich.

19. Entergy Gulf States, Inc. v. United States, No. 03-2625C, Judge Coster Williams.

20. Entergy Nuclear Fitzpatrick, LLC, Entergy Nuclear Indian Point 3, LLC, and Entergy Nuclear Operations, Inc. v. United States, No. 03-2627C, Judge Damich.

21. Entergy Nuclear Generation Company v. United States, No. 03-2626C, Judge Lettow.

22. Entergy Nuclear Indian Point 2, LLC v. United States, No. 03-2622C, Judge Lettow.

23. Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc. v. United States, No. 03-2663C, Judge Hodges.

24. Florida Power & Light Co. v. United States, No. 98-483C, Judge Sypolt.

25. FPL Energy Seabrook LLC, Massachusetts Municipal Wholesale Electric Company, Taunton Municipal Lighting and Hudson Light & Power v. United States, No. 04-0088C, Judge Damich.

26. General Atomic, No. 03-2505, Judge Wolski.

27. General Electric Company v. United States, No. 04-107, Judge Wolski.

28. General Electric Company v. United States, No. 04-108, Judge Wolski.

29. Illinois Power Company v. United States, No. 04-133, Judge Damich.

30. Indiana Michigan Power Co. v. United States, No. 98-486C, Judge Hodges.

31. Interstate Power and Light Company v. United States, No. 04-0067C, Judge C. Miller.

32. Kansas Gas & Electric Company v. United States, No. 04-99, Judge C. Miller.

33. Maine Yankee Atomic Power Co,. Maine Public Utilities Commission (Movant) and Holtec International (Movant) v. United States, No. 98-474C, Judge Merow.

34. Nebraska Public Power District v. United States, No. 01-116C, Judge Sypolt.

35. Niagara Mohawk Power Corporation v. United States, No. 04-124, Judge Sypolt.

36. Niagara Mohawk Power Corporation, New York State Electric & Gas Corporation, Rochester Gas And Electric Corporation, And Central Hudson Gas & Electric Corporation v. United States, No. 04-125, Judge Allegra.

37. Northern States Power Co. v. United States, No. 98-484C, Judge Wiese.

38. Omaha Public Power District v. United States, No. 01-115C, Judge Bush.

39. Pacific Gas & Electric Company v. United States, No. 04-0074, Judge Hewitt.

40. Pacific Gas & Electric Company v. United States, No. 04-0075, Judge Hewitt.

41. Portland General Electric Company v. United States, No. 04-00009, Judge Bruggink.

42. PPL Susquehanna, LLC v. United States, No. 04-0070C, Judge Judge Horn.

43. PSEG Nuclear LLC v. United States, No. 01-551C, Judge Sypolt.

44. Power Authority of New York v. United States, No. 00-703C, Judge Damich.

45. Rochester Gas And Electric Corporation v. United States, No. 04-118, Judge Bush.

46. Sacramento Municipal Utility District v. United States, No. 98-488C, Judge Braden.

47. South Carolina Electric & Gas and South Carolina Public Service Authority, No. 04-101, Judge Lettow.

48. Southern California Edison Company v. United States, No. 04-109, Senior Judge Baskir.

49. Southern Nuclear Operating Co., Georgia Power Co., Alabama v. United States, No. 98-614C, Judge Merow.

50. System Fuels Inc., on its own behalf and as agent for Entergy Arkansas, Inc. v. United States, No. 03-2623C, Judge Lettow.

51. System Fuels Inc., on its own behalf and as agent for Entergy Louisiana , Inc. v. United States, No. 03-2621C, Judge Coster Williams.

52. System Fuels Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association v. United States, No. 03-2624C, Judge Braden.

53. Tennessee Valley Authority v. United States, No. 01-249C, Judge Lettow.

54. Texas Genco, LP, AEP Texas Central Company, City of Austin, Texas and City of San Antonio, Texas Acting Through The Public Service Board Of SanAntonio v. United States, No. 04-100, Judge Wolski.

55. TXU Generation Company v. United States, No. 04-98, Judge Coster Williams.

56. Union Electric Company v. United States, No. 04-97, Judge Hodges.

57. Vermont Yankee Nuclear Power Corp. v. United States, No. 02-898C, Judge Hodges.

58. Wisconsin Electric Power Co. v. United States, No. 00-697C, Judge Merow.

59. Wisconsin Public Service Corporation v. United States, No. 04-0071C, Judge Block.

60. Yankee Atomic Electric Co. v. United States, No. 98-126C, Judge Merow.

RCFC 40.2(a)(1)(B) states that actions involving the "same contract, property or patent" are deemed related. This action, as well as the actions listed above, all relate to activities the Government is and was obligated to undertake for the purposes of permanent disposal of spent nuclear fuel ("SNF") discharged from the nation's nuclear power plants. The Government's obligations, which it has not fulfilled, were mandated by the Nuclear Waste Policy Act of 1982, ("the Act"), and such obligations were also set

forth in a form of Standard Contract, the material terms of which are published at 10 C.F.R. § 961.11.

Delmarva's action is based on the Government's taking of plaintiff's property interests, and deals with SNF relating to a nuclear plant that has been sold. Case numbers 04-35C, 04-36C and 04-0068C, as set forth above, also relate to sold nuclear plants.

To be sure, Delmarva does not believe that transfer, or a suggestion for consolidation of this or any of the above-listed cases would be proper, inasmuch as the Government's breach of its obligations under the Act and the Standard Contract has been established by prior rulings of the Courts of Appeal, and each plaintiff's damages depend upon the unique circumstances of its particular nuclear power plant(s) and are specific to it. Moreover, this action asserts noncompliance with the Act and wrongdoing by the government pertaining to its fee assessment practices, claims which are not raised in the great majority of the above-referenced cases.

Accordingly, transfer or some other action, such as consolidation, would not conserve judicial resources or promote efficiencies in the determination of any of the actions, and through this notice, Delmarva is merely assuring its compliance with RCFC 40.2. Delmarva particularly notes that Chief Judge Damich has twice rejected requests by the Government to consolidate some or all of the above-referenced cases. See Yankee Atomic Electric Co. v. United States, No 98-126C, (Fed. Cl. Jan. 30, 2004); see also Yankee Atomic Electric Co. v. United States, No. 98-126C, (Fed Cl. April 16, 2003).

Given the facts summarized above, there may be some question about whether the actions listed above are "directly-related cases" or "indirectly-related cases" within the meaning of RCFC 40.2. Nonetheless, this notice is filed in order to

permit the Court to make an informed judgment as to the proper disposition of this action.

Date: November 10, 2004

Respectfully submitted,

s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

*Counsel of Record for*
*Delmarva Power & Light Company*

Of Counsel:
David M. Nadler
Nicholas W. Mattia, Jr.
Bradley D. Wine
Jeffery P. Becherer
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

Todd L. Goodman
CONECTIV
P.O. Box 231
Wilmington, DE 19899-0231
(302) 429-3786

**CERTIFICATE OF FILING**

I hereby certify that on November 10, 2004, a copy of the foregoing "Plaintiff Delmarva Power & Light Company's Notice of Related Case" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

*Counsel of Record for*
*Delmarva Power & Light Company*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 10, 2004, a copy of the foregoing "Plaintiff Delmarva Power & Light Company's Notice of Related Cases" was served by first class mail, postage prepaid, upon the following:

Harold D. Lester, Jr., Esquire
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

Alex D. Tomaszczuk, Esquire
Shaw Pittman
1650 Tysons Boulevard
McLean, VA 22102-4859

Brad Fagg, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Jerry Stouck, Esquire
Spriggs & Hollingsworth
1350 I Street, NW
Ninth Floor
Washington, DC 20005-3305

Richard W. Oehler, Esquire
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

David A. Handzo, Esquire
Jenner & Block
601 Thirteenth Street, NW, Suite 1200
South
Washington, DC 20005

Peter K. Shea, Esquire
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902-1401

Thomas O. Mason, Esquire
Williams, Mullen, Clark & Dobbins
8270 Greensboro Drive, Suite 700
McLean, VA 22102

Stephen Daiel Harvey, Esquire
BMX Technologies Inc.
Law Department
2016 Athos Road
Lynchburg, VA 24504-5447

Barry Stuart Hyman, Esquire
Schiff Hardin, LLP
6600 Sears Tower
Chicago, IL 60606

Michael J. Henke, Esquire
Vinson & Elkins L.L.P.
1455 Pennsylvania Ave., N.W.
Suite 700
Washington, DC 20004-1008

s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

*Counsel of Record for*
*Delmarva Power & Light Company*