**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DELMARVA POWER AND LIGHT COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-0034C** |
| | ) | **(Judge Christine Miller)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Delmarva Power and Light Company ("Delmarva"), by the undersigned counsel, hereby files its Response to Defendant's Motion for an Enlargement of Time filed on December 29, 2004 ("Motion"). In its Motion, the Government seeks an additional eleven days to 1) respond to Delmarva's Amended Complaint and 2) file a joint status report. Counsel for the Government first notified counsel for Delmarva of its request for an enlargement of time on the afternoon of December 28, 2004, some twenty-five (25) days after our joint appearance before the Court on December 3, 2004. While the undersigned counsel was in the process of discussing the Government's request with his client, Defendant proceeded to file the pending Motion the very next day. Delmarva would have preferred additional time to have been able to address the Government's request in a more cooperative spirit, rather than being required to respond to the present Motion. Nevertheless, and in the interest of furthering settlement discussions, Delmarva does not oppose Defendant's Motion.

Date: January 3, 2005

Respectfully submitted,

/s/ Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

*Counsel of Record for*
*Delmarva Power and Light Company*

Of Counsel: David M. Nadler
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

Todd L. Goodman
CONECTIV
P.O. Box 231
Wilmington, DE 19899-0231
(302) 429-3786

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2005, a copy of the foregoing "Plaintiff's Response to Defendant's Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine