# In the United States Court of Federal Claims

| | |
|---|---|
| **DELMARVA POWER & LIGHT CO.,** | |
| Plaintiff, | |
| v. | No. 04-34C |
| **THE UNITED STATES,** | (Filed Jan. 21, 2005) |
| Defendant. | |

## ORDER

Further to the parties' Joint Status Report filed on January 14, 2005,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 40.2(a)(3) Atlantic City Electric Co. v. United States, No. 04-36C was reassigned to the undersigned on January 11, 2005. Pursuant to RCFC 42(a), it appears that No. 04-34C involves common questions of law with No. 04-36C. Therefore, the two cases are consolidated.

2. The parties shall commence engaging in settlement discussions by no later than January 25, 2005.

3. The parties shall file a Joint Status Report by February 15, 2005, stating with particularity the status of settlement.

4. Pursuant to RCFC 7.2(a), Defendant's Motion for Leave To Defer Seeking Joinder of Third Parties filed on January 14, 2005, is granted.

s/ Christine O.C. Miller
______________________________
Christine Odell Cook Miller
Judge