IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.04–0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller) |

JOINT STATUS REPORT

Pursuant to the Court's order dated January 21, 2005, plaintiffs, Delmarva Power & Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic City"), and defendant, the United States, respectfully submit this status report "stating with particularity the status of settlement."

The parties represent that, in accordance with the Court's directive in its order dated January 21, 2005, the parties initiated settlement discussions through a telephone conference between the parties on January 25, 2005. Subsequently, the plaintiffs provided defendant with information pursuant to Federal Rule of Evidence 408 on February 4, 2005, and, on February 7, 2005, the parties met to continue their discussions. On the following day, plaintiffs forwarded to defendant a copy of the material discussed at the February 7th meeting. At the parties' meeting on February 7, 2005, and by letter dated February 11, 2005, counsel for defendant requested some additional information from the plaintiffs about their settlement positions, and the plaintiffs are in the process of identifying the information that they will provide in response. The parties have agreed to meet again on Wednesday, March 2, 2005, to continue their discussions, after the plaintiffs have had an opportunity to respond to defendant's February 11, 2005 request.

The parties suggest that the Court permit the parties to continue their discussions for a short period of time and to submit another status report regarding the status of settlement by March 8, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Respectfully submitted,

s/ Richard J. Conway by s/ Nicholas W. Mattia
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY, LLP
2101 L Street, N.W.
Washington, DC 20037
Tele: (202) 785-9700

*Counsel for Delmarva Power & Light Company & Atlantic City Electric Company*

February 14, 2005