# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**DELMARVA POWER & LIGHT CO.,** *
*
Plaintiff, *
*
v. * No. 04-34C & -36C
*
**THE UNITED STATES,** * (Filed Feb. 15, 2005)
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the Joint Status Report filed on February 14, 2005,

**IT IS ORDERED**, as follows:

The parties shall file a subsequent Joint Status Report by March 8, 2005, stating with particularity the status of settlement.

s/ Christine O.C. Miller
_______________________________________
Christine Odell Cook Miller
Judge