IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.04–0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant the parties an enlargement of time within which to file their Joint Preliminary Status Report ("JPSR") in the Delmarva case. The JPSR is currently due to be filed by March 7, 2005. Defendant requests that the Court permit the parties to file their JPSR within 14 days after either party notifies the Court through a status report or other written pleading that the parties have suspended or concluded their settlement discussions. Neither party has previously requested an enlargement of time for this purpose. Counsel for plaintiff, Richard Conway, has represented that plaintiffs, Delmarva Power & Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic City"), do not oppose this request.

Defendant further requests that the Court grant the parties an enlargement of three days, to and including March 11, 2005, to file their joint status report regarding the status of settlement discussions. Pursuant to this Court's order dated February 15, 2005, that joint report is due to be filed by March 8, 2005. Neither party has previously sought an enlargement of time for this purpose. Counsel for plaintiff has represented that Delmarva and Atlantic City do not oppose this request.

As suggested by the Court, the parties have been discussing the possibility of an amicable resolution of these cases and, on Wednesday, March 2, 2005, again met to continue their discussions. At the present time, the Government is reviewing some issues in these two cases to determine whether continued discussions may be fruitful. Because of these discussions, the parties have deferred preparing their views on continued proceedings in these two cases, should settlement discussions not result in an amicable resolution of these cases. The Court has ordered the parties to submit a status report regarding the status of settlement discussions by Tuesday, March 8, 2005. However, defendant needs to complete its analysis of some issues before it can determine whether continued discussions could be fruitful, but has been unable to complete all of its analysis, in part because of commitments in other spent nuclear fuel cases. Defendant anticipates that it will be able to complete this analysis in time to report to the plaintiffs regarding its settlement analysis and to determine whether it can represent that additional time for further discussions may be warranted by the requested date of March 11, 2005, for filing a joint status report.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

CERTIFICATE OF FILING

I hereby certify that on this 7th day of March, 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.