# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT CO.,** | * | |
| Plaintiff, | * | |
| v. | * | Nos. 04-34C & 04-36C |
| **THE UNITED STATES,** | * | (Filed Mar. 8, 2005) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion filed on March 7, 2005, for an enlargement of time is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. The time for the parties to file their Joint Preliminary Status Report in No. 04-34C shall be set by further order.

2. The parties shall file their Joint Status Report by March 11, 2005.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge