# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT CO.,** Plaintiff, | * | |
| v. | * | No. 04-34C & -36C |
| **THE UNITED STATES,** Defendant. | * | (Filed Mar. 14, 2005) |

## ORDER

Further to the Joint Status Report filed on March 11, 2005,

**IT IS ORDERED**, as follows:

A status conference shall be held at 3:00 p.m. on Thursday, April 7, 2005, in the Howard T. Markey National Courts Building. Counsel shall be prepared to discuss the matters addressed in the Joint Status Report and, if necessary, to schedule further proceedings.

s/ Christine O.C. Miller

______________________________________

Christine Odell Cook Miller
Judge