IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04–0034C, into which has |
| v. | ) | been consolidated No. 04-0036C |
| | ) | (Judge Christine Miller) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT
OF TIME TO FILE ANSWER TO PLAINTIFF ATLANTIC CITY
ELECTRIC COMPANY'S AMENDED COMPLAINT OUT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time, out of time, of 71 days within which to file its answer to the amended complaint filed by plaintiff, Atlantic City Electric Company ("Atlantic City"). Our answer was due on January 25, 2005. We have not previously requested any enlargements of time for this purpose. A copy of our answer accompanies this motion.

Because of an administrative oversight based upon the transfer of Atlantic City Electric Company v. United States, 04-0036C, from Judge George Miller to this Court, we inadvertently failed to timely file an answer to Atlantic City's amended complaint after the denial of the Government's motion to dismiss without prejudice to refile the motion before this Court. Just before trial began in another spent nuclear fuel case, Sacramento Municipal Utility District v. United States, No. 98-488C (Fed. Cl.) ("SMUD"), counsel for plaintiff inquired about the status of our answer and whether the Government viewed its answer to the amended complaint of the other plaintiff in the consolidated case, Delmarva Power and Light Company, as applicable to the Atlantic City amended complaint. Although the answer attached here is essentially identical to

the answer that we filed in response to the Delmarva amended complaint, we believe it appropriate, for clarity's sake, to file a separate pleading addressing Atlantic City's amended complaint. Counsel for defendant reviewed the Atlantic City and Delmarva amended complaints immediately after the conclusion of the SMUD trial to confirm that the answers should be identical. Given that counsel for plaintiff has had the answer to Delmarva's amended complaint since January 2005 and it does not appear that the requested enlargement will prejudice Atlantic City, we respectfully request that the Court permit us to file our answer out of time.

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement of time out of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

April 6, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of April, 2005, a copy of foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PLAINTIFF ATLANTIC CITY ELECTRIC COMPANY'S AMENDED COMPLAINT OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner