IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04–0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller) |

DEFENDANT'S MOTION FOR LEAVE TO DEFER SEEKING JOINDER OF THIRD PARTIES IN *ATLANTIC CITY ELECTRIC CO. v. UNITED STATES*, NO. 04-0036C

Defendant, the United States, respectfully requests that the Court grant defendant leave temporarily to defer requesting that the Court issue notice to third parties pursuant to RCFC 14 or join third parties as third-party defendants in Atlantic City Electric Co. v. United States, No. 04-0036C (Fed. Cl.). Pursuant to RCFC 14(b)(2), motions that the Court issue notices or summons under RCFC 14 are to be filed by the United States on or before the date on which the answer is required to be filed. Today, we have filed a motion for leave to file out-of-time our answer in response to Atlantic City's amended complaint. For the reasons identified below, we believe it appropriate to attempt to reach an agreement with the plaintiff and the third parties before seeking the Court's intervention through a RCFC 14 motion. By order dated January 21, 2005, the Court granted a motion in this case seeking the same relief with regard to plaintiff Delmarva Power and Light Company.

In this case, it is clear that Atlantic City's claims implicate the claims of another plaintiff with a case pending before this Court, PSEG Nuclear, L.L.C. ("PSEG"), in a case docketed as No. 01-551C, as well as a former plaintiff in a case that has now been settled, Exelon Generation Company, LLC ("Exelon"). The plaintiff in this case, Atlantic City, sold its rights in nuclear

reactors at Salem and Hope Creek to PSEG, assigned claims to PSEG, sold its right in nuclear reactors at Peach Bottom to Exelon, and now asserts that PSEG and Exelon paid it a lesser price upon the sale than they would have had the Department of Energy not breached the Standard Contract. If, in fact, plaintiff is entitled to recover its "diminished value" damages from the United States, it appears that the United States should, as part of any judgment in favor of PSEG in PSEG's lawsuit relating to the Salem and Hope Creek reactors, be entitled to account for the reduced price that PSEG paid in that sale. In addition, it would appear appropriate to ensure that any issues surrounding the assignment of the plaintiff's claims to PSEG and to Exelon are resolved consistently to eliminate the possibility that the United States could be found liable to two different sets of plaintiffs for the same damages.

At this time, however, we are attempting to determine the most efficient manner in which to deal with these issues. Given that PSEG has a case currently pending before this Court, it may be appropriate to consolidate these cases so that a single judgment will resolve all of these issues in a consistent manner. In that case, notices and summons pursuant to RCFC 14 would appear unnecessary. So that we can attempt to resolve the issue of PSEG's involvement in this litigation through consultation with PSEG and the plaintiff before seeking the Court's involvement, and to allow us to determine whether there is any need to seek Exelon's involvement in this litigation in any way, we respectfully request that the Court allow us temporarily to defer filing our motion to join a party or issue notice to a third party pursuant to RCFC 14.

For the foregoing reasons, we respectfully request that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

April 6, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of April, 2005, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO DEFER SEEKING JOINDER OF THIRD PARTIES IN *ATLANTIC CITY ELECTRIC CO. v. UNITED STATES*, NO. 04-0036C" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner