# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DELMARVA POWER & LIGHT CO.,** *

Plaintiff, *

v. * Nos. 04-34C & -36C

**THE UNITED STATES,** * (Filed Apr. 7, 2005)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the status conference held this date,

**IT IS ORDERED**, as follows:

1. Defendant's motion filed on April 6, 2005, to file its answer in No. 04-36C out of time is granted, plaintiff having no objection thereto, and Defendant's Answer and Affirmative Defenses to Plaintiff Atlantic City Electric Company's Amended Complaint is deemed filed this date.

2. Defendant's motion filed on April 6, 2005, for leave to defer seeking joinder of third parties in No. 04-36C is granted, plaintiff having no objection thereto, pending an order that enters on the parties' Joint Status Report to be filed by April 21, 2005, re: consolidation or other solution to bringing in PSEG Nuclear.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge