# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT CO.,** | * | |
| Plaintiff, | * | |
| v. | * | Nos. 04-34C & -36C |
| **THE UNITED STATES,** | * | (Filed Apr. 7, 2005) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the status conference held this date,

**IT IS ORDERED**, as follows:

1. On April 21, 2005, the parties shall file a Joint Status Report on consolidating PSEG Nuclear, L.L.C. v. United States, No. 01-551C, with the instant cases or bringing PSEG into the cases by another means.

2. By April 21, 2005, defendant shall file its Renewed Motion for Summary Judgment.

3. By May 10, 2005, plaintiff shall file its response.

4. By May 18, 2005, defendant shall file its reply.

5. Argument shall be held at 11:00 a.m. on Tuesday, May 24, 2005, in the Howard T. Markey National Courts Building.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge