# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | | |
|---|---|---|---|
| **DELMARVA POWER & LIGHT CO.,** | | * | |
| | Plaintiff, | * | |
| v. | | * | Nos. 04-34C & -36C |
| **THE UNITED STATES,** | | * | (Filed Apr. 22, 2005) |
| | Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion filed on April 21, 2005, for an enlargement of time is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. Paragraph 1 of the order entered on April 7, 2005, is modified insofar as the parties' Joint Status Report on consolidating PSEG Nuclear, L.L.C. v. United States, No. 01-551C, with the instant cases or bringing PSEG into the cases by another means shall be filed by April 28, 2005.

2. Paragraph 2 of the order entered on April 7, 2005, is modified insofar as defendant shall file its Renewed Motion for Summary Judgment by April 28, 2005.

3. Paragraph 3 of the order entered on April 7, 2005, is modified insofar as plaintiff shall file its response by May 17, 2005.

4. Paragraph 4 of the order entered on April 7, 2005, is modified insofar as defendant shall file its reply by May 24, 2005.

5. Paragraph 5 of the order entered on April 7, 2005, is modified insofar as argument shall be held at 2:00 p.m. on Wednesday, June 8, 2005.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge