# TABLE OF CONTENTS

PAGE(S)

DEFENDANT'S BRIEF . . . . . . . . . . 1

STATEMENT OF THE ISSUES . . . . . . . . . . 1

STATEMENT OF FACTS . . . . . . . . . . 2

SUMMARY OF ARGUMENT . . . . . . . . . . 2

DISCUSSION . . . . . . . . . . 5

I. HAVING PURPORTED TO ASSIGN THEIR CONTRACT AND TAKINGS CLAIMS TO THIRD PARTIES BY WRITTEN AGREEMENT, PLAINTIFFS ARE BARRED FROM ASSERTING THE INVALIDITY OF THEIR OWN ASSIGNMENT AGREEMENTS . . . . . . 5

II. TO THE EXTENT THAT PLAINTIFFS ARE OTHERWISE PERMITTED TO PURSUE THEIR CONTRACT CLAIMS, THEIR REQUEST FOR DIMINISHED VALUE AND RESTITUTION DAMAGES SHOULD BE DENIED . . . . . . . . . . 10

A. The Plaintiff's Contract Claim For The Diminished Sales Price Of Their Minority Interests In The Reactors At Issue Is A Claim For Unrecoverable Consequential Damages . . . . . . . . . . 10

1. A Plaintiff May Not Obtain Consequential Damages For An Alleged Breach Of Contract . . . . . . . . . . 10

2. The Plaintiffs' Sales Of Their Interests In The Nuclear Reactors At Issue Is Not Directly Related To The Standard Contract, But, Rather, Constitute Independent And Collateral Undertakings . . . . . . . . . . 14

B. The Plaintiffs' Request For Restitution Damages Should Be Dismissed . . . . . . . . . . 17

1. The Alleged Third-Party Beneficiary Plaintiffs' Contract Claims For Restitution Damages Fail Because The Actual Contract Holders Elected To View DOE's Delay As A Partial Breach Of Contract . . . . . . . . . . 17

TABLE OF CONTENTS (cont'd)

PAGE

2. Plaintiffs Did Not Pay And Had No Obligation To Pay Any Money Into The Nuclear Waste Fund, Precluding Their Claims For Restitution Of Those Payments As A Matter Of Law . . . . . 19

III. TO THE EXTENT THAT PLAINTIFFS ARE OTHERWISE PERMITTED TO PURSUE THEIR TAKINGS CLAIMS, THOSE CLAIMS SHOULD BE DENIED ON THEIR MERITS . . . . . 21

A. Plaintiffs Have Not Identified A Cognizable Claim For A Taking Of Rights Created By A Contract With The Government . . . . . 21

B. Plaintiffs' Taking Claim Based Upon Rights Allegedly Created By The Nuclear Waste Policy Act Does Not State A Viable Claim . . . . . 25

C. The Plaintiffs Cannot Assert A Physical Taking Of Their Property . . . . . 28

D. The Plaintiffs Have Not Identified Any Viable Regulatory Taking Of Their Property . . . . . 29

IV. PLAINTIFFS' ASSERTION THAT PAYMENT OF FEES INTO THE NUCLEAR WASTE FUND SOMEHOW CONSTITUTES A "TAKING" OF THEIR PROPERTY IS MERITLESS . . . . . 33

A. Because An Obligation To Pay Fees Into The Nuclear Waste Fund Is Created By Contract, That Obligation Cannot Form The Basis Of A Takings Claim . . . . . 33

B. Because The Standard Contracts At Issue Did Not Require *Plaintiffs* To Pay Fees Into The Nuclear Waste Fund, Any Payment Of Fees By Plaintiffs Was Not "Compelled" By The Government . . . . . 34

C. This Court Lacks Jurisdiction To Entertain Claims Relating To The Amount Of The Nuclear Waste Fund Fees . . . . . 35

CONCLUSION . . . . . 37

# TABLE OF AUTHORITIES

CASES PAGE(S)

Adams v. United States,
391 F.3d 1212 (Fed. Cir. 2004) . . . . . 26

Alabama Power Co. v. Department of Energy,
307 F.3d 1300 (11th Cir. 2002) . . . . . 36

Ambase Corp. v. United States,
58 Fed. Cl. 32 (2003) . . . . . 30

Andrus v. Allard,
444 U.S. 51 (1979) . . . . . 32

Atlas Corp. v. United States,
895 F.2d 745 (Fed. Cir.), cert. denied, 498 U.S. 811 (1990) . . . . . 35

Bailey v. United States,
53 Fed. Cl. 251 (2002), aff'd, 341 F.3d 1342 (Fed. Cir. 2003) . . . . . 24

Boston Edison Co. v. United States,
64 Fed. Cl. 167 (2005) . . . . . 16, 28, 36

Branch v. United States,
69 F.3d 1571 (Fed. Cir. 1995) . . . . . 21, 25

Castle v. United States,
48 Fed. Cl. 187 (2000), aff'd in relevant part, 301 F.3d 1328 (Fed. Cir. 2002) . . . . . 23

Castle v. United States,
301 F.3d 1328 (Fed. Cir. 2002) . . . . . 19, 21, 24

Commonwealth Edison Co. v. United States,
271 F.3d 1327 (Fed. Cir. 2001) . . . . . 27, 35

Commonwealth Edison Co. v. United States,
56 Fed. Cl. 652 (2003) . . . . . 22

Coughlin v. Blair,
41 Cal. 2d 587, 262 P.2d 305 (1953) . . . . . 18

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Custom Contemporary Homes, Inc. v. United States,
5 Cl. Ct. 88 (1984) . . . . . 34

D.R. Smalley & Sons, Inc. v. United States,
178 Ct. Cl. 593, 372 F.2d 505, 508, cert. denied, 389 U.S. 835 (1967) . . . . . 34

Detroit Edison Co. v. United States,
56 Fed. Cl. 299 (2003) . . . . . 24

Energy Capital Corp. v. United States,
302 F.3d 1314 (Fed. Cir. 2002) . . . . . 13

Fern v. United States,
908 F.2d 955 (Fed. Cir. 1990) . . . . . 25

First Height Banks v. United States,
57 Fed. Cl. 162 (2003) . . . . . 12

Forest Properties, Inc. v. United States,
177 F.3d 1360 (Fed. Cir. 1999) . . . . . 29

Gardner Displays Co. v. United States,
171 Ct. Cl. 497, 346 F.2d 585 (1965) . . . . . 10

General Electric Uranium Mgt. Corp. v. United States Department of Energy,
764 F.2d 896 (D.C. Cir. 1985) . . . . . 36, 37

Golden Pacific Bancorp v. United States,
15 F.3d 1066 (Fed. Cir. 1994) . . . . . 31

Hansen Bancorp, Inc. v. United States,
367 F.3d 1297 (Fed. Cir. 2004) . . . . . 17

Harris v. Tipton,
90 P.2d 932 (Okla. 1932) . . . . . 9

Hendler v. United States,
952 F.2d 1364 (Fed. Cir. 1991) . . . . . 31

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Hinesburg Sand & Gravel Co. v. Chittendon Solid Waste District,
959 F. Supp. 652 (D. Vt. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

Hughes Communications Galaxy, Inc. v. United States,
271 F.3d 1060 (Fed. Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Indiana Michigan Power Co. v. United States,
88 F.3d 1272 (D.C. Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28, 29, 32, 36

Integrated Logistics Support Systems International, Inc. v. United States,
42 Fed. Cl. 30 (1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

J.J. Henry Co. v. United States,
188 Ct. Cl. 39, 411 F.2d 1249 (1969) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

In re Kaufman,
37 P.3d 845 (Okla. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

LaVan v. United States,
382 F.3d 1340 (Fed. Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 24

M&J Coal Co. v. United States,
47 F.3d 1148 (Fed. Cir.), cert. denied, 516 U.S. 1995 . . . . . . . . . . . . . . . . . . . . . . . . . . 30

Members of the Peanut Quota Holders Association, Inc. v. United States,
60 Fed. Cl. 524 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Munn v. Illinois,
94 U.S. 113 (1876) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

National Education Association-R.I. v. Retirement Board,
172 F.3d 22 (1st Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

Northern Helex Co. v. United States,
207 Ct. Cl. 862, 524 F.2d 707 (1975) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Northern States Power Co. v. United States Department of Energy,
128 F.3d 754 (D.C. Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Northwest Airlines, Inc. v. United States Department of Transportation,
15 F.3d 1112 (D.C. Cir. 1994) . . . . . 22

Olin Jones Sand Co. v. United States,
225 Ct. Cl. 751 (1980) . . . . . 10, 12, 13

Penn Central Transporation Corp. v. City of New York,
438 U.S. 104 (1978) . . . . . 32

Plaintiffs in Winstar-Related Cases v. United States,
37 Fed. Cl. 174 (1997), aff'd, 133 F.3d 874 (Fed. Cir. 1998) . . . . . 22

Pittman v. Chicago Board of Education,
64 F.3d 1098 (7th Cir. 1995), cert. denied, 517 U.S. 1243 (1996) . . . . . 25

Ramsey v. United States,
121 Ct. Cl. 426, 101 F. Supp. 357 (1951) . . . . . 10, 12

Sacramento Municipal Utility District v. United States,
61 Fed. Cl. 438 (2004) . . . . . 24

San Carlos Irrigation & Drainage District v. United States,
111 F.3d 1557 (Fed. Cir. 1997) . . . . . 10, 11

Scott Timber Co. v. United States,
33 F.3d 1358 (Fed. Cir. 2003) . . . . . 12

Smith v. United States,
58 Fed. Cl. 374 (2003) . . . . . 21

Southern Nuclear Operating Co. v. United States,
No. 98-614C, slip op. (Fed. Cl. Apr. 7, 2004) (unpublished opinion) . . . . . 23

The Stearns Company Ltd. v. United States,
396 F.3d 1394 (Fed. Cir. 2005) . . . . . 28, 29

Systems Fuels, Inc. v. United States,
No. 03-2623C, 2005 WL 950497 (Fed. Cl. Apr. 20, 2005) . . . . . 24

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Sun Oil Co. v. United States,
215 Ct. Cl. 716, 572 F.2d 786 (1978) . . . . . . . . . . 22

Tahoe-Sierra Pres. Council v. Tahoe Regional Planning Authority,
535 U.S. 302 (2002) . . . . . . . . . . 32

Tuthill Ranch, Inc. v. United States,
381 F.3d 1132 (Fed. Cir. 2004) . . . . . . . . . . 29

Tyler House Apartments, Ltd. v. United States,
38 Fed. Cl. 1 (1997) . . . . . . . . . . 21

United Nuclear Corp. v. United States,
912 F.2d 1432 (Fed. Cir. 1990) . . . . . . . . . . 31, 32

United States v. Sperry Corp.,
493 U.S. 52 (1989) . . . . . . . . . . 35

United States v. Winstar Corp.,
518 U.S. 839 (1996) . . . . . . . . . . 22, 23

United States Shoe Co. v. United States,
296 F.3d 1378 (Fed. Cir. 2002) . . . . . . . . . . 35

Webb's Fabulous Pharmacies, Inc. v. Beckwith,
449 U.S. 155 (1980) . . . . . . . . . . 25

Wells Fargo Bank, N.A. v. United States,
88 F.3d 1012 (Fed. Cir. 1966) . . . . . . . . . . 10, 11

William Green Construction Co. v. United States,
201 Ct. Cl. 616, 477 F.2d 930 (1973) . . . . . . . . . . 13

Wisconsin Electric Power Co. v. Hodel,
778 F.2d 1 (D.C. Cir. 1985) . . . . . . . . . . 20, 36

Wisconsin Electric Power Co. v. Department of Energy,
211 F.3d 646 (D.C. Cir. 2000) . . . . . . . . . . 36

# TABLE OF AUTHORITIES

CASES PAGE(S)

Yee v. City of Escondido,
503 U.S. 519 (1992) . . . . . . . . . . 29

STATUTES AND REGULATIONS

31 U.S.C. § 3727 . . . . . . . . . . 3

41 U.S.C. § 15 . . . . . . . . . . 3

42 U.S.C. § 10101-10270 . . . . . . . . . . 5

42 U.S.C. § 10131 . . . . . . . . . . 15

42 U.S.C. § 10139 . . . . . . . . . . 36

42 U.S.C. § 10222 . . . . . . . . . . 3, 15, 27, 33, 34

10 C.F.R. § 961.11 . . . . . . . . . . passim

MISCELLANEOUS

Restatement (First) of Contracts § 313 (1932) . . . . . . . . . . 18

Restatement (Second) of Contracts § 236 (1981) . . . . . . . . . . 18, 19

9 A. Corbin, Corbin on Contracts § 946 (interim ed. 1979) . . . . . . . . . . 18

E. Farnsworth, Farnsworth on Contracts § 10.7 . . . . . . . . . . 19

L. Fuller, The Morality of Law (1964) . . . . . . . . . . 25

6 Am. Jur. 2d Assignments § 155 (2004) . . . . . . . . . . 8

INDEX TO APPENDIX

DOCUMENT PAGE

Portions of Public Service Electric & Gas Company's Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Portions of Philadelphia Electric Company's Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Portions of Public Service Electric & Gas Company's Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Portions of Purchase Agreement By And Among Delmarva Power & Light Company, PECO Energy Company and PSEG Power LLC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

Portions of Purchase Agreement By And Between Delmarva Power & Light Company and PSEG Power LLC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

Portions of Purchase Agreement By And Among Atlantic City Electric Company, PECO Energy Company and PSEG Power LLC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

Portions of Purchase Agreement By And Between Atlantic City Electric Company and PSEG Power LLC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

Portions of Purchase Agreement By And Between Atlantic City Electric Company and PSEG Power LLC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

Wire transfers reflecting payments to DOE by Public Service Electric & Gas Company and Philadelphia Electric Company . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64

Letter to Mr. E. James Ferland from Ben C. Rusche dated May 18, 1987 . . . . . . . . . . . . . . . . . 70

Letter to Mr. James L. Everett from Ben C. Rusche dated May 18, 1987 . . . . . . . . . . . . . . . . . . 71

Letter to Mr. Joseph J. Flanagan from Beth Tomasoni dated November 18, 1994 . . . . . . . . . . . 72

Letter to Mr. R. J. Martinelli from Beth Tomasoni dated November 18, 1994 . . . . . . . . . . . . . . 74