Case 1:04-cv-00034-CCM Document 53-8 Filed 04/28/2005 Page 1 of 6

U.S. DEPARTMENT OF ENERGY
NUCLEAR WASTE FUNDS SYSTEM
INTEREST ON OVERPAYMENT REPORT

PROGRAM: P0316040
REPORT : R-0316040-001

84

REPORT DATE: 10/07/93
PAGE NUMBER: 566

COMPANY NAME: PHILADELPHIA ELECTRIC COMPANY
COMPANY ID : DECR01-83-NE44470
REACTOR NAME: LIMERICK GENERATING STATION UNIT 1
REACTOR ID : 001

| QUARTERLY PAYMENT | | | | | INTEREST CALCULATION | | | | DATA UTILIZED FOR INTEREST CALCULATION | |
|---|---|---|---|---|---|---|---|---|---|---|
| FISCAL QUARTER MONTH/ R | DATE RECEIVED | NET GENERATION | ELECTRICITY GENERATED AND SOLD | OVERPAYMENT (COL 3 - COL 4) | PRIOR CUM OVERPAYMENT PLUS INTEREST TO DATE | TOTAL FOR INTEREST CALCULATION (COL 5 + COL 6) | INTEREST AMOUNT | CUM OVERPAYMENT PLUS INTEREST TO DATE (COL 7 + COL 8) | DATES COVERED | NUMBER OF DAYS/ PERIOD | TRE RATE % |
| 04-06/85 | | | | | | | | | | | |
| | 05/31/85 | 189.00 | 175.00 | 14.00 | | 14.00 | .09 | 14.09 | 05/31-06/30/85 | 31/360 | 07.78 |
| 07-09/85 | | | | | 14.09 | 14.09 | .26 | 14.35 | 07/01-09/30/85 | 92/360 | 07.34 |
| 10-12/85 | | | | | | | | | | | |
| | | | | | 14.35 | 14.35 | .17 | 14.52 | 10/01-11/28/85 | 59/360 | 07.38 |
| | 11/29/85 | 402,285.00 | 371,853.00 | 30,432.00 | 14.52 | 30,446.52 | 205.97 | 30,652.49 | 11/29-12/31/85 | 33/360 | 07.38 |
| 01-03/86 | | | | | | | | | | | |
| | | | | | 30,652.49 | 30,652.49 | 348.65 | 31,001.14 | 01/01-02/27/86 | 58/360 | 07.06 |
| | 02/28/86 | 1,143,571.00 | 1,061,101.00 | 82,470.00 | 31,001.14 | 113,471.14 | 712.09 | 114,183.23 | 02/28-03/31/86 | 32/360 | 07.06 |
| 04-06/86 | | | | | | | | | | | |
| | | | | | 114,183.23 | 114,183.23 | 1,175.20 | 115,358.43 | 04/01-05/29/86 | 59/360 | 06.28 |
| | 05/30/86 | 2,217,774.00 | 2,057,837.00 | 159,937.00 | 115,358.43 | 275,295.43 | 1,536.76 | 276,832.19 | 05/30-06/30/86 | 32/360 | 06.28 |
| 07-09/86 | | | | | | | | | | | |
| | | | | | 276,832.19 | 276,832.19 | 3,953.70 | 280,785.89 | 07/01-09/29/86 | 91/360 | 05.65 |
| | 09/30/86 | 1,606,424.00 | 1,490,575.00 | 115,849.00 | 280,785.89 | 396,634.89 | 62.25 | 396,697.14 | 09/30-09/30/86 | 1/360 | 05.65 |
| 10-12/86 | | | | | | | | | | | |
| | | | | | 396,697.14 | 396,697.14 | 5,525.22 | 402,222.36 | 10/01-12/30/86 | 91/360 | 05.51 |
| | 12/31/86 | 2,256,419.00 | 2,093,695.00 | 162,724.00 | 402,222.36 | 564,946.36 | 86.47 | 565,032.83 | 12/31-12/31/86 | 1/360 | 05.51 |
| 01-03/87 | | | | | | | | | | | |
| | | | | | 565,032.83 | 565,032.83 | 7,948.29 | 572,981.12 | 01/01-03/30/87 | 89/360 | 05.69 |
| | 03/31/87 | 2,051,145.00 | 1,913,109.00 | 138,036.00 | 572,981.12 | 711,017.12 | 112.38 | 711,129.50 | 03/31-03/31/87 | 1/360 | 05.69 |
| 04-06/87 | | | | | | | | | | | |
| | | | | | 711,129.50 | 711,129.50 | 10,524.72 | 721,654.22 | 04/01-06/29/87 | 90/360 | 05.92 |
| | 06/30/87 | 1,623,389.00 | 1,514,140.00 | 109,249.00 | 721,654.22 | 830,903.22 | 136.64 | 831,039.86 | 06/30-06/30/87 | 1/360 | 05.92 |

U.S. DEPARTMENT OF ENERGY
NUCLEAR WASTE FUNDS SYSTEM
INTEREST ON OVERPAYMENT REPORT

PROGRAM: P0316040
REPORT : R-0316040-001

85

REPORT DATE: 10/07/93
PAGE NUMBER: 567

COMPANY NAME: PHILADELPHIA ELECTRIC COMPANY
COMPANY ID : DECR01-83-NE44470
REACTOR NAME: LIMERICK GENERATING STATION UNIT 1
REACTOR ID : 001

| QUARTERLY PAYMENT | | | | | INTEREST CALCULATION | | | | DATA UTILIZED FOR INTEREST CALCULATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FISCAL QUARTER [illegible]NTH/ | DATE RECEIVED | NET GENERATION | ELECTRICITY GENERATED AND SOLD | OVERPAYMENT (COL 3 - COL 4) | PRIOR CUM OVERPAYMENT PLUS INTEREST TO DATE | TOTAL FOR INTEREST CALCULATION (COL 5 + COL 6) | INTEREST AMOUNT | CUM OVERPAYMENT PLUS INTEREST TO DATE (COL 7 + COL 8) | DATES COVERED | NUMBER OF DAYS/ PERIOD | TRE RATE % |
| 07-09/87 | | | | | | | | | | | |
| | | | | | 831,039.86 | 831,039.86 | 13,171.29 | 844,211.15 | 07/01-09/29/87 | 91/360 | 06.27 |
| | 09/30/87 | 2,311.00 | 2,155.00 | 156.00 | 844,211.15 | 844,367.15 | 147.06 | 844,514.21 | 09/30-09/30/87 | 1/360 | 06.27 |
| 10-12/87 | | | | | 844,514.21 | 844,514.21 | 13,316.11 | 857,830.32 | 10/01-12/31/87 | 92/360 | 06.17 |
| 01-03/88 | | | | | | | | | | | |
| | | | | | 857,830.32 | 857,830.32 | 423.91 | 858,254.23 | 01/01-01/03/88 | 3/360 | 05.93 |
| | 01/04/88 | 1,698,154.00 | 1,583,873.00 | 114,281.00 | 858,254.23 | 972,535.23 | 13,937.24 | 986,472.47 | 01/04-03/30/88 | 87/360 | 05.93 |
| | 03/31/88 | 2,191,220.00 | 2,027,696.00 | 163,524.00 | 986,472.47 | 1,149,996.47 | 189.43 | 1,150,185.90 | 03/31-03/31/88 | 1/360 | 05.93 |
| 04-06/88 | | | | | | | | | | | |
| | | | | | 1,150,185.90 | 1,150,185.90 | 18,517.99 | 1,168,703.89 | 04/01-06/29/88 | 90/360 | 06.44 |
| | 06/30/88 | 1,758,916.00 | 1,627,653.00 | 131,263.00 | 1,168,703.89 | 1,299,966.89 | 232.55 | 1,300,199.44 | 06/30-06/30/88 | 1/360 | 06.44 |
| 07-09/88 | | | | | | | | | | | |
| | | | | | 1,300,199.44 | 1,300,199.44 | 23,795.09 | 1,323,994.53 | 07/01-09/29/88 | 91/360 | 07.24 |
| | 09/30/88 | 1,896,300.00 | 1,754,785.00 | 141,515.00 | 1,323,994.53 | 1,465,509.53 | 294.73 | 1,465,804.26 | 09/30-09/30/88 | 1/360 | 07.24 |
| 1[illegible]'88 | | | | | | | | | | | |
| | | | | | 1,465,804.26 | 1,465,804.26 | 29,279.44 | 1,495,083.70 | 10/01-12/29/88 | 90/360 | 07.99 |
| | 12/30/88 | 1,253,484.00 | 1,159,848.00 | 93,636.00 | 1,495,083.70 | 1,588,719.70 | 705.22 | 1,589,424.92 | 12/30-12/31/88 | 2/360 | 07.99 |
| 01-03/89 | | | | | | | | | | | |
| | | | | | 1,589,424.92 | 1,589,424.92 | 34,853.88 | 1,624,278.80 | 01/01-03/30/89 | 89/360 | 08.87 |
| | 03/31/89 | 421,395.00 | 393,029.00 | 28,366.00 | 1,624,278.80 | 1,652,644.80 | 407.19 | 1,653,051.99 | 03/31-03/31/89 | 1/360 | 08.87 |
| 04-06/89 | | | | | | | | | | | |
| | | | | | 1,653,051.99 | 1,653,051.99 | 36,077.86 | 1,689,129.85 | 04/01-06/29/89 | 90/360 | 08.73 |
| | 06/30/89 | 157,124.00 | 146,513.00 | 10,611.00 | 1,689,[illegible]9.85 | 1,699,740.85 | 412.19 | 1,700,153.04 | 06/30-06/30/89 | 1/360 | 08.73 |

U.S. DEPARTMENT OF ENERGY
NUCLEAR WASTE FUNDS SYSTEM
INTEREST ON OVERPAYMENT REPORT

86

PROGRAM: P0316040
REPORT : R-0316040-001

REPORT DATE: 10/07/93
PAGE NUMBER: 568

COMPANY NAME: PHILADELPHIA ELECTRIC COMPANY
COMPANY ID : DECR01-83-NE44470
REACTOR NAME: LIMERICK GENERATING STATION UNIT 1
REACTOR ID : 001

| QUARTERLY PAYMENT | | | | | INTEREST CALCULATION | | | | DATA UTILIZED FOR INTEREST CALCULATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FISCAL QUARTER MONTH/R | DATE RECEIVED | NET GENERATION | ELECTRICITY GENERATED AND SOLD | OVERPAYMENT (COL 3 - COL 4) | PRIOR CUM OVERPAYMENT PLUS INTEREST TO DATE | TOTAL FOR INTEREST CALCULATION (COL 5 + COL 6) | INTEREST AMOUNT | CUM OVERPAYMENT PLUS INTEREST TO DATE (COL 7 + COL 8) | DATES COVERED | NUMBER OF DAYS/ PERIOD | TRE RATE % |
| 07-09/89 | | | | | | | | | | | |
| | | | | | 1,700,153.04 | 1,700,153.04 | 34,513.11 | 1,734,666.15 | 07/01-09/28/89 | 90/360 | 08.12 |
| | 09/29/89 | 2,033,340.00 | 1,896,018.00 | 137,322.00 | 1,734,666.15 | 1,871,988.15 | 844.47 | 1,872,832.62 | 09/29-09/30/89 | 2/360 | 08.12 |
| 10-12/89 | | | | | | | | | | | |
| | | | | | 1,872,832.62 | 1,872,832.62 | 36,577.46 | 1,909,410.08 | 10/01-12/28/89 | 89/360 | 07.9) |
| | 12/29/89 | 2,205,301.00 | 2,056,366.00 | 148,935.00 | 1,909,410.08 | 2,058,345.08 | 1,355.08 | 2,059,700.16 | 12/29-12/31/89 | 3/360 | 07.90 |
| 01-03/90 | | | | | | | | | | | |
| | | | | | 2,059,700.16 | 2,059,700.16 | 40,429.63 | 2,100,129.79 | 01/01-03/29/90 | 88/360 | 08.03 |
| | 03/30/90 | 2,204,490.00 | 2,058,667.00 | 145,823.00 | 2,100,129.79 | 2,245,952.79 | 1,001.94 | 2,246,954.73 | 03/30-03/31/90 | 2/360 | 08.03 |
| 04-06/90 | | | | | | | | | | | |
| | | | | | 2,246,954.73 | 2,246,954.73 | 44,606.42 | 2,291,561.15 | 04/01-06/28/90 | 89/360 | 08.03 |
| | 06/29/90 | 2,199,438.00 | 2,053,950.00 | 145,488.00 | 2,291,561.15 | 2,437,049.15 | 1,087.19 | 2,438,136.34 | 06/29-06/30/90 | 2/360 | 08.03 |
| 07-09/90 | | | | | | | | | | | |
| | | | | | 2,438,136.34 | 2,438,136.34 | 46,653.74 | 2,484,790.08 | 07/01-09/27/90 | 89/360 | 07.74 |
| | 09/28/90 | 1,531,415.00 | 1,430,115.00 | 101,300.00 | 2,484,790.08 | 2,586,090.08 | 1,668.03 | 2,587,758.11 | 09/28-09/30/90 | 3/360 | 07.74 |
| 10-12/90 | | | | | | | | | | | |
| | | | | | 2,587,[illegible]58.11 | 2,587,758.11 | 47,162.61 | 2,634,920.72 | 10/01-12/30/90 | 91/360 | 07.21 |
| | 12/31/90 | 167,466.00 | 156,388.00 | 11,078.00 | 2,634[illegible]0.72 | 2,645,998.72 | 529.93 | 2,646,528.65 | 12/31-12/31/90 | 1/360 | 07.21 |
| 01-03/91 | | | | | | | | | | | |
| | | | | | 2,646,528.65 | 2,646,528.65 | 39,781.74 | 2,686,310.39 | 01/01-03/28/91 | 87/360 | 06.22 |
| | 03/29/91 | 1,723,183.00 | 1,609,198.00 | 113,985.00 | 2,686,310.39 | 2,800,295.39 | 1,451.49 | 2,801,746.88 | 03/29-03/31/91 | 3/360 | 06.22 |
| 04-06/91 | | | | | | | | | | | |
| | | | | | 2,801,746.88 | 2,801,746.88 | 39,448.60 | 2,841,195.48 | 04/01-06/27/91 | 88/360 | 05.76 |
| | 06/28/91 | 2,070,116.00 | 1,933,182.00 | 136,934.00 | 2,841,195.48 | 2,978,129.48 | 1,429.50 | 2,979,558.98 | 06/28-06/30/91 | 3/360 | 05.76 |

U.S. DEPARTMENT OF ENERGY
NUCLEAR WASTE FUNDS SYSTEM
INTEREST ON OVERPAYMENT REPORT

PROGRAM: P0316040
REPORT : R-0316040-001

87

REPORT DATE: 10/07/93
PAGE NUMBER: 569

COMPANY NAME: PHILADELPHIA ELECTRIC COMPANY
COMPANY ID : DECR01-83-NE44470
REACTOR NAME: LIMERICK GENERATING STATION UNIT 1
REACTOR ID : 001

| QUARTERLY PAYMENT | | | | | INTEREST CALCULATION | | | | DATA UTILIZED FOR INTEREST CALCULATION | |
|---|---|---|---|---|---|---|---|---|---|---|
| FISCAL QUARTER MONTH/ YEAR | DATE RECEIVED | NET GENERATION | ELECTRICITY GENERATED AND SOLD | OVERPAYMENT (COL 3 - COL 4) | PRIOR CUM OVERPAYMENT PLUS INTEREST TO DATE | TOTAL FOR INTEREST CALCULATION (COL 5 + COL 6) | INTEREST AMOUNT | CUM OVERPAYMENT PLUS INTEREST TO DATE (COL 7 + COL 8) | DATES COVERED | NUMBER OF DAYS/ PERIOD | TRE RATE % |
| 07-09/91 | | | | | | | | | | | |
| | | | | | 2,979,558.98 | 2,979,558.98 | 41,800.73 | 3,021,359.71 | 07/01-09/29/91 | 91/360 | 05.55 |
| | 09/30/91 | 1,905,673.00 | 1,779,617.00 | 126,056.00 | 3,021,359.71 | 3,147,415.71 | 485.23 | 3,147,900.94 | 09/30-09/30/91 | 1/360 | 05.55 |
| 10-12/91 | | | | | 3,147,900.94 | 3,147,900.94 | 37,488.00 | 3,185,388.94 | 10/01-12/31/91 | 92/360 | 04.66 |
| 01-03/92 | | | | | | | | | | | |
| | | | | | 3,185,388.94 | 3,185,388.94 | 355.70 | 3,185,744.64 | 01/01-01/01/92 | 1/360 | 04.02 |
| | 01/02/92 | 2,281,641.00 | 2,130,715.00 | 150,926.00 | 3,185,744.64 | 3,336,670.64 | 33,160.95 | 3,369,831.59 | 01/02-03/30/92 | 89/360 | 04.02 |
| | 03/31/92 | 1,793,563.00 | 1,793,563.00 | | 3,369,831.59 | 3,369,831.59 | 376.30 | 3,370,207.89 | 03/31-03/31/92 | 1/360 | 04.02 |
| OVERPAYMENT TOTALS: | | 40,795,726.00 | | 2,699,910.00 | | | 670,297.89 | | | | |
| TOTALS: | | | 38,095,816.00 | | | | | | | | |

U.S. DEPARTMENT OF ENERGY
NUCLEAR WASTE FUNDS SYSTEM
INTEREST ON OVERPAYMENT REPORT



PROGRAM: P0316040
REPORT : R-0316040-001

REPORT DATE: 10/07/93
PAGE NUMBER: 571

COMPANY NAME: PHILADELPHIA ELECTRIC COMPANY
COMPANY ID : DECR01-83-NE44470
REACTOR NAME: LIMERICK GENERATING STATION UNIT 2
REACTOR ID : 002

| | QUARTERLY PAYMENT | | | | INTEREST CALCULATION | | | | DATA UTILIZED FOR INTEREST CALCULATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FISCAL QUARTER MONTH/ ? | DATE RECEIVED | NET GENERATION | ELECTRICITY GENERATED AND SOLD | OVERPAYMENT (COL 3 - COL 4) | PRIOR CUM OVERPAYMENT PLUS INTEREST TO DATE | TOTAL FOR INTEREST CALCULATION (COL 5 + COL 6) | INTEREST AMOUNT | CUM OVERPAYMENT PLUS INTEREST TO DATE (COL 7 + COL 8) | DATES COVERED | NUMBER OF DAYS/ PERIOD | TRE RATE % |
| 10-12/89 | 12/29/89 | 941,394.00 | 877,817.00 | 63,577.00 | | 63,577.00 | 41.85 | 63,618.85 | 12/29-12/31/89 | 3/360 | 07.90 |
| 01-03/90 | | | | | 63,618.85 | 63,618.85 | 1,248.77 | 64,867.62 | 01/01-03/29/90 | 88/360 | 08.03 |
| | 03/30/90 | 1,643,968.00 | 1,535,223.00 | 108,745.00 | 64,867.62 | 173,612.62 | 77.45 | 173,690.07 | 03/30-03/31/90 | 2/360 | 08.03 |
| 04-06/90 | | | | | 173,690.07 | 173,690.07 | 3,448.09 | 177,138.16 | 04/01-06/28/90 | 89/360 | 08.03 |
| | 06/29/90 | 2,023,754.00 | 1,889,887.00 | 133,867.00 | 177,138.16 | 311,005.16 | 138.74 | 311,143.90 | 06/29-06/30/90 | 2/360 | 08.03 |
| 07-09/90 | | | | | 311,143.90 | 311,143.90 | 5,953.74 | 317,097.64 | 07/01-09/27/90 | 89/360 | 07.74 |
| | 09/28/90 | 1,123,352.00 | 1,049,045.00 | 74,307.00 | 317,097.64 | 391,404.64 | 252.46 | 391,657.10 | 09/28-09/30/90 | 3/360 | 07.74 |
| 10-12/90 | | | | | 391,657.10 | 391,657.10 | 7,138.06 | 398,795.16 | 10/01-12/30/90 | 91/360 | 07.21 |
| | 12/31/90 | 2,062,825.00 | 1,926,373.00 | 136,452.00 | 398,795.16 | 535,247.16 | 107.20 | 535,354.36 | 12/31-12/31/90 | 1/360 | 07.21 |
| 01-03/91 | | | | | 535,354.36 | 535,354.36 | 8,047.27 | 543,401.63 | 01/01-03/28/91 | 87/360 | 06.22 |
| | 03/29/91 | 2,144,338.00 | 2,002,494.00 | 141,844.00 | 543,401.63 | 685,245.63 | 355.19 | 685,600.82 | 03/29-03/31/91 | 3/360 | 06.22 |
| 04-06/91 | | | | | 685,600.82 | 685,600.82 | 9,653.26 | 695,254.08 | 04/01-06/27/91 | 88/360 | 05.76 |
| | 06/28/91 | 505,692.00 | 472,241.00 | 33,451.00 | 695,254.08 | 728,705.08 | 349.78 | 729,054.86 | 06/28-06/30/91 | 3/360 | 05.76 |
| 07-09/91 | | | | | 729,054.86 | 729,054.86 | 10,228.03 | 739,282.89 | 07/01-09/29/91 | 91/360 | 05.55 |
| | 09/30/91 | 2,090,648.00 | 1,952,356.00 | 138,292.00 | 739,282.89 | 877,574.89 | 135.29 | 877,710.18 | 09/30-09/30/91 | 1/360 | 05.55 |
| 10-12/91 | | | | | 877,710.18 | 877,710.18 | 10,452.55 | 888,162.73 | 10/01-12/31/91 | 92/360 | 04.66 |

U.S. DEPARTMENT OF ENERGY
NUCLEAR WASTE FUNDS SYSTEM
INTEREST ON OVERPAYMENT REPORT

PROGRAM: P0316040
REPORT : R-0316040-001

REPORT DATE: 10/07/93
PAGE NUMBER: 572

COMPANY NAME: PHILADELPHIA ELECTRIC COMPANY
COMPANY ID : DECR01-83-NE44470
REACTOR NAME: LIMERICK GENERATING STATION UNIT 2
REACTOR ID : 002

| | QUARTERLY PAYMENT | | | | INTEREST CALCULATION | | | | DATA UTILIZED FOR INTEREST CALCULATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FISCAL QUARTER MONTH/ R | DATE RECEIVED | NET GENERATION | ELECTRICITY GENERATED AND SOLD | OVERPAYMENT (COL 3 - COL 4) | PRIOR CUM OVERPAYMENT PLUS INTEREST TO DATE | TOTAL FOR INTEREST CALCULATION (COL 5 + COL 6) | INTEREST AMOUNT | CUM OVERPAYMENT PLUS INTEREST TO DATE (COL 7 + COL 8) | DATES COVERED | NUMBER OF DAYS/ PERIOD | TRE RATE % |
| 01-03/92 | | | | | | | | | | | |
| | | | | | 888,162.73 | 888,162.73 | 99.18 | 888,261.91 | 01/01-01/01/92 | 1/360 | 04.02 |
| | 01/02/92 | 2,301,079.00 | 2,148,867.00 | 152,212.00 | 888,261.91 | 1,040,473.91 | 10,340.58 | 1,050,814.49 | 01/02-03/30/92 | 89/360 | 04.02 |
| | 03/31/92 | 2,150,547.00 | 2,150,547.00 | | 1,050,814.49 | 1,050,814.49 | 117.34 | 1,050,931.83 | 03/31-03/31/92 | 1/360 | 04.02 |
| OVERPAYMENT TOTALS: | | 16,987,597.00 | | 982,747.00 | | | 68,184.83 | | | | |
| TOTALS: | | | 16,004,850.00 | | | | | | | | |