**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-0034C, into which has** |
| | ) | **been consolidated No. 04-0036C** |
| | ) | **(Judge Christine Miller)** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, plaintiff, Delmarva Power & Light Company, respectfully requests that the Court amend its Scheduling Order dated April 22, 2005, to grant the plaintiff an additional seven days, to and including May 24, 2005, within which to file its Response to Defendant's Motion for Summary Judgment and to grant defendant, the United States, an additional ten days, to and including June 3, 2005, within which to file its Reply. Those pleadings are currently due to be filed on May 17 and May 24, 2005 respectively. The currently scheduled oral argument, to be held at 2 p.m. on Wednesday, June 8, 2005, should not be impacted by the proposed enlargement; however, the parties are amenable to any other date and time that the Court prefers. Counsel for defendant, Harv Lester, has represented that the United States does not oppose this request.

Plaintiff's present motion for an enlargement of time is necessitated by the Government's prior request to extend the deadlines associated with its Motion for Summary Judgment by one week. The currently scheduled deadline

for Delmarva's response brief conflicts with counsel's obligations in other matters pending before this Court. Counsel for Delmarva did not account for these obligations when it consented to the Government's April 21 motion for an enlargement of time. As such, an additional week will allow counsel to adequately complete an appropriate response while maintaining the expedited nature of the Court's consideration of defendant's Motion.

For the foregoing reasons, plaintiff respectfully requests that the Court grant this unopposed motion.

Date: May 5, 2005

Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

*Counsel of Record for*
*Delmarva Power and Light Company*

Of Counsel:

Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

Todd L. Goodman
CONECTIV
P.O. Box 231
Wilmington, DE 19899-0231
(302) 429-3786

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2005, a copy of the foregoing "Plaintiff's Unopposed Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine



DSMDB.1922644.1