# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT CO.,** | * | |
| Plaintiff, | * | |
| v. | * | Nos. 04-34C & 04-36C |
| **THE UNITED STATES,** | * | (Filed May 6, 2005) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's unopposed motion filed on May 5, 2005, for an enlargement of time is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. Paragraph 3 of the order entered on April 22, 2005, is further modified insofar as plaintiff shall file its response by May 25, 2005.

2. Paragraph 4 of the order entered on April 22, 2005, is further modified insofar as defendant shall file its reply by June 3, 2005.

3. Paragraph 5 of the order entered on April 22, 2005, is further modified insofar as argument shall be held at 2:00 p.m. on Monday, June 20, 2005.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge