# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DELMARVA POWER & LIGHT CO.,** *

Plaintiff, *

v. * No. 04-34C

**THE UNITED STATES,** * (Filed May 12, 2005)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the Joint Status Report filed on April 28, 2005,

**IT IS ORDERED**, as follows:

Having considered the separate views of the parties, the court will not enter an order under RCFC 14(b) at this time. Defendant shall file a Joint Status Report on behalf of the parties by the later of July 12, 2005, or the date on which any action is taken by the Federal Circuit with respect to accepting an appeal from PSEG Nuclear, LLC v. United States, No. 01-551C (Fed Cl.).

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge