**No. 04-0034C, into which has been consolidated No. 04-0036C**
**(Judge C. Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DELMARVA ELECTRIC COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

# PLAINTIFF DELMARVA ELECTRIC COMPANY'S APPENDIX TO BRIEF IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
Tel: (202) 785-9700
Fax: (202) 887-0689

*Counsel of Record for*
*Delmarva Power & Light Company &*
*Atlantic City Electric Company*

Of Counsel:
Nicholas W. Mattia, Jr.
Bradley D. Wine
Jeffery P. Becherer
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037

Todd Goodman, Esq.
Assistant General Counsel
Conectiv
P. O. Box 231
Wilmington, DE 19899
(302) 429-3786

May 25, 2005

# INDEX TO APPENDIX


| DOCUMENT | PAGE No. |
|---|---|
| 5/23/05 Affidavit of Thomas Shaw | 1 |
| 5/20/02 Deposition of Michael Lawrence | 7 |
| 5/17/84 Confirmation Statement of Bernard C. Rusche | 14 |
| 5/16/02 Deposition of Bernard Rusche | 21 |
| 5/21-22/02 Deposition of Robert L. Morgan | 26 |
| June 1987 OCRWM Mission Plan Amendment | 35 |
| 2/9/04 Nuclear Energy Overview | 37 |
| 2/7/05 GREENWIRE - "Yucca Mountain Repository Opening No Sooner than 2012, DOE Official Says" – Mary O'Driscoll | 50 |