**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DELMARVA POWER AND LIGHT COMPANY,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller)** |

**AFFIDAVIT OF THOMAS SHAW**

I, Thomas Shaw, after being first duly sworn, make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently as follows:

1. I am Executive Vice President and Chief Operating Officer for Pepco Holdings, Inc. ('PHI"). My principal office is located at 701 Ninth Street, N.W., Washington, D.C. 20068. I offer this Affidavit on behalf of both Delmarva Power and Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic"), both of which are subsidiary companies of PHI. I understand that the matter involving the Amended Complaint filed on behalf of Atlantic has been consolidated with the above captioned matter and is docketed as No. 04-0036C. At the time of the divestiture by Delmarva and Atlantic of the Nuclear Stations described below, I held the title of Executive Vice President of Conectiv, which, at the time, was the parent company of both Atlantic and Delmarva. I have been an employee of Delmarva and its successor companies for 33 years. By way of background, I have a Bachelor's degree in Mechanical Design Technology, which I received from Wilmington College in 1974.

2. Atlantic and Delmarva are public utility companies that each previously owned direct interests in several nuclear powered generating units. Atlantic and Delmarva each individually owned a 7.41% interest in Salem Units 1 & 2, and a 7.51% interest in Peach Bottom Units 2 & 3. In addition, Atlantic owned a 5% interest in the Hope Creek nuclear power station. The aforementioned nuclear generating stations will be referred to herein as the "Nuclear Stations". The remainder of the Nuclear Stations was owned by PSEG Power LLC and PECO Energy Company. On September 27, 1999 Atlantic and Delmarva entered into purchase agreements to sell the Nuclear Stations. Atlantic sold its interests in the

Nuclear Stations on October 18, 2001. Delmarva sold its interest in the Nuclear Stations on December 29, 2000.

3. At all times prior to the sale of the Nuclear Stations, Atlantic and Delmarva were the owners of their respective interests in the Nuclear Stations. On behalf of Atlantic and Delmarva, I was responsible for the divestiture of the Nuclear Stations. Additionally, I was responsible for the divestiture of each company's fossil fuel generating assets. As such, I oversaw the public auctions for all of Atlantic and Delmarva's generating assets. In that regard I utilized a number of direct employees of both Atlantic and Delmarva, outside legal counsel, as well as a consulting firm known as Navigant Consulting, Inc., which in combination comprised the due diligence team. The team and I met regularly to discuss matters and issues raised by prospective buyers for the Nuclear Stations during the auction process.

4. Atlantic and Delmarva participated as co-owners of the Nuclear Stations from their initial design, licensing and construction. Atlantic and Delmarva received federally issued co-operating licenses from the Nuclear Regulatory Commission ("NRC") for each of the nuclear units comprising the Nuclear Stations. At that time, the design criteria for the Nuclear Stations contemplated that spent nuclear fuel ("SNF") would remain on their respective sites for a limited number of years until it was suitable to be shipped off-site to be reprocessed for future use. With the elimination of reprocessing in the United States during the Carter Administration, and the subsequent passage of the Nuclear Waste Policy Act ("NWPA") in 1982, the future operation and viability of the Nuclear Stations relied heavily upon the Government's responsibility to remove and dispose of SNF.

5. Subsequent to the passage of the NWPA, as an NRC approved co-licensee of the Nuclear Stations, Atlantic and Delmarva were required to be bound by the terms and conditions of a Standard Contract with DOE, which was entered into on Atlantic and Delmarva's behalf by the designated operating entity for each of the units comprising the Nuclear Stations. Based upon my review of the company's records, Delmarva and Atlantic paid in excess of $7.6 million and $7.9 million in fees, respectively, to the Nuclear Waste Fund as part owners of the Nuclear Stations. It is my understanding that pursuant to NRC policy, in the case where there are multiple co-owners of a nuclear power facility, all co-owners are deemed to be co-operating licensees. Absent the reprocessing option and given the congressional mandate that only the federal government can provide a permanent repository for SNF, Atlantic and Delmarva were bound by the Standard Contract. Standard Contracts were executed on June 13, 1983 for the Salem units, June 1, 1983 for the Peach Bottom units, and with respect to Hope Creek on June 13,1983. Atlantic and Delmarva are named co-owners in each of the Standard Contracts affecting the Nuclear

Stations. As such, they each remained obligated pursuant to those Standard Contracts until the closing dates for the Nuclear Stations, at which time they were assigned to the buyers.

6. The required payments for SNF disposal services to be provided by DOE represented a significant expense to Atlantic and Delmarva and their respective ratepayers. By the time of the sales of the Nuclear Stations, Atlantic and Delmarva had fully paid all required DOE fees, including the payment of the one time fee for pre-NWPA electric generation, into the Nuclear Waste Fund. It was my understanding that the DOE fee was to pay for the cost of developing and constructing a permanent repository for SNF, after which the fee would either terminate or be reduced significantly. Notwithstanding, in 1998, then DOE Secretary Pena announced that the fee would continue through at least 2020, irrespective of when a permanent repository would be operational and SNF disposal would actually commence.

7. These factors were all common knowledge within the industry and known to prospective purchasers for the Nuclear Stations when they were offered for auction sale in 1999. Prospective purchasers were also well aware of DOE's failure to abide by the provisions of the NWPA and the Standard Contract.

8. The auction sale of the Nuclear Stations was in response to changes in the regulatory environment, both federal and in the States of New Jersey, Delaware and Maryland, which regulations govern the business conduct for regulated utilities such as Atlantic and Delmarva. As a result of the federal restructuring of the electric industry pursuant to FERC Order 888, each of these states adopted its own industry restructuring scheme, in cooperation with the utilities, which required local utilities to exit the business of the generation of electricity through the divestiture of their generation assets. The intent of this industry restructuring was to have electric generation become a competitive service to be provided by unregulated merchant generation companies. Accordingly, Atlantic and Delmarva, under my direction and supervision, both engaged in open competitive auction processes to divest a portion of their fossil and all of their nuclear powered generation.

9. There were initially ten (10) prospective bidders for the Nuclear Stations that expressed interest. At the conclusion of the auction process only two bidders, in addition to the non-selling co-owners of the Nuclear Stations, were willing to submit bids. This is in contrast with the fossil asset auction, where there were 39 qualified bidders that participated in due diligence, 14 of which submitted indicative bids, with ten (10) competing buyers submitting final bids.

10. Based upon my involvement in the auction process for the Nuclear Stations, including regular periodic meetings with the members of the due

diligence team, it was clear to me that the low number of bidders for the Nuclear Stations relative to the number of fossil bidders was due in large part to the increased risk and costs associated with the uncertain future for the permanent disposition of SNF. Based upon my experience as described above, this factor significantly reduced the per kWh purchase price for the Nuclear Stations as compared to the per kWh price offered for the fossil fueled assets.

11. It is my further understanding that bidders were very concerned about the future viability of the Nuclear Stations to continue to produce revenues beyond the end of their respective initial license periods. At the time of the auction, the Nuclear Stations' ability to certify, construct and maintain adequate on-site dry cask storage facilities to store the SNF was not deemed to be a certainty that bidders could rely upon. While DOE maintained, at the time, that it could commence acceptance of SNF by 2010, it was apparent that bidders were not confident that DOE performance would actually occur by that date. Without a permanent repository in place and operational, the owners of the Nuclear Stations either (a) could not obtain an extension of their operating licenses from the NRC, or (b) would have to expend considerable funds to construct a dry cask on-site storage facility, assuming they could obtain the necessary authorizations to do so, which necessarily includes some risk that regulatory approvals would not be granted. In either event, the Nuclear Stations had finite storage capacity on-site and could be required to cease operations if that capacity is exhausted. It is apparent to me that bidders reflected this additional risk in their bids, thus further reducing the price they would be willing to pay for the Nuclear Stations.

12. Similarly, throughout the auction process, it became apparent to me that the timing of the Government's inability to accept the SNF from the Nuclear Stations caused prospective buyers to assume a significantly shortened operating life expectancy for those assets in their valuation models. The relatively low price paid for the Nuclear Stations indicates that the bidders utilized a significantly high discount rate in their valuation models. This is indicative of a perceived need to recapture the initial capital investment (i.e. purchase price) over a relatively short period of time. This low purchase price is also reflective of the future costs that the buyers would have to incur in order to continue operating, and ultimately decommissioning the Nuclear Stations sites. This included the continuation of indefinitely having to pay the 1 mil fee for the funding of a permanent SNF repository pursuant to the NWPA.

13. As co-owners in five nuclear generating facilities, Atlantic and Delmarva were further, and disproportionately, harmed by DOE's failure to abide by the NWPA and its obligation to begin taking possession of SNF by January 1998. Notwithstanding that Atlantic and Delmarva collectively owned no more than 15% of any one nuclear facility, as a holder of an

NRC issued co-operating license for each of the five facilities comprising the Nuclear Stations, Atlantic and Delmarva were each jointly and severally liable for up to 100% of the costs and risks associated with the government's failure to meet its SNF obligations at all five nuclear generating facilities. This disparity between the benefits associated with the energy production (i.e.15% or less) provided by the Nuclear Stations, and the SNF risks (up to 100%) assumed by virtue of ownership of the Nuclear Stations, in my judgment caused potential bidders to significantly reduce the value, and in turn the purchase price, of the Nuclear Stations. This disparity in the relationship between risk and reward created by DOE's failures in this regard significantly reduced Atlantic and Delmarva's investment backed expectations from what they were as of the time they first elected to pursue the commercial development of the Nuclear Stations.

14. The disruption caused by virtue of DOE's failure to dispose of SNF with respect to when the Nuclear Stations could, if ever, be fully decommissioned and the sites of the Nuclear Stations returned to a condition where they could be used for other purposes, further substantially devalued the Nuclear Stations in the valuation models of prospective buyers.

15. In my judgment based upon the experience gained through managing Atlantic and Delmarva's divestitures of both their fossil fueled and nuclear powered generation assets, and confirmed in a direct communication with a senior officer of one of the buyers, the Government's failure to abide by its SNF obligations had a significant negative impact on the fair market value of the Nuclear Stations. Had DOE performed its obligations under the NWPA, I have no doubt that the value of our Nuclear Stations, and the purchase price we would have achieved, would have been significantly greater. Under penalty of perjury, I hereby affirm that the above statements are true and accurate to the best of my knowledge.

Thomas Shaw

Thomas Shaw

NOTARY:
Subscribed to and sworn to before me this
23rd day of May, 2005.

Sharon Mae Roach

[Seal]

My Commission expires:

SHARON MAE ROACH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 22, 2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

COPY

YANKEE ATOMIC ELECTRIC COMPANY, )
et al., )
)
Plaintiffs, )
vs. ) No. 98-126C
UNITED STATES, )
Defendant. )

DEPOSITION OF MICHAEL J. LAWRENCE, VOLUME I

May 20, 2002
Richland, Washington

APPEARANCES

For the Plaintiff Yankee Atomic Electric,
Connecticut Yankee Atomic Power Company
Maine Yankee Atomic Power Company:

Robert L. Shapiro
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, D.C. 20005-3305
(202) 898-5879
(202) 682-1639 Fax

For the Defendant:

Heide L. Herrmann
R. Alan Miller
United States
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0290
(202) 514-8624 Fax

APPEARANCES

For the Plaintiff Sacramento Municipal Utility District:

Timothy R. Macdonald
Arnold & Porter
370 Seventeenth Street
Suite 4500
Denver, Colorado 80202-1370
(303) 863-2334
(303) 832-0428 Fax

For the Plaintiff Commonwealth Edison Company:

Christopher P. Tompkins
Jenner & Block
One IBM Plaza
Chicago, Illinois 60611-7603
(312) 222-9350
(312) 840-8786 Fax

APPEARANCES

For the Plaintiff Boston Edison Company, Duke Power, Florida Light & Power, GPU Nuclear, Indiana Michigan Power Company, Northern States Power Company, Power Authority of the State of New York, Omaha Public Power District, Nebraska Public Power District, PSEG Nuclear, LLC:

Daniel S. Herzeld
Shaw Pittman, LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7612
(703) 770-7901 Fax

amendments and provisions, and basically you have members of Congress, or more particularly their staffs, trying to spell out how something should work. They would often ask the people who had the responsibility for doing that work, would this work or that work and how would this work. And consequently, through our Legislative Affairs Office, we would often discuss with them the pros and cons of the various approaches they were considering. Not me personally, but others within that group.

Q. Do you recall who was involved in that effort?

A. The director of -- Mr. Coffman was involved.

Q. And besides Mr. Coffman, do you recall anyone else who was involved in supporting the NWPA legislation effort?

A. Not in any major way.

Q. You said that you were not personally involved in -- in that effort. Did you have any role in -- in the NWPA legislative effort at all?

MS. HERRMANN: Objection. Vague.

THE WITNESS: I indicated previously that in staff meetings, certain things would be discussed and I could give my opinion. But it was never direct or specific or -- direct or specific.

Q. (By Mr. Shapiro) Do you remember any issues that came up at these meetings?
A. No.
Q. The Regan Administration, to your recollection, was generally supporting the NWPA?
MS. HERRMANN: Objection. Foundation.
THE WITNESS: The administration very much wanted to see the Nuclear Waste Policy Act passed.
Q. (By Mr. Shapiro) What was your understanding as to why the administration wanted the Act passed?
MS. HERRMANN: Objection. Foundation. Speculation.
THE WITNESS: I previously had indicated that through the Atomic Energy Act, the -- the Department had a -- had a responsibility to provide for the permanent disposal of nuclear waste. The Nuclear Waste Policy Act provided a congressionally approved process to do so. And it was clearly felt that a process set in law was far preferable to an ad hoc program.
Q. (By Mr. Shapiro) What do you mean by an ad hoc program?
A. One which does not specifically have a legal basis for the actions and steps you are taking.

Q. Let me try to rephrase to make sure I understand.
So the administration liked the NWPA because it provided a specific congressionally authorized, mandated path to meet the obligations that were otherwise set out in the Atomic Energy Act, but for which there was no particular mechanism for -- for achieving those responsibilities?
MS. HERRMANN: Objection. Foundation. Speculation.
THE WITNESS: With the exception of the term "liked." I would have said was supportive of the act. I would say that's -- that characterization is -- is accurate.
Q. (By Mr. Shapiro) Was there any particular about the pathway prescribed by the NWPA that was supported by the administration or was it just, Gee, this is -- this is a solution; let's go with it?
MS. HERRMANN: Objection. Foundation. Speculation.
THE WITNESS: Difficult to answer in a specific sense. But one thing that is very much timely is the process by which the Department could recommend a site and a state object to it and have Congress then override or deal with that

CONFIRMATION STATEMENT

Benard C. Rusche

May 17, 1984

Mr. Chairman and Members of the Committee, I appreciate the opportunity to come before you as President Reagan's nominee for Director of the Office of Civilian Radioactive Waste Management in the Department of Energy, a position established by Public Law 97-425, "The Nuclear Waste Policy Act of 1982." The adoption by Congress of P.L. 97-425 and its signing into law by the President represented a major step in addressing one key aspect of America's energy future. The opportunity to work closely with this Committee and with Secretary Hodel was added encouragement for me to accept this nomination. I am enthusiastic about carrying out the policy and mandate of the Act, giving it my full attention and energy.

My background of over 30 years in the nuclear field, most of it in the private sector, ranges from basic nuclear physics research to management of industrial, technical, policy, and regulatory activities. After graduating from Tennessee Polytechnic University in 1953 with a degree in physics, I joined the DuPont Company in South Carolina where the Savannah River Plant was being designed and constructed.

I started in basic experimental reactor physics involved in the design of production reactors for safe, efficient materials production. Safety is mentioned first as the most important element to be met in my work. It remains the highest priority for me, personally, in this endeavor.

My DuPont experience led from research to management of technical activities. In 1967, I became manager of the Experimental Physics Division and in 1970 began and subsequently managed the Environmental Sciences program at the site.

In 1975, the newly formed Nuclear Regulatory Commission invited me to become its first Director of Nuclear Reactor Regulation. I accepted, and for two years managed the NRC's program to assure that the public and the environment were adequately protected in the commercial use of nuclear power.

I returned to DuPont in 1978, as its first Corporate Director for Health and Safety. In this staff position, I focused my attention on assuring that both the public and employees were adequately protected in the manufacture, distribution, and use of chemical products made by DuPont.

After a year in this position, I accepted the invitation of a group of South Carolina business and government leaders to form a private, not-for-profit, Energy Research Institute in South Carolina. During this period, I worked with then Governor Edwards in his efforts through the National Governors Association to improve management of Low Level Radioactive Waste. About a year after the Institute was formed, I spent about 4 months on the TMI-2 site full time and another year in a major, but part-time, role assisting along with many others, in the early recovery activities.

In 1981 Energy Secretary Dr. James B. Edwards, appointed me his Special Assistant for Policy and Programs. I served Secretary Edwards in addressing technical and policy issues within DOE.

Since leaving the Department of Energy in July of 1982, I have been an officer

of Management Analysis Company of San Diego, providing executive management consulting services to energy and communications companies. My primary activities have been with electric utilities in the nuclear industry. I have also served as a consultant to Secretary Hodel on nuclear issues during this period. In September of 1983, I formed my own consulting firm, Management and Technical Resources, Inc., to continue these activities on a more personal basis.

The position to which I have been nominated broadens my involvement in the country's nuclear program. Some would say it may present the most challenging opportunity yet for balancing management, technical, political, and social concerns and priorities. I welcome the opportunity to apply my experience to this task. But success in this venture will require more than experience. It will require commitment to the purpose and spirit of the Act. It will require patience and dedication to assure that the legitimate interests of States and affected Indian tribes, the industry, and indeed, all Americans, are given full and fair consideration in carrying out the program.

The challenge in this job is putting in place, in a timely manner, the Federal components of a system for providing reasonable assurance, for the long-term, that the public and environment are adequately protected against the potential hazards from high level radioactive waste and spent fuel.

Moving ahead is a matter of national urgency because:

1. High-level radioactive waste and spent fuel now exists in 27 states of our country and will continue to grow.

2. As enunciated by the President in his October 1981 statement on nuclear power, a secure energy future for America depends, in part, on the ability to select from many options including nuclear power. From the beginning of the Atomic Age, it has been a given that the Federal Government has the responsibility for eventual disposal of high level radioactive wastes and spent fuel. However, the absence of specific arrangements for disposal of this material has been a substantial impediment to public acceptance of the use of nuclear energy. With the passage of the National Waste Policy Act of 1982, the course has been set and the process for making the necessary decisions laid out. We now can and must proceed.

Clearly, protection of the public and the environment is the central consideration. Today, commercial spent fuel is stored in fuel pools at reactors in 25 states. The NRC has held that such storage is safe for the life of the reactor, about 30 to 40 years, i.e. for the short term. Similarly, high level radioactive wastes are stored in several forms in 6 states in a manner that has been judged acceptable for the short term.

The NWPA establishes as public policy disposal of these wastes in a geologic respository as the anticipated long-term solution for America. America is not alone in selecting geologic disposal as the best long-term mode for the future. Canada, Belgium, West Germany, Switzerland, and Sweden have made a similar judgment. In planning and carrying out the numerous systematic elements of the program mandated by the Act, judgments must be made against the backdrop that we are choosing between the status quo, i.e. storage of substantial quantities of

such wastes on an acceptable short-term basis in many states; and a more secure, high-confidence system for the long-term future--geologic disposal.

The desire for perfection, which we all seek, must be balanced against the potential consequences of indefinite continuation of the status quo. This balance has been drawn by the Act in specifying target dates for acceptance of waste and in establishing appropriate procedures for considering the interests of States, affected Indian tribes, and the public in deciding on sites and carrying out the programs. I am committed to carrying out the provisions of the Act.

I am enthusiastic about proceeding, although I have no illusion about the ease of making key decisions. Nonetheless, these decisions must be made!

In my mind, several key points stand out as important.

1. The several elements of the program need to be brought into a common framework to avoid duplication and fiscal inefficiency. These are repository design and development, monitored retrievable storage design and development, packaging and preparation of fuel or waste, shipping and interim storage, transportation and handling. Standardization should be the approach where possible rather than countless custom designs.

2. An integrated program utilizing both geologic and MRS repositories should be considered as the best way to achieve both intermediate and

long-term goals in a timely fashion. Both MRS and repositories will probably be needed as complementary elements in the integrated system.

3. Discussions with States, affected Indian tribes, and other interested parties and the public must be carried out vigorously, openly and fairly to assure that the highest possible confidence can be attached to decisions made. I commit myself to active personal involvement on a regular basis.

4. The program must be managed like a business. Ratepayers and utilities have a right to demand this. Bottom line results are the measure of performance, not cash flow. Rigorous procedures must be in place to assure that fiduciary responsibility and accountability are exercised and demonstrable.

5. Close working relationships with other Federal agencies will be maintained, especially with NRC, EPA, and DOT.

I look forward to working with Secretary Hodel and the competent staff already working on waste management in the Department of Energy. In conversations with the Secretary on my role and function in the Department, we have agreed that the Directorship of the OCRWM will be my primary function. Also, I will move vigorously to further strengthen the staff and to tighten the organization and improve communications throughout the system.

I conclude my statement by expressing appreciation to the President and Secretary Hodel for their confidence in me. I pledge my best effort to you on this Committee, the Environmental and Public Works Committee of the Senate and the companion Committees in the House involved in the construction and implementation of the Act as we work together to carry out its mandate. Indeed, you have reserved for yourselves what may well be the final test of this country's resolve to get on with disposal of radioactive wastes--the final resolution of issues with States and affected Indian tribes if needed. I am pleased to have the opportunity to work with you in this important area. We must continue the progress so this issue can be removed as an impediment and nuclear power can be considered on its merits.

This concludes my statement, Mr. Chairman. I welcome your continued interest, participation and support in the program.

UNITED STATES COURT OF FEDERAL CLAIMS

YANKEE ATOMIC ELECTRONIC COMPANY, PLAINTIFF, VS. THE UNITED STATES, DEFENDANT. ) CA NO. 98-126C

CERTIFIED COPY

MAINE YANKEE ATOMIC POWER COMPANY, PLAINTIFF, VS. THE UNITED STATES, DEFENDANT. ) CA NO. 98-474C

CONNECTICUT YANKEE ATOMIC POWER COMPANY, PLAINTIFF, VS. THE UNITED STATES, DEFENDANT. ) CA NO. 98-154C

Deposition on oral examination of BEN RUSCHE, VOLUME 1, reported by Brad H. Thomas, Certified Realtime Reporter and Notary Public in and for the State of South Carolina; said deposition taken pursuant to notice of deposition and in accordance with the Federal Rules of Civil Procedure, at the Sheraton Hotel, 2100 Bush River Road, Columbia, South Carolina, commencing on Thursday, May 16, 2002, at the hour of 9:20 a.m.

Appearances:

Representing the Plaintiffs:

JERRY STOUCK, ESQUIRE
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005-3305

Representing the Defendant:

R. ALAN MILLER, ESQUIRE
United States Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530

A. I do indeed.
Q. Okay. Take a look -- and then there's a list of Paragraphs 1 and 2?
A. Beg your pardon?
Q. After the because -- there's two becauses, and there's one and two.
A. Yes.
Q. Is that -- as you read that now, does that sort of cover it? Is there anything you would add to why you believed at that time that moving ahead with this program was a matter of national urgency?
A. What was your question?
Q. My question is does one and two sort of cover it? Is there anything you -- does this cover the reasons why you thought at that time --
A. Yes.
Q. -- that moving ahead --
A. Yes.
Q. Anything substantial that you would add to what's written there and what you told Congress about the reasons why moving ahead with the program at that time was a matter of national urgency?
A. No.

Q. All right. Now, in No. 2 says that the federal government from the beginning of the Atomic Age has been given the -- I'm sorry. Well, I read -- the sentence says that the federal government from the beginning of the Atomic Age has been given the responsibility for eventual disposal of high-level radioactive waste and spent fuel. Do you see that?

A. I do.

Q. Okay. And this statement was given after the enactment of the Nuclear Waste Policy Act?

A. Yes.

Q. Okay. Which was signed into law in, I believe, early January?

A. Early January, that's right.

Q. 1983. So is it your understanding that that statute carried forward this federal responsibility for eventual disposal of high-level radioactive waste and spent fuel?

MR. MILLER: Objection. Calls for a legal interpretation. Go ahead.

THE WITNESS: Yeah.

Q. (Mr. Stouck) Would you say that -- well, okay. Do you have a copy of this

confirmation statement yourself? When was the last time -- when was the last time you saw this?
A. This?
Q. Yeah.
A. Oh, I guess, maybe six months or a year ago I had some occasion that I was just going through my file and saw it.
Q. So you have a copy at home?
A. I don't know that I have a copy in this exact form, but I have a form that I believe is the same as this.
Q. Okay. Do you have -- when you say in your file, do you have files in your possession that relate to your work as director of the Office of Civilian Radioactive Waste Management?
A. The only files I have are those that I referred to, which are -- is my confirmation file, which is a notebook that has the material that I amassed looking at and which gave rise to this statement.
Q. Okay. No other files about your work for the Department? You left them there?
A. Absolutely. Absolutely.
Q. All right. So this statement outlines the task at hand when you joined the Department.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

YANKEE ATOMIC ELECTRIC COMPANY )
CONNECTICUT YANKEE ATOMIC POWER COMPANY )
MAINE YANKEE ATOMIC POWER COMPANY )
FLORIDA POWER & LIGHT COMPANY )
NORTHERN STATES POWER COMPANY )
DUKE POWER, A Division of DUKE ENERGY CORP.)
INDIANA MICHIGAN POWER COMPANY )
SACRAMENTO MUNICIPAL UTILITY DISTRICT )
SOUTHERN NUCLEAR OPERATING COMPANY, et al. )
COMMONWEALTH EDISON COMPANY )
BOSTON EDISON COMPANY )
GPU NUCLEAR, INCORPORATED )
WISCONSIN ELECTRIC POWER COMPANY )
POWER AUTHORITY OF THE STATE OF NEW YORK )
OMAHA PUBLIC POWER DISTRICT )
NEBRASKA PUBLIC POWER DISTRICT )
TENNESSEE VALLEY AUTHORITY, )
Plaintiffs, )
v. )
UNITED STATES, )
Defendant. )

2

DEPOSITION OF ROBERT L. MORGAN

March 21 and 22, 2002 Volume 2, Pg 213 - 330

C&C Court Reporting
541/485-0111 • 172 East 8th Avenue • Eugene, Oregon 97401
1-800/344-0983 • FAX 541/485-0926 • Salem Office 503/362-9193
E-MAIL depos@ccreporting.com • INTERNET http://www.ccreporting.

CERTIFIED COPY

Case Nos.: 98-126C, 98-154C, 98-474C, 98-483C, 98-484C, 98-485C, 98-486C, 98-488C, 98-614C, 98-621C, 99-447C, 00-440C, 00-697C, 00-703C, 01-115C, 01-116C, 01-249C

THE DEPOSITION OF ROBERT L. MORGAN was taken as a witness on behalf of the Plaintiffs, pursuant to Rules of the Court of Federal Claims, at 9:30 a.m. on Thursday, the 21st day of March 2002, at the Eugene Hilton Hotel, 66 East 6th Avenue, in the City of Eugene, County of Lane, State of Oregon, before Eleanor G. Knapp, CSR-RPR, Certified Shorthand Reporter in and for the State of Oregon.

APPEARANCES

For Plaintiffs Southern Nuclear Operating Company, et al.:

BALCH & BINGHAM LLP
Attorneys at Law
1710 Sixth Avenue North
Birmingham, Alabama 35203
205/251-8100
BY: MR. M. STANFORD BLANTON
MR. K.C. HAIRSTON

A P P E A R A N C E S

(continued)

For Plaintiff Commonwealth Edison Company:

JENNER & BLOCK, LLC

Attorneys at Law

One IBM Plaza

Chicago, Illinois 60611-7603

312/222-9350

BY: MR. NORMAN M. HIRSCH

For Plaintiff Wisconsin Electric:

PERKINS COIE LLP

Attorneys at Law

1201 Third Avenue, 40th Floor

Seattle, Washington 98101-3099

206/583-8419

BY: MR. RICHARD W. OEHLER

(continued)

## APPEARANCES

For Plaintiffs Florida Power & Light, et al.:

SHAW PITTMAN LLP
Attorneys at Law
1650 Tysons Boulevard
McLean, Virginia 22102-4859
703/770-7940
BY: MR. ALEX D. TOMASZCZUK

For Plaintiff Sacramento Municipal Utility District:

ARNOLD & PORTER
Attorneys at Law
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-1370
303/863-2301
BY: MR. DAVID S. NESLIN

(continued)

# A P P E A R A N C E S

For the Defendant:

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division / Commercial Litigation
1100 L. Street, N.W.
Washington, D.C. 20530
202/353-0516

BY: MR. BRYANT S. BANES
MS. HEIDE L. HERRMANN
MR. R. ALAN MILLER

Reported by:

ELEANOR G. KNAPP, CSR-RPR
C & C COURT REPORTING
EUGENE 541/485-0111
SALEM 503/362-9193
TOLL FREE 800/344-0983

Q. Do they usually meet in Vienna, Austria?

A. Yes.

Q. Did Secretary Hodel make a presentation at that meeting, to the best of your recollection?

A. I believe that he did, but I'm not sure.

Q. Who, generally, would attend the meetings of the International Atomic Energy Agency?

A. The Secretary of Energy.

Q. I mean, who would be the attendees from other countries?

A. The head of their atomic energy activities. It was a high-level meeting of all the member states, if you will, of the IAEA.

Q. In this set of remarks, did you accurately attempt to describe what the DOE policy was regarding spent fuel at that time?

MR. BANES: Objection. Have you had time to look at the document, sir?

THE WITNESS: I don't know what's in the document.

BY MR. HIRSCH:

Q. Please take a look at the document.

(Pause.)

THE WITNESS: Can I go off the record for just a moment?

MR. HIRSCH: Sure.

(A discussion was had off the record.)

BY MR. HIRSCH:

Q. Mr. Morgan, in an effort to get you out of here and speed things along, let me just ask you some specific questions of the document, if that's all right with you.

A. Fine.

Q. Will you look at page -1644 of the document, first full -- second full paragraph.

A. -1644?

Q. That's the little page at the bottom --

A. Yes.

Q. -- page number. You see there's a reference in the middle to studies and explorations in the different media? And then there's a sentence that says, "However, while the responsibility for permanent disposal of this waste has rested with our Federal

Government since the Atomic Energy Act of 1954 was enacted, until recently, major obstacles have existed in the United States which have impeded the successful disposal of nuclear waste."

Is it correct that the U.S. Government had the responsibility for the permanent disposal of spent nuclear fuel since the Atomic Energy Act of 1954 was enacted?

MR. BANES: Objection. Calls for a legal conclusion and irrelevant.

A. I'd have to read the Atomic Energy Act of 1954 to -- otherwise it would be speculation. I'm sorry.

But these are the words that I used.

BY MR. HIRSCH:

Q. You made that statement to the leaders or the high-level people present at the International Atomic Energy Agency meeting. Is that correct?

A. Yes, that is correct.

Q. And presumably you wouldn't have made that statement if you didn't think it was correct. Right?

A. That's correct.

Q. Then you say at the bottom of the same page, reading from the last sentence, ". . . late last year, the United States Congress passed legislation to bring to an end years of indecision on how to solve the problem." Do you see that statement?
A. Yes.
Q. And the problem was the problem of disposing of spent fuel. Correct?
A. Yes.
Q. And was it your view at the time that the Nuclear Waste Policy Act was intended to end years of indecision --
A. That's correct.
Q. -- on how to solve the problem of disposal of spent fuel?
A. Yes. That's correct.
Q. Will you look at page -1646 at the bottom.
A. Yes.
Q. Do you see at the top of that page it says, "The Department of Energy has the responsibility to provide for the permanent disposal of high-level radioactive waste such as spent nuclear fuel or reprocessed spent nuclear

DOE/RW-0128

# OCRWM Mission Plan Amendment

**_With Comments on the Draft Amendment and Responses to the Comments_**

_June 1987_

U.S. Department of Energy
Office of Civilian Radioactive Waste Management
Washington, DC 20585

at both sites as the DOE receives evidence that quality-assurance requirements are satisfied.

EXTENSION OF THE SCHEDULE FOR THE FIRST REPOSITORY

Beginning with the comments on the proposed DOE siting guidelines,[24] which were issued on February 7, 1983, shortly after the Act was signed by the President, and continuing through the comments on the 1984 draft Mission Plan[23] and the Project Decision Schedule,[18] many parties have insisted that, given the controversial nature of the program, the schedule specified by the Act was not realistic and not achievable.* They pointed out that the schedule was not reconcilable with the siting process mandated by the Act—to achieve one it was necessary to sacrifice the other—and suggested that the DOE ask the Congress for schedule relief.

The DOE attempted to meet both objectives and developed an aggressive schedule that would allow the first repository to start accepting waste in January 1998. This schedule, first reported in the 1984 draft of the Mission Plan[23] and later revised in the 1985 Mission Plan,[1] resulted from a careful evaluation of the feasible options for each phase of the program and was based on innovative approaches to the development of the repository, such as the integration into the construction of the repository of the exploratory shafts used for site characterization and the construction of the repository in two phases. At the same time, the DOE insisted that the schedule would not be allowed to prevail over the need for technical excellence and public participation.

As already mentioned, several important milestones have been achieved. However, the experience gained in achieving those milestones and advances in the technical planning of the program, coupled with a decrease in the budget for fiscal year 1987** and uncertainty about fiscal year 1988, have led the DOE to reassess and rebaseline the program for the first repository and to revise its schedule (see Table 1). The new schedule shows a 5-year extension of the date for waste acceptance at the first repository, from 1998 to 2003. (As explained later, the DOE could nonetheless start accepting waste in 1998 at an MRS facility.)

The schedule remains aggressive and success oriented. As explained more fully in Appendix B, most of the extension occurs in the near term, during the site-characterization and site-selection phases. The activities scheduled for these phases include the preparation and public review of the site characterization plans, the construction of the exploratory shafts, the underground

---

*Summaries of these comments and the DOE's responses can be found in Volume II of the 1985 Mission Plan.[1]

**In the budget appropriation for fiscal year 1987, the Congress provided $499 million of the $710 million requested by the DOE and withheld $79 million of the $499 million pending the certification of good-faith efforts in consultation and cooperation with States and affected Indian Tribes.

NUCLEAR ENERGY

# Overview

**The Weekly Report to Members of the Nuclear Energy Institute** **February 9, 2004**

## DOE Unveils $24.3 Billion Budget; Yucca Funds Rise, Nuclear R&D Cut

The fiscal year 2005 budget request announced last week by the Department of Energy brought mixed news for the nuclear energy industry—record-high funding for the Yucca Mountain repository and a sharp decline in spending on nuclear research and development.

The department is seeking $907.5 million for its civilian nuclear waste management program. That amount includes $880 million for the Yucca Mountain repository project, as well as $27.5 million associated with new elements that will be added to the program for the first time next year. These include DOE fuel management responsibilities for universities and Idaho used fuel storage. (*See related article on page 3.*)

Nuclear research and development, however, faces reduced funding in 2005, with a cut of nearly $34 million.

Overall, DOE submitted a $24.3 billion budget request for fiscal year 2005, 4 percent above last year's $23.4 billion total. If approved by Congress in its current form, the department's budget will have increased about 27 percent since the Bush Administration took office.

Nuclear energy figured prominently in Energy Secretary Spencer Abraham's speech outlining next year's fiscal plan. "We've made tremendous progress in ensuring that nuclear power will remain part of our fuel mix," Abraham said. "Our scientists are pursuing an advanced fuel cycle to provide significant improvements in fuel performance, energy utilization and proliferation resistance for nuclear reactors. And we are working on an international basis to develop the next generation of nuclear technologies that will take us to the next level in terms of efficiency, reliability and security."

The budget request for the Office of Nuclear Energy, Science and Technology totals $409.6 million, a 1.2 percent increase from the current year. The office's spending plan encompasses funding for research and development, infrastructure and program direction.

### HYDROGEN, GEN IV FUNDING INCREASED

Several nuclear energy R&D programs were hit hard by funding cuts while others received substantial support. The total research request was down 26 percent, from $130 million this year to $96 million in 2005.

DOE is seeking a 41 percent increase in funding for the Nuclear Hydrogen Initiative, from $6.4 million to $9 million, and a 10 percent rise for the Generation IV Nuclear Energy Systems Initiative, to $30.5 million. The hydrogen initiative is part of an overarching DOE program to tap various technologies that combine hydrogen production with electricity generation.

The Nuclear Energy Plant Optimization (NEPO) program, focused on the performance of existing reactors, and Nuclear Energy Research Initiative (NERI), which centers on new reactor research, were eliminated. In its budget document, DOE said NERI activities would be integrated into mainline R&D programs to "achieve greater participation of the nation's universities."

Despite voicing continuing support for NEPO's objectives, DOE provided no funding. The move will allow DOE "to concentrate on more long-term research and development activities on new nuclear plant designs, rather than short-term activities on currently operating nuclear power plants," officials said. DOE has tried to drop NEPO since 2003, but Congress continued to fund the program, although at declining levels of support.

Funds for the Nuclear Energy Technologies effort were nearly halved,

**in this issue**

DOE Unveils $24.3 Billion Budget ........ 1
Yucca Funding Set at Record $880 Million ........ 3
NRC Seeks $670 Million for 2005 ........ 4
DOE to Seek Yucca Funding Bill ........ 4
Industry Briefs Wall Street on High Performing Year ........ 6
NRC Pilot Project Examines PSA Standards ........ 7

*Overview* is also available to NEI members in PDF or HTML format on NEI's member Web site at *http://[illegible]*. To see current or archived issues, enter your ID and password and go to the home page, click on "Industry Topics" and then on "*Nuclear Energy Overview*."

## FY 2005 NUCLEAR ENERGY FUNDING (in millions of dollars)

| | FY 2004 Administration Request | FY 2004 Appropriation | FY 2005 Administration Request |
|---|---|---|---|
| **Department of Energy** | | | |
| ▶ **Nuclear Energy, Science and Technology Programs** | 387.6 | 404.8 | 409.6 |
| Program Direction | 60.2 | 59.8 | 60.3 |
| Nuclear Energy Plant Optimization | 0 | 2.9 | 0 |
| Nuclear Energy Research Initiative | 12.0 | 6.6 | 0 |
| Nuclear Energy Technologies | 48.0 | 47.3* | 10.3 |
| Generation IV Nuclear Energy Systems Initiative | n/a | n/a | 30.5 |
| University Reactor Fuel Assistance/Support | 18.5 | 22.9 | 21.0 |
| Nuclear Hydrogen Initiative | 4.0 | 6.4 | 9.0 |
| Advanced Fuel Cycle Initiative | 63.0 | 66.7 | 46.3 |
| ▶ **Infrastructure** | | | |
| Radiological Facilities Management | 60.2 | 63.4 | 69.1 |
| Idaho Facilities Management | 65.6 | 75.4 | 108.0 |
| Idaho Sitewide Safeguards and Security | 56.7 | 56.3 | 58.1 |
| ▶ **Nuclear Waste Disposal** | 591.0 | 580.0 | 880.0 |
| Nuclear Waste Fund | 161.0 | 190.0 | 749.0 |
| Defense Funds | 430.0 | 390.0 | 131.0 |
| ▶ **Agencies** | | | |
| Nuclear Regulatory Commission | 626.1 | 626.1 | 670.3 |

* This figure includes funding for Nuclear Energy Technologies ($19.6 million) and the Generation IV Nuclear Energy Systems Initiative ($27.7 million). The funds will be separated in the 2005 fiscal year.

from $19.6 million this year to $10.3 million in 2005. The program provides for licensing demonstration and related analysis projects for the Nuclear Power 2010 program to support new nuclear reactors. Instead, DOE will concentrate on the early site permit and combined license application processes.

The Advanced Fuel Cycle Initiative, created to develop advanced technologies for an improved, more efficient and proliferation-resistant nuclear fuel cycle, also suffered cuts. Its budget request was sliced by nearly one-third, from $66.7 million in 2004 to $46.3 million next year.

Proposed funding for the University Reactor Fuel Assistance and Support program was reduced by 8 percent, to $21 million next year.

### R&D REDUCTIONS CALLED 'SHORT-SIGHTED'

The cutbacks drew immediate fire from one longtime congressional supporter of nuclear energy R&D. Sen. Pete Domenici (R-N.M.), chairman of the Energy and Water Development Appropriations Subcommittee, labeled the reductions "short-sighted."

"America is poised to reinvest in nuclear energy as part of a larger strategy to move away from our overreliance on natural gas," Domenici said. "Nuclear energy is clean, reliable and affordable. We are planning the construction of new nuclear power plants and the implementation of improved waste strategies. Slashing nuclear R&D could undermine that larger effort."

The $235.3 million infrastructure budget request includes substantial funding increases for the Idaho National Engineering and Environmental Laboratory (INEEL) as the facility begins its transition to the Idaho National Lab.

The new lab, which will merge INEEL with Argonne National Laboratory-West, is an important priority for Abraham. "This new laboratory will serve as the nation's primary center for strategic nuclear energy research, development, demonstration and education," he said.

"It will lead the department's investigation of a new type of nuclear power plant that is proliferation-resistant and meltdown-proof—the next-generation nuclear power plant," Abraham noted. "It is our objective that the Idaho National Laboratory becomes the world's premier nuclear energy technology center within a decade."

The budget request was submitted to Congress Feb. 2. Budget and appropriations committees are expected to work on the spending plan during the next several months.

## Yucca Funding Request Set at $880 Million for 'Critical' Year

An $880 million funding request for Yucca Mountain will ensure a license application is filed with federal regulators this December and that work can proceed on the project's crucial transportation plan, Energy Department officials said while unveiling their 2005 spending plan last week.

The record-breaking amount will be divided into three areas: Yucca Mountain project, $558.9 million; transportation project, $186 million; and program management and direction, $135.1 million. Congress appropriated $580 million for Yucca Mountain in 2004.

In a Feb. 2 budget briefing, Margaret Chu, director of DOE's Office of Civilian Radioactive Waste Management, called 2005 "a critical year" for the project. She said that DOE will file a license application with the Nuclear Regulatory Commission this December, two months into the 2005 fiscal year, and will step up work on a transportation plan for the facility.

"A high-quality, complete application is paramount," Chu said. DOE is also prepared to "answer queries and requests for additional information during the NRC's technical review. We expect the review will be very thorough and very rigorous."

Besides the license application and transportation plan, Chu outlined a series of Yucca Mountain program objectives and activities for 2005, that include:

- providing timely and effective response to the NRC during technical review of the license application
- focusing on design and site infrastructure readiness for repository construction
- continuing the implementation of business process improvements

**Last Chance for 2004 TIP Award Entries**

**Competition closes Feb. 12.**

**The TIP Award committee needs your entries now!**

Remember, all entries must be submitted via the Internet.

To enter: Go to NEI's member Web site at *http://member.nei.org* and click on "TIP Awards honor innovation." Follow the instructions to submit your entry. You will need a password, which you can obtain from your company's NEI administrative point of contact or by e-mailing NEI at *membership@nei.org*.

For more information, contact Elizabeth King at 202.739.8095 or *ejk@nei.org*.

## upcoming events

[illegible]

➤ [illegible]

➤ [illegible]

➤ North American Young Generation in Nuclear [illegible] International Youth Nuclear Congress will be held May [illegible] the [illegible] Marriott Toronto. For conference details, visit [illegible] or contact [illegible]@[illegible].org to submit a summary for presentation at the conference.

➤ Nuclear Energy Assembly, "Creating the Future: the Next 50 Years," will be held May 12-14 at the Ritz-Carlton Hotel New Orleans. For information, contact Lisa Steward at 202.739.8006 or [illegible]

➤ Emergency Preparedness and Communication Forum will be held June 21-24 at the Ritz-Carlton Cleveland in Cleveland, Ohio. For information, contact Alan Nelson at 202.739.8110 or [illegible]

➤ Emergency Preparedness Training Course will be held June 23-25 at the Ritz-Carlton Cleveland in Cleveland, Ohio. For information, contact Alan Nelson at 202.739.8110 or apn@nei.org.

*For more detailed program and registration information, visit the "NEI Conferences" area of NEI's member Web site at http://member.nei.org.*

➤ expanding design activities for surface, subsurface and engineered barriers, including prototypes

➤ implementing an acquisition strategy to begin construction and operational phases of repository development.

Among the priorities Chu listed for the transportation project were the award of contracts for acquisition of transportation containers and rail infrastructure, issuance of a draft environmental impact statement for the Nevada rail alignment, and development of an acquisition strategy for a transportation fleet management facility.

Additionally, DOE will expand intergovernmental and institutional programs for stakeholder and tribal participation in transportation planning and develop program elements to optimize waste acceptance for commercial and DOE used nuclear fuel and high-level waste.

A departmental realignment will shift DOE fuel management responsibilities for universities and Idaho used nuclear fuel storage to the civilian waste management office in an effort to "consolidate spent nuclear fuel expertise," Chu said. Another $27.5 million has been set aside for that purpose.

Energy Secretary Spencer Abraham called the Yucca Mountain funding request "one of the most significant and long-standing commitments addressed in this budget."

"We made a decision in the beginning of 2002 that we'd move ahead with the Yucca Mountain project," Abraham said. "It was a decision that people said would never be made. A decision for which there would always be a political excuse for delay.

"There is still much work to be done—at the site, at the Nuclear Regulatory Commission and in various courtrooms," he said. "But I believe that at the end of the day, America will finally have a long-promised, safe repository for nuclear waste."

## NRC Seeks $670 Million For Fiscal Year 2005

The Nuclear Regulatory Commission has submitted a $670.3 million budget request to Congress for fiscal year 2005, an increase of $44 million over this year's spending.

The budget reflects $541.1 million from fees assessed to NRC licensees, a $4.5 million decrease from this year. The remaining $129.2 million would be provided by the Nuclear Waste Fund and U.S. Treasury.

The agency cited several reasons for the 7 percent budget increase, including $14 million for federal pay raises and benefit increases. Referencing increased interest in new reactor initiatives, the agency said that another $10 million is necessary to strengthen reactor programs, as well as reactor inspection and performance assessment activities. The NRC also seeks an additional $30 million for review of DOE's application to construct the Yucca Mountain repository and to study the performance of used fuel shipping containers.

Some of the increase is offset by a decrease of approximately $10 million for homeland security activities, which are now complete.

Funding levels for each of the NRC's strategic areas includes:

➤ nuclear reactor safety, $435.2 million

➤ nuclear materials safety, $100.3 million

➤ nuclear waste safety, $118.1 million

➤ international nuclear safety support, $9.2 million

➤ Office of the Inspector General, $7.5 million.

## DOE Will Pursue Legislation To Modify Yucca Funding Mechanism

The Department of Energy will pursue legislation to ensure that the federal Nuclear Waste Fund is "directly applied for [its] intended purpose without delay," according to DOE's 2005 budget request introduced last week.

## transitions

### GOVERNMENT

The legislation would reform an appropriations process that over the past nine years has seen more than $4 billion diverted from the fund -- a dedicated trust fund financed by users of nuclear-generated electricity – for other general budget purposes.

"The nuclear waste management program has been consistently underfunded for many years. It is essential that sufficient funding be made available to permit DOE to meet its schedule," said John Kane, NEI's senior vice president of governmental affairs.

DOE's legislative proposal would protect a fund amount, based on fees collected from consumers, to pay for repository construction. The legislation will most likely be patterned after House bill H.R. 3429, introduced by Illinois Reps. John Shimkus (R) and Bobby Rush (D) last October (see *Nuclear Energy Overview*, Nov. 3, 2003).

The Shimkus-Rush legislation would allow estimated fees collected in the Nuclear Waste Fund in 2005 to offset program spending, resulting in no impact on Congressional spending caps. This is the same approach applied to industry fees for Nuclear Regulatory Commission activities.

Under the DOE proposal, the "offsetting collection" will range between $749 million and $767 million during the next five years. This is significantly higher than the $190 million appropriated from the fund in fiscal 2004.

Nuclear Waste Fund contributions will continue to be supplemented by federal defense funds, including a requested $131 million in fiscal 2005, to cover costs associated with DOE used fuel and nuclear materials disposition. Together, the two sources will provide $880 million in fiscal 2005. Monies requested from the defense funds and Nuclear Waste Fund are subject to the appropriations process.

Margaret Chu, director of DOE's Office of Civilian Radioactive Waste Management, listed the legislative proposal as one of the office's top 2005 objectives. "Many of us, including members of Congress, have been concerned about funding for the waste program," she said. "We have reached a point where legislation must be sought to make the Nuclear Waste Fund available for its intended purpose."

The fund's balance stood at $14.4 billion last September. Since 1983, ratepayers have paid $23.1 billion into the reserve. This balance will not be affected by the legislation and will remain available for long-term program costs.

The nuclear energy industry expressed support for the proposed appropriations remedy.

"The administration is taking important steps to help the government meet its statutory and contractual obligation to begin disposing of the used nuclear fuel being stored at commercial nuclear power plants," Kane said. "It is imperative that Congress provide the funding necessary in the years ahead for the Department of Energy to meet critical program milestones for the planned underground repository at Yucca Mountain."

DOE plans to submit a license application for the disposal facility to the Nuclear Regulatory Commission this December. DOE's goal is to have the repository, which would receive commercial used nuclear fuel and high-level radioactive waste from U.S. defense programs, in operation by 2010.

## Another High-Performing Year, Industry Tells Wall Street

The nation's nuclear power plants entered 2004 performing at the electricity industry's leading levels of efficiency and reliability, industry leaders said at NEI's annual briefing for financial analysts in New York on Feb. 6. The nuclear energy industry, they said, is continuing to invest in building new nuclear power plants later this decade.

"This industry is completely focused on securing its future—making the investments necessary today so that we'll be well-positioned to serve our customers, shareholders and bondholders in the years ahead," said Don Hintz, president of Entergy Corp. and NEI chairman.

NEI President and Chief Executive Officer Joe Colvin told analysts that preliminary data from 2003 shows that the nation's 103 nuclear reactors produced 762 billion kilowatt-hours (kWh) of electricity. Nuclear power generation in 2002 was a record-high 780 billion Kwh. The plants' average capacity factor—a measure of efficiency—is estimated between 89 percent and 90 percent in 2003, after a record-high 91.9 percent in 2002.

"We expect these small year-to-year ups and downs in total nuclear plant output," Colvin said. He emphasized that the dip in output resulted



primarily from extended plant shutdowns for capital improvements and inspections. "To the extent that small declines in annual output are the result of major equipment replacement projects, we should be encouraged."

Although 2003 cost data is not yet available, the industry anticipates the average production cost (fuel costs plus operations and maintenance) will be about the same as the 1.7 cents/kWh average posted in 2002.

"A small increase in costs will not affect the competitive position of a nuclear power plant or its profitability. With even a modest increase in cost, nuclear plants remain safe, competitive and profitable," Colvin said.

The industry continues to increase capacity at nuclear power plants, Colvin said. "With more than 2,000 megawatts of power uprates authorized by the Nuclear Regulatory Commission over the past three years, and another 2,000 megawatts expected over the next several years, we continue to gain additional value from our existing assets."

Colvin told analysts that as the U.S. economy grows, demand for electricity will increase. "Our nation must meet the growing demand with a diversified portfolio of fuels and technologies, including nuclear energy," he said. Accordingly, the industry continues to progress toward new nuclear power plant orders.

Several years ago, the industry launched a program to help create a favorable business climate in which companies can order new nuclear plants. This comprehensive, multi-year program is designed to address licensing and regulatory issues and the development of new nuclear plant designs and financing, Colvin said.

Entergy's Hintz told analysts, "Probably the most difficult hurdle to building new plants is breaking the inertia—building the first new plants, and demonstrating that we can manage the licensing process and achieve our cost and schedule targets. Nuclear power is a solid business. And that's why we are investing time and money and management resources in building a foundation for the future and for this industry."

The comprehensive energy policy legislation pending in the U.S. Senate provides financial incentives for advanced reactors and continued investment in research and development for advanced nuclear technologies. The legislation also includes Price-Anderson Act reauthorization. "Passage of the energy bill this year is essential if the industry is to start down the road of expanding America's diverse energy infrastructure to ensure energy security and a cleaner environment for the future," Colvin said.

In reviewing challenges ahead, Colvin noted that the nuclear industry has long recognized that some metals and other materials in certain plant applications require dedicated management by plant operators to maintain high safety levels. The industry this year will dedicate $60 million to industrywide programs that proactively prioritize and resolve materials management issues.

Colvin told analysts that nuclear plant security continues to be a high priority for the industry, saying, "Our goal is to provide the highest level of protection possible for a commercial facility."

Nuclear power plants have enhanced security in several respects since Sept. 11, 2001, and will have invested about $1 billion by the end of this

what is the future of nuclear

Register now on the "NEI Conferences" area of NEI's member Web site at *http://member.nei.org*, or contact Lisa Steward at 202.739.8006 or *lis@nei.org*.

NEA
NUCLEAR ENERGY ASSEMBLY

**Creating the Future: The Next 50 Years**

**May 12-14, 2004 ■ Ritz-Carlton Hotel ■ New Orleans**

Nuclear energy is poised for growth as we meet the multi-faceted challenges of economic expansion, environmental protection and the new frontiers of energy supply.

Join industry, public policy and business leaders to explore the possibilities of a vibrant future for nuclear.

Invited speakers include:

- Donald Evans, U.S. Secretary of Commerce
- Mary Landrieu, U.S. Senator (La.)
- Kathleen Babineaux Blanco, Governor of Louisiana
- Emily Nagle Green, CEO of Cambridge Energy Research Associates
- Susan Eisenhower, Chairman, Eisenhower Institute
- Nils Diaz, Chairman, Nuclear Regulatory Commission
- Cokie Roberts, ABC News Political Analyst

year in post-Sept. 11 security enhancements. These enhancements include: moving security perimeters farther from the plant installing new barriers and plant access authorization systems, increasing the size of security staffs and enhancing all aspects of training.

"We will continue to work with the NRC and the Department of Homeland Security to ensure nuclear power plants remain the best protected industrial facilities," Colvin said.

## NRC Pilot Project Examines Safety Assessment Standards

Five companies have volunteered for a pilot project to evaluate their reactors' probabilistic safety assessments (PSAs) against a recently released standard and Nuclear Regulatory Commission guidance. The project is intended to help define how the standard will be used to establish the technical adequacy of these assessments for regulatory applications.

The five pilot plants—San Onofre, Columbia, Surry, Limerick and South Texas—will evaluate their PSAs against a standard developed by the American Society of Mechanical Engineers (ASME), in addition to an NRC regulatory guide. Each plant will evaluate its PSA in the context of a different proposed regulatory application.

The pilot plants will use the results of industry peer reviews of their PSAs in the project. Before any formal PSA standards were available, the industry developed peer-review guidance and organized teams of experts to conduct the reviews. The process gave companies feedback on the methods used in preparing their PSAs.

The quality and completeness of plant PSAs have been a continuing focus of interest in connection with safety-focused regulation. The commission has emphasized the importance of moving toward use of PSA standards. In addition to the ASME standard—which addresses internal plant events at full power—the American Nuclear Society is developing standards to address risks related to seismic events, fires and operating conditions during periods of low power production and when the plant is shut down.

The industry first must address the ASME standard, said Tony Pietrangelo, NEI senior director for risk regulation. "It sets a high bar for PSA capability. It represents a compilation of best practices from PSAs developed since the late '80s."

The commission recently issued new direction to its staff that provides a four-part approach to addressing PSA quality and completeness. "The commission's direction to the staff recognizes that companies can make practical, safety-focused improvements in plant operation as the technology evolves," Pietrangelo said.

All U.S. reactors have performed a PSA to address internal plant events during power operation. Some plants also have addressed "external events," such as fires and earthquakes, in their PSAs, while others have addressed these events with alternative methods. The NRC believes that existing methods may be used to support regulatory applications in the near term but that over time, PSAs should address all events and modes of operation and should meet consensus standards, Pietrangelo said.

According to Pietrangelo, new incentives for plants to use better PSA models are the best way to achieve more detailed and thorough PSAs. A new NRC rule, expected by mid-2004, may present a significant incentive, he said.

The rule—10 CFR 50.69—will allow plant operators to rank equipment more precisely according to its safety significance. Plant budgets for procurement, maintenance and testing of low-risk components could be reduced under the rule, and operators could focus more attention and resources on equipment that has high safety significance. How much a company benefits from the rule will depend, in part, on the quality and completeness of its PSA.

## Tauzin to Leave House; Resigns as Energy, Commerce Chair

Rep. Billy Tauzin (R-La.) will step down as chairman of the House Energy and Commerce Committee, effective Feb. 16. He will also not stand for re-election to Congress in November. Tauzin's departure will cap nearly 24 years of government service.

In a Feb. 3 letter to Speaker Dennis Hastert (R-Ill.), Tauzin said, "Leaving will not be easy, but I believe that this year is the right time for me and my family. My recent time spent at Bethesda Naval Hospital has reminded me of how precious time and life are and how dear family and friends are."

He said his committee needed "to begin its transition to new leadership" and "should have the opportunity for new leadership to carry on its most important work."

Tauzin, a staunch supporter of the nuclear energy industry, also worked on comprehensive energy legislation as co-chairman of the energy conference with Sen. Pete Domenici (R-N.M.). He was instrumental in garnering overwhelming House approval of energy legislation twice in the past two years.

In 2001, Tauzin addressed industry leaders at NEI's Nuclear Energy Assembly. The most obvious reason nuclear energy needs to be part of the future U.S. energy mix, he pointed out, is that "it's good for the air. It fits the clean-air profile. Who would have thought that we'd be talking about new nuclear plants in this country?" (see *Nuclear Energy Overview*, May 28, 2001).

House Energy and Air Quality Subcommittee Chairman Joe Barton (R-Texas), another nuclear energy advocate, who wrote key provisions of the energy bill, is a leading contender to succeed Tauzin on the panel.

In a Feb. 4 statement, Barton said, "With [Tauzin's] announcement, I am now actively seeking to be his successor to the chairmanship, and am flattered to have his endorsement. I am in the process of speaking individually with each of the steering committee members, and hope for their support. I had positive meetings with both Speaker Hastert and Majority Leader [Tom] DeLay [R-Texas] last night and look forward to an expedient

steering committee meeting to allow a smooth transition for the pending Energy and Commerce Committee agenda."

The chairmanship of the Energy and Commerce committee is one of the most powerful positions at the Capitol because of its broad jurisdiction, which encompasses energy, telecommunications, health care and environmental policy.

Barton, a former oil industry engineer, has nearly 20 years experience in the House. The energy bill, which Barton would inherit, has been stalled in the Senate since November, mainly over bipartisan objections to its $31 billion cost and a provision to waive liability for methyl tertiary butyl ether—a natural gas-derived gasoline additive.

## NRC Seeks to Amend Licensing Fee Schedule to Recover $546 Million

The Nuclear Regulatory Commission is proposing to amend the licensing, inspection and annual fee schedule to recover about $545.6 million for fiscal year 2004, which runs through Sept. 30.

The NRC is required to recover about 92 percent of its congressionally appropriated budget in fiscal year 2004, minus the amounts appropriated from the Nuclear Waste Fund and other offsetting amounts. To meet this requirement, the agency will collect $400.4 million from reactor licensees and others through the agency's annual fees.

According to a 1999 fee rule, the NRC is authorized to re-establish—or rebaseline—its base annual fees at least every three years, and more frequently if there is a substantial change in the total NRC budget. The total amount to be recovered through fees is $19.3 million more than the amount estimated for recovery in fiscal year 2003.

The NRC rebaselined annual fees this year based on the changes in the total budget and the magnitude of the budget allocated to certain classes of licensees. Rebaselined annual fees would result in increased annual fees—compared to 2003 fees—for three classes of licensees: power reactors, rare earth mills and transportation. The rebaselining would result in decreased annual fees for three classes—used fuel storage/reactor decommissioning, non-power reactors, and fuel facilities.

For material users and uranium recovery, most categories of licensees would have decreased annual fees, while others would have increased annual fees.

The primary reason cited for the increase in total fees for 2004 is that the amount to be recovered includes $51.1 million for homeland security activities, compared to $35.4 million in 2003. Other reasons noted for the fee increase include the 2004 federal pay raise and increased resources for reactor license renewals and new reactor licensing.

Written comments on the proposed amendments to Parts 170 and 171 of the commission's regulations must be received by the NRC by March 3.

| Class/Category of Licensees | Proposed FY 2004 Annual Fee |
|---|---|
| Power Reactors (Including spent fuel storage/reactor decommissioning annual fee) | $3,342,000 |
| Rare Earth Mills | $187,900 |
| Transportation-Approvals (Users and Fabricators) | $91,400 |
| Spent Fuel Storage/Reactor Decommissioning | $207,000 |
| Non-Power Reactors | $62,600 |
| High-enriched Uranium Fuel Facility | $5,342,000 |
| Low-enriched Uranium Fuel Facility | $1,791,000 |
| Uranium Recovery (Conventional Mills) | $14,600 |
| Radiographers | $12,000 |
| Broad Scope Medical | $25,100 |
| Distribution of Radiopharmaceuticals | $4,500 |
| Gauge Users | $1,900 |

## Domenici Trims Gas Additive Provision To Move Energy Bill Forward

Senate Energy and Natural Resources Chairman Pete Domenici (R-N.M.) plans to strip a controversial gasoline additive legal liability provision from a trimmed down comprehensive energy bill and offer the legislation on the Senate floor later this month as an amendment to a larger bill.

The additive, methyl tertiary butyl ether (MTBE), is a natural gas-derived substance that increases the oxygen content of gasoline. The substance has seeped into groundwater in regions across the country.

The energy bill has been stalled in the Senate since November, mainly over bipartisan objections to its $31-billion cost, but also as a result of the MTBE provision that would prevent communities from filing lawsuits to force the additive's producers to pay for cleanup costs of MTBE-contaminated water supplies.

House Energy and Commerce Committee Chairman Billy Tauzin (R-La.) and House leaders were notified of Domenici's intentions. "They aren't particularly happy about it, but I believe stripping MTBE out is necessary to get this bill through the Senate," Domenici said.

Without revealing many details, Domenici plans to reduce the overall

cost of the bill before sending it to the floor this month. He is working with Senate Finance Committee Chairman Charles Grassley (R-Iowa) to write a less expensive version of the bill. Most of the cuts will come from tax incentives, Domenici said.

Domenici first announced his plans to offer a significantly less costly energy bill after the president's budget was released Feb. 2 (see related story page 1).

"The budget the president sent to the Hill . . . is a tough one, but it reflects economic realities. It is necessary, in light of current deficit numbers, to trim spending every way that we can," he said. "I plan to trim the cost of this bill, while keeping its core provisions intact."

Domenici remains committed to passing comprehensive energy legislation through the Senate, but was disappointed with certain aspects of the administration's budget.

"I am disappointed that the Office of Science took a 2 percent cut, especially in light of specific guidance from [the] Energy and Water Development Appropriations Subcommittee to do just the opposite," he said. "I also consider the decision to decimate nuclear energy [research and development] short-sighted."

## Yucca Mountain Brings Millions in Economic Benefits to Nevada, Study Finds

The Yucca Mountain repository would generate up to $228 million in total gross product to the state of Nevada in 2006, the peak construction year, and add as much as $125 million annually during operation, according to a report from the Center for Business and Economic Research at the University of Nevada, Las Vegas.

The Yucca Mountain project contributed $195.7 million and 3,650 jobs to Nevada's economy in 2000, and $188.6 million in 2001. This translates to roughly $131 million earned each year in the state as a result of the project, the report claims.

"If the Yucca Mountain project were discontinued, economic losses, relative to the current economy, would be substantial," Keith Schwer, director of the center, said in a recent article in the *Las Vegas Review-Journal*. Schwer added that, unlike gaming and tourism, which are important in the state and subject to recessionary cycles, Yucca Mountain is expected to be a "sustained source of economic activity independent of the vagaries of the financial markets."

The report estimates that new employment linked to the project during the construction phase could peak at nearly 4,500 new jobs, depending on which transportation route is chosen.

During the project's primary transportation and operations phase (2010-2035), 2,000 to 2,500 jobs would be added in Nevada. The highest concentration of jobs would be in relatively high-wage industries such as construction, professional services and engineering.

"As such, they can provide a steady stream of income to Nevada residents that are largely independent of national and international economic cycles," the report said.

## Colvin, Hintz, Tollison Win American Nuclear Society Award

The American Nuclear Society (ANS) has awarded three industry leaders its 2004 Future Vision Award. ANS presented the awards during the second annual ANS Utility Executive Conference held last week in Scottsdale, Ariz.

This year's recipients are:

- Joe Colvin, president and chief executive officer of NEI
- Donald Hintz, president of Entergy Corp.
- Fred Tollison, executive vice president of the Institute of Nuclear Power Operation (INPO).

ANS established the award last year to recognize individuals who have served as visionaries by demonstrating their dedication to the nuclear industry.

"A visionary is someone who is able to communicate their view of the future, and they support that view by developing the right plan, engaging the right people and ensuring their commitment to reach a common goal," ANS said.

The organization said that all three recipients have made significant contributions to the nuclear industry through their visions. Award winners were recognized for their roles in ensuring that nuclear power remains a safe, viable energy source and their continued efforts in educating the public on the advantages of nuclear energy.

Colvin has served as NEI's chief executive officer since 1996, after serving two years as its executive vice president and chief operating officer. Prior to joining NEI at its formation in 1994, he held numerous executive-level positions in the civilian nuclear energy industry, including serving as president and chief executive officer of the Nuclear Management and Resources Council. He also served for more 20 years in the U.S. Navy as a nuclear submarine officer.

"I remember hearing very early in my career that the best way to appear smart is to surround yourself with smart people," Colvin said. "I have taken that to heart over my career, and that's why I'm proud to accept this Future Vision Award on behalf of NEI and all of the talented, hard-working people of the nuclear industry who share a common vision."

Hintz has been Entergy's president since 1999, responsible for more than 30,000 megawatts of generating capacity, consisting of 73 gas and oil-fired plants, 10 nuclear plants and six coal-fired plants. During this period, he established Entergy's nuclear growth strategy, leading to the company's acquisition of five nuclear plants and making it the largest nuclear energy operator in the Northeast and the second largest in the nation.

Hintz also serves as chairman of NEI, a director of ANS, EPRI, the Southeastern Electric Exchange and Nuclear Electric Insurance Ltd.

Tollison joined INPO in August 1987 after a 17-year career with Carolina Power & Light Co. (CP&L). He served in a variety of management positions with CP&L, including plant manager of the Brunswick Steam Electric Plant

and manager of nuclear training. In an on-loan assignment from 1981-1983, Tollison served as director of INPO's Evaluation and Assistance Division. Tollison served as an officer aboard nuclear submarines in the U.S. Navy from 1964 to 1970 and retired as a captain in the Naval Reserve.

On receiving his award, Tollison said, "I want to express my appreciation for the INPO leaders from whom I have learned so much over the years—people like Dennis Wilkinson, Zack Pate, Jim Rhodes and Mike Evans. I also want to note the importance of our spouses. The nuclear industry is demanding, and having a supportive spouse has made all the difference for me.

"Going forward, our challenge as an industry is to make operating experience more memorable, unique, and 'sticky' for the new generation of workers, so they don't have to relive it themselves," Tollison said.

## Utilities File More than 60 Law Suits Over Government Used Fuel Default

The country's nuclear reactor owners, past and present, have filed more than 60 lawsuits against the federal government over the failure of the U.S. Department of Energy to meet its statutory deadline to accept the nation's used nuclear fuel, as of the sixth anniversary of the default on Jan. 31.

Some considered the sixth anniversary to represent a statutory deadline for filing suit, and a number of legal actions were filed in the weeks immediately preceding it, raising the total to 61 by Jan. 31.

Others, however, maintain that damage claims date not from the deadline for DOE to begin accepting used fuel, but from a subsequent date on which DOE would have scheduled removal of the used fuel from individual installations. Therefore, they say, the legal window for filing suit remains open.

Since the Jan. 31 deadline has passed, however, the pace of legal action over the used fuel issue has slowed. The next action is expected to take place in early March, when the U.S. Court of Federal Claims hears a suit originally brought by Indiana Michigan Power Co. in 1998.

## Bruce Power Considers Restarting Two Reactors

On the heels of restarting two reactors in the past few months, Canada's Bruce Power will study the feasibility of restarting two more of its Bruce A reactors.

The company is considering updating its four Bruce B reactors and the potential for building one or more new reactors at its existing site in Kincardine, Ont., about 150 miles northwest of Toronto, said Duncan Hawthorne, Bruce Power chief executive officer.

Hawthorne made the comments during his speech on the future of nuclear power in Canada as part of the North American Power Markets conference in Toronto.

"If this study concludes there is a sound business case to be made for expanding Ontario's reactor fleet, I can think of no better place to do it than at Bruce Power," Hawthorne said. The company has begun its study and expects to complete it by mid-year.

The feasibility study will involve a technical inspection of Bruce A 1 and A 2 reactors and an assessment of the costs involved in upgrading them to current standards. It will also address the costs of extending the operating lives of the Bruce B reactors. Without significant upgrades, the Bruce B plant will reach the end of its operational life over the next 15 years.

Bruce Power also will examine the potential for building one or more advanced Candu reactors that are being developed by Atomic Energy of Canada Ltd.

"When the Bruce site was first developed, there were plans for an additional generating station here," Hawthorne said. "We want to take a hard look at whether that option should be revisited. As we have seen in some Pacific Rim countries, CANDU reactors have been built on time and on budget in recent years. There is no reason we can't duplicate that here in Canada."

Bruce Power restarted the Bruce A 3 reactor in January and Bruce A 4 in October. The two reactors had been idled since 1998. Partially as a result of the Bruce A 4 restart, Bruce Power increased output in 2003 by 18 percent, compared to the previous year.

### OPG ALSO RESTARTS UNDER REVIEW

Ontario Power Generation (OPG) restarted its Pickering A 4 reactor in September 2003. A government panel led by John Manley, a former deputy prime minister of Canada, was formed in December to explore whether OPG should pursue a restart of its Pickering A 1-3 reactors.

The panel also is tasked with examining the corporate governance and senior management structure of OPG, which is owned by the provincial government. Recommendations from the panel are expected by mid-March.

Before last September, all four Pickering A reactors had been mothballed since 1997. OPG operates four other reactors (Pickering B 5-8) at its Pickering, Ont., site.

The possible OPG and Bruce Power restarts, as well as any new nuclear power plant built before 2008, may qualify for provincial tax incentives announced last year by the Ontario government. Both of the studies under way will review how the tax incentives would affect the viability of a restart.

A recently issued report commissioned by the government of Ontario recommended continued support of the research and development of new power generation technologies, including the advanced CANDU reactor (see *Nuclear Energy Overview*, Feb. 2). The report also explored a scenario in which new nuclear plants were built in Ontario to meet a projected shortfall in the province's electricity supply.

## Entergy's Keuter Wins Tech Transfer Award from EPRI

Dan Keuter, vice president, Entergy Nuclear business development, garnered honors from EPRI, the Palo Alto, Calif.-based research organization, for his work in helping members of Congress and their staffs understand nuclear energy's potential.

EPRI presented Keuter with its 2003 Technology Transfer Award during the organization's Annual Program Review Dinner in San Francisco Jan. 28. Four others, from other parts of the electric industry, were also honored.

"Dan Keuter has been a tireless advocate for all of us—Entergy and the industry at large—on the promising potential of nuclear and a hydrogen economy," said Entergy President Don Hintz, who serves on EPRI's board. "Nuclear plants do need to be part of the future energy mix in this country, along with clean coal and all the renewables we can get. We feel nuclear power will be even more profitable in the future as the environmental value of non-emitting generation, such as nuclear, is recognized."

"Dan has taken that message to the industry, Congress and the administration, through their various committees and staffs. He has had a significant impact on crafting the nuclear section of the 2003 energy bill. Dan also has led our national campaign, "Go Nuke! Because You Care About the Air," to underscore the environmental benefits of nuclear energy."

Keuter is the second Entergy executive to win the Technology Transfer Award from EPRI. Kenneth Hughey, Entergy Nuclear business development senior project manager was given the award in 1992 for developing the concept of probabilistic risk assessment during a shutdown at Grand Gulf.

## Exelon Reconfigures Nuclear Fleet To Provide Stronger Alignment, Focus

Exelon Nuclear has restructured its nuclear operations organization.

The new structure realigns the nuclear fleet into three operating subgroups: the Midwest Pressurized Water Reactors (PWRs), including Braidwood, Byron and the shutdown Zion plant; the Midwest Boiling Water Reactors (BWRs), including Clinton, Dresden, LaSalle and Quad Cities; and the Mid-Atlantic plants, including Limerick, Oyster Creek, Peach Bottom and Three Mile Island Unit 1.

"This restructured operations organization will provide much stronger alignment and focus," said Chris Crane, Exelon Nuclear president and chief nuclear officer.

The new senior leadership includes Mike Pacilio, vice president of operations, Midwest PWRs, previously the site vice president at Braidwood; Rich Lopriore, vice president of operations, Midwest BWRs, previously vice president, operations support; and Bill Levis, vice president of operations, Mid-Atlantic. In addition, Bob Hovey, Dresden site vice president, has been named vice president, operations support, succeeding Lopriore. Hovey will report to Chip Pardee, senior vice president, nuclear services.

The vice presidents for the three subgroups will report to Crane.

### WELCOME NEW NEI MEMBER

***National Energy Management Institute*** (NEMI) is a not-for-profit organization located in Alexandria, Va. NEMI was created in 1981 by the Sheet Metal Workers' International Association (SMWIA) and the Sheet Metal and Air Conditioning Contractors' National Association (SMACNA). NEMI's mission is to identify emerging markets and employment opportunities and to develop programs to capitalize on them. The NEMI national co-chairmen are Michael Sullivan, president of SMWIA, and David Norris, co-chairman of SMACNA Trusts. Erik Emblem is the executive director. More information can be found at *www.nemionline.org*.

MARK YOUR CALENDAR NOW!

# Nuclear Asset Management Community of Practice Workshop

March 11-12 ✦ Sheraton Suites Galleria ✦ Atlanta

This meeting should be attended by Nuclear Asset Community of Practice members (formerly NEI NAM Task Force). It also should be attended by interfacing process Community of Practice leaders and line managers, such as equipment reliability, work management, materials and services and configuration management. NAM suppliers who wish to understand and participate in NAM activities also should attend.

Non-members also may attend to learn more about nuclear asset management. NEI will be making a major effort at this meeting to increase direct industry involvement and also to extend NAM project work and EPRI development planning horizon for several years.

***Make your room reservation by Feb. 18 directly with the hotel:***

| | |
|---|---|
| Hotel Telephone: | 770.955.3900 |
| Reservation Telephone: | 770.955.3900 |
| Guest Fax (front desk): | 770.916.3165 |
| Hotel Web site: | *www.starwood.com* |

Identify yourself as an attendee of the NEI workshop to secure the special room rate of $129 for single or double occupancy.

**Reservations received after Feb. 18 are subject to room and rate availability.**

**Register online at**
*http://www.member.org* under "NEI Conferences" or contact Arika Johnson at 202.739.8039 or *registrar@nei.org*

**For more information**
contact Vince Gilbert, NEI director of business services, at 202.739.8138 or *jvg@nei.org*.

NEI
NUCLEAR ENERGY INSTITUTE
1776 I Street, N.W., Suite 400
Washington, D.C. 20006-3708

**EDITOR**
*William Wallack*

**EDITORIAL ASSISTANT**
*Angela Weller*

**CONTRIBUTING EDITORS**
*Jarret Adams*
*Richard Bickers*
*Biff Bradley*
*Lynne Neal*
*JoAnn Sperber*
*Ed Vilade*

**LAYOUT DESIGN**
*Mark Flanagan*

**NUCLEAR ENERGY OVERVIEW** is published weekly for members of the Nuclear Energy Institute, the policy organization of the nuclear energy industry.
**E-mail:** *overview@nei.org* **Internet:** *http://member.nei.org*

© 2004 Nuclear Energy Institute

SCFE 2/18/98

Telephone (978) 779-6711
Facsimile (978) 568-3703
E-Mail bennet@yankee.com

**YANKEE ATOMIC ELECTRIC COMPANY**

580 Main Street, Bolton, Massachusetts 01740-1398

THOMAS W. BENNET, JR.
VICE PRESIDENT, TREASURER AND CHIEF FINANCIAL OFFICER

February 12, 1998
FMD 98-59

REQUEST FOR PROPOSALS:
TRADING SPENT FUEL ACCEPTANCE ALLOCATIONS

Mr. Joseph A. Pezzello
Principal Engineer, Reactor and Fuel Engineering
Consolidated Edison Company of New York, Inc.
Four Irving Place, Room 643S
New York, NY 10003-3598

Dear Mr. Pezzello:

Yankee Atomic Electric Company hereby requests proposals for trading some of your early spent fuel allocations in the Department of Energy's projected acceptance schedules, as published in DOE's 1990 and 1994 Annual Capacity Reports (Attachments 1 and 2), in exchange for the same quantities allocated to Yankee in later years. Yankee is willing to pay a reasonable price for such an exchange.

We believe such an exchange will benefit all parties once DOE begins to ship spent fuel. Yankee can mitigate its decommissioning costs by expediting the removal of its spent fuel. [redacted] Waste[redacted]ead of coming b[redacted]s. You can generate revenue by making relatively small adjustments to your much larger, longer-term schedule without ever delaying the final date when your last batch of fuel would be removed by DOE. Furthermore, exchanging allocations gives you the chance to optimize your shipment schedule to better fit your own needs. As you may know, [redacted]Fuel [redacted]t. In fact, DOE is on record as encouraging swaps as a way to accommodate individual plant requirements (Attachments 3 and 4).

To assist you in your evaluation, I have attached the following information:

(1) A copy of DOE's projected annual allocations for the first 10 years of its shipment schedule, as published in DOE's most recent 1994 Acceptance Priority Ranking & Annual Capacity Report (APR/ACR). This is based on a very constrained shipping rate of 900 MTU/year.

(2) A copy of DOE's projected annual allocations for the first 10 years of its shipment schedule using the "Upper Bounding Case Acceptance Rate" as published in DOE's 1990 Annual Capacity Report -- an annual acceptance rate of 3,000 MTU.

**GREENWIRE**
Wednesday, February 7, 2005 -- 3:35 p.m.

**Yucca Mountain Repository opening no sooner than 2012, DOE official says**

Mary O'Driscoll
*Greenwire* senior reporter

Legal setbacks and funding worries will push the projected 2010 opening of the Yucca Mountain nuclear waste repository to 2012 -- at earliest, a top Energy Department official admitted today.

Margaret Chu, director of DOE's Office of Civilian Radioactive Waste, told reporters that the department would not file a license application for the repository until year's end. "We're hoping 2012" would see the repository finally accepting nuclear waste, Chu said.

Speaking at the DOE's briefing on President Bush's fiscal year 2006 budget proposal, Chu said Yucca plans are adjusted annually because congressional appropriations are uncertain. The planned repository would be built under a desert mountain range northwest of Las Vegas.

"First things first, we need to get our license application in," she said. "We expect we will be able to deliver it at the end of 2005."

Before it requests a license from the Nuclear Regulatory Commission, DOE also must deal with legal setbacks to the repository program.

A federal appellate court last summer rejected U.S. EPA's 10,000-year radiation standard for the site, saying the time frame was not long enough. Chu said EPA is preparing to issue a new proposal standard by late spring and plans to have it finalized by the end of the year.

DOE expects to complete the certification process for the Yucca Mountain database soon. That would allow the department to submit its Yucca site license application to the commission by the end of the year, although it would be based on the proposed EPA rule and not any final version of it.

"Hopefully there will be no changes," Chu said. "We're dealing with the same site, it's just the calculations will be longer."

DOE is proposing a $651 million budget for the Yucca Mountain program in fiscal 2006, a drop from last year's proposed $880 million. Last year's proposal was whittled down eventually to $553 million in the omnibus appropriations bill passed by Congress last November. It also differs significantly from earlier annual budget projections for fiscal 2006 that had predicted the project would need $1.2 billion for its program needs.