IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.04–0034C, into which has |
| v. | ) | been consolidated No. 04-0036C |
| | ) | (Judge Christine Miller) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to the Court's order dated May 12, 2005, defendant respectfully submits this status report, identifying action taken by the United States Court of Appeals for the Federal Circuit with respect to the petition for permission to appeal the Court's interlocutory order entered in PSEG Nuclear, L.L.C. v. United States, No. 01-551C (Fed. Cl.), on January 31, 2005.

On May 3, 2005, the plaintiffs in PSEG filed a motion with the Federal Circuit, requesting that the appellate court renew its consideration of the plaintiffs' previously filed petition for permission to appeal the January 31, 2005 interlocutory order. On May 17, 2005, the Federal Circuit issued an order in which it decided to continue to hold the petition for permission to appeal in abeyance, pending resolution of the plaintiff's motion for reconsideration of the same January 31, 2005 order in Florida Power & Light Co. v. United States, No. 98-483C (Fed. Cl.), which is pending before Judge Baskir. The plaintiff in Florida Power was ordered to inform the Federal Circuit within 14 days of this Court's resolution of its motion for reconsideration in that case. A copy of the Federal Circuit's order is attached to this status report. In accordance with the Court's May 12, 2005 order, defendant will notify the Court when the Federal Circuit takes any further action upon the petition for permission to appeal in PSEG.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

June 2, 2005

# ATTACHMENT

Harold D. Lester, Jr.

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

RECEIVED 2005 MAY 17 P 2:16

# United States Court of Appeals for the Federal Circuit

MISCELLANEOUS DOCKET NO. 786

FLORIDA POWER AND LIGHT COMPAY,
PSEG NUCLEAR, L.L.C.,
and PUBLIC SERVICE ELECTRIC AND GAS COMPANY

Plaintiffs-Petitioners,

v.

UNITED STATES,

Defendant-Respondent.

ON PETITION FOR PERMISSION TO APPEAL

Before PROST, Circuit Judge.

ORDER

Nebraska Public Power District (Nebraska Power) moves without opposition to have its name removed as a petitioner from the petition for permission to appeal. PSEG Nuclear L.L.C. and Public Service Electric and Gas Company (collectively PSEG) move for expedited review of the petition for permission to appeal or summary vacatur of the United States Court of Federal Claims' order denying reconsideration of the order petitioners seek to appeal. PSEG states that the United States opposes PSEG's motion for expedited review.

COPY

154-98-483

The day after issuing the certified order from which the petitioners seek to appeal, the authoring Court of Federal Claims judge retired. The petitioners sought reconsideration of the certified order and their cases were assigned to four different judges.* Nebraska Power informs the court that its motion for reconsideration was granted and the certified order was vacated as it pertains to Nebraska Power. PSEG informs the court that its motion for reconsideration was denied. Florida Power and Light Company's motion for reconsideration remains pending before the fourth Court of Federal Claims judge.

In our March 25, 2005 order, we held that the better course was to hold the petition for permission to appeal in abeyance pending resolution of all of the petitioners' motions for reconsideration by the Court of Federal Claims. Because one motion for reconsideration remains pending, we conclude that the petition should continue to be held in abeyance.

Accordingly,

IT IS ORDERED THAT:

(1) PSEG's motion for expedited review or summary vacatur is denied. The petition for permission to appeal is held in abeyance. Florida Power and Light is directed to inform the court within 14 days of the resolution of its motion for reconsideration pending before the Court of Federal Claims.

(2) Nebraska Power's motion to have its name removed from the caption as a petitioner is granted. The revised official caption is reflected above.

---

* The Court of Federal Claims previously granted Duke Power's motion for reconsideration and Duke's name was removed as a petitioner from this petition for permission to appeal.

(3) The informational portion of the caption shall be revised to delete case number 98-CV-485 and to reflect that the petition was filed pursuant to 28 U.S.C. § 1292(d).

MAY 17 2005
Date

Sharon Prost
Circuit Judge

cc: Alexander D. Tomaszczuk, Esq.
Harold D. Lester, Jr., Esq.

s16

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
MAY 17 2005
JAN HORBALY
CLERK

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of June, 2005, a copy of foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester. Jr.