IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04–0034C, into which has |
| v. | ) | been consolidated No. 04-0036C |
| | ) | (Judge Christine Miller) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests a five-day enlargement of time, to and including June 7, 2005, to respond to plaintiffs' opposition to the Government's motion for summary judgment in this case. Our response is currently due on June 3, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiffs has stated that our request will not be opposed.

The enlargement is requested because of the preparations necessary for the oral argument before the United States Court of Appeal for the Federal Circuit in Indiana Michigan Power Company v. United States, No. 04-5122 (Fed. Cir.). Although we have substantially completed a draft of our reply to plaintiffs' response, unfortunately, we have been unable to complete the extensive review process that is necessary before we can file it with the Court. We are working to confirm that all of the information contained in our reply is accurate and, until this afternoon, expected that we would be able to complete that process by the end of the day today. Unfortunately, it appears that we will need five days, or two additional business days, to complete that confirmation and review process given our need to focus on the Indiana Michigan

argument, and we respectfully request that we be granted two additional days within which to file our reply.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester. Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

June 3, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Joshua E. Gardner