# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DELMARVA POWER & LIGHT CO.,** *

Plaintiff, *

v. * Nos. 04-34C & 04-36C

**THE UNITED STATES,** * (Filed June 6, 2005)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion filed this date for an enlargement of time is granted. Accordingly,

**IT IS ORDERED**, as follows:

Paragraph 2 of the order entered on May 6, 2005, is further modified insofar as defendant shall file its reply by June 7, 2005.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge