# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT CO.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-34C |
| **THE UNITED STATES,** | * | (Filed June 7, 2005) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Due to a scheduling conflict ¶ 3 of the order entered on May 6, 2005, is modified insofar as the argument is rescheduled to 2:00 p.m. on Tuesday, June 28, 2005.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge