IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT COMPANY, Plaintiff, | ) | No. 04–0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller) |
| v. | ) | |
| UNITED STATES OF AMERICA, Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, the United States, respectfully requests that, pursuant to Rule 5.2(b)(2) of the Rules of this Court ("RCFC"), the Court grant leave to exceed the page limitations established in RCFC 5.2(b)(2) with regard to our brief in reply to the response to our motion for summary judgment. Our brief is currently 40 pages in length, which is 20 pages above the 20-page limitation established in RCFC 5.2(b)(2). The motion that we seek leave to file accompanies this motion. Counsel for the plaintiffs has stated that our request will not be opposed.

As the Court is aware, plaintiffs, Delmarva Power and Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic City"), have filed a 42-page brief in response to our motion for summary judgment, including a 49-page appendix, raising various legal defenses to our motion. To allow us adequately to discuss the legal issues that relate to these issues, we found it necessary to exceed this Court's page limitations by 20 pages. The issues in this case are significant, particularly in light of the fact that this case is one of 60 currently pending cases involving the Standard Contract For Disposal Of Spent Nuclear Fuel And High-Level Radioactive Waste, 10 C.F.R. § 961.11. Because certain of the issues addressed in our motion are relevant to the large majority, if not all, of the other pending spent nuclear fuel cases, we

believe it appropriate fully to address the legal issues raised in this case. We respectfully request permission to exceed the page limitations of RCFC 5.2(b)(2) so that we may do so.

For the foregoing reasons, we respectfully request that the Court grant leave for us to exceed the page limitations set forth in RCFC 5.2(b)(2) applicable to our brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

June 7, 2005

CERTIFICATE OF FILING

I hereby certify that on this 7th day of June 2005, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner