(Judge Christine Miller)
No. 04-0034C, into which has been
consolidated No. 04-0036C

IN THE UNITED STATES COURT OF THE FEDERAL CLAIMS

DELMARVA POWER & LIGHT COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

June 7, 2005

Attorneys for Defendant

TABLE OF CONTENTS

PAGE

SUMMARY OF ARGUMENT . . . . . 1

DISCUSSION . . . . . 4

I. PLAINTIFFS HAVE PROVIDED NO LEGAL BASIS ENTITLING THEM TO CHALLENGE THE VALIDITY OF THEIR ASSIGNMENTS TO PSEG AND EXELON AND, CONSEQUENTLY, THEIR "PROTECTIVE" CONTRACT CLAIM FAILS AS A MATTER OF LAW . . . . . 4

II. EVEN IF PLAINTIFFS COULD PURSUE A BREACH CLAIM DESPITE THEIR ASSIGNMENTS, PLAINTIFFS' CLAIM FOR THE DIMINISHED SALES PRICE OF THEIR REACTORS IS A CLAIM FOR UNRECOVERABLE CONSEQUENTIAL DAMAGES AS A MATTER OF LAW . . . . . 8

A. Plaintiffs Do Not Dispute That The Sale Of Their Ownership Interests In The Nuclear Stations Constitutes A Collateral Undertaking Unrelated To The Purpose Of The Standard Contract . . . . . 8

B. Plaintiffs Have Offered No Evidence That The Alleged Damages They Sustained As a Result Of The Sale Of Their Interests In The Nuclear Stations To Third Parties Was Foreseeable At The Time The Standard Contract Was Executed . . . . . 13

III. PLAINTIFFS' TAKINGS CLAIMS FAIL BECAUSE THEY ARE PREDICATED UPON A BREACH OF A CONTRACT WITH THE GOVERNMENT . . . . . 16

A. A Takings Claim Cannot Be Predicated Upon A Breach Of Contract . . 16

B. Plaintiffs' Contention That The Federal Circuit Has Already Determined That Spent Nuclear Fuel Plaintiffs May Pursue Contract And Takings Claims Concurrently Is Unfounded And Misleading . . . . . 20

C. Plaintiffs Cannot Establish A Physical Taking Absent The Government's Physical Invasion Or The Government Forcing Plaintiffs To Accept The Presence Of A Third Party On Plaintiffs' Property . . . . . 21

TABLE OF CONTENTS (cont'd)

PAGE

D. The Government's Failure To Begin Acceptance Of Spent Nuclear Fuel By January 31, 1998 Does Not Constitute A Regulatory Taking . . . . . 24

IV. PLAINTIFFS' ASSERTION THAT PAYMENT OF FEES INTO THE NUCLEAR WASTE FUND SOMEHOW CONSTITUTES A "TAKING" OF THEIR PROPERTY IS MERITLESS . . . . . 31

A. Because An Obligation To Pay Fees Into The Nuclear Waste Fund Is Created By Contract, That Obligation Cannot Form The Basis Of A Takings Claim . . . . . 31

B. Because The Standard Contracts At Issue Did Not Require *Atlantic City* And *Delmarva* To Pay Fees Into The Nuclear Waste Fund, Any Payment Of Fees By Plaintiffs Was Not "Compelled" By The Government . . . . . 32

C. This Court Lacks Jurisdiction To Entertain Claims Relating To The Amount Of The Nuclear Waste Fund Fees . . . . . 35

D. An Obligation To Pay Money Does Not Constitute A "Taking" . . . . . 38

V. THERE ARE NO FACTUAL DISPUTES THAT WOULD PRECLUDE THE COURT FROM GRANTING SUMMARY JUDGMENT IN THE GOVERNMENT'S FAVOR . . . . . 39

CONCLUSION . . . . . 40

## TABLE OF AUTHORITIES

## CASES

CASES — PAGE(S)

Adams v. United States,
391 F.3d 1212 (Fed. Cir. 2004) .......... 29

Admiral Fin. Corp. v. United States,
378 F.3d 1336 (Fed. Cir. 2004) .......... 19

Aerolineas Argentinas v. United States,
77 F.3d 1564 (Fed. Cir. 1996) .......... 32

Allegra Villa v. United States,
60 Fed. Cl. 11 (2004) .......... 30

Ambase Corp. v. United States,
58 Fed. Cl. 32 (2003) .......... 27

Atlas Corp. v. United States,
895 F.2d 745 cert. denied, 498 U.S. 811 (1990) .......... 39

Benenson v. United States,
212 Ct. Cl. 375, 548 F.2d 939 (1977) .......... 23

Boston Edison Company v. United States,
64 Fed. Cl. 167 (2005) .......... passim

Branch v. United States,
69 F.3d 1571 (Fed. Cir.) .......... 25, 26

Castle v. United States,
48 Fed. Cl. 187 (2000), aff'd in relevant part, 301 F.3d 1328 (Fed. Cir. 2002) .. 18, 19, 20

Cienega Gardens v. United States,
331 F.3d 1319 (Fed. Cir. 2003) .......... 30, 31

Commonwealth Edison Co. v. United States,
56 Fed. Cl. 652 (2003) .......... passim

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Commonwealth Edison Co. v. United States,
271 F.3d 1327 (Fed. Cir. 2001) .......... 38

Connolly v. Pension Benefit Guarantee Corp.,
475 U.S. 211 (1986) .......... 25, 26

Consumers Energy Co. v United States,
57 Fed. Cl. 278 (2003) .......... 32

Custom Contemporary Homes, Inc. v. United States,
5 Cl. Ct. 88 (1984) .......... 34

E-Systems, Inc. v. United States,
2 Cl. Ct. 271 (1983) .......... 38

Franklin Sav. Corp. v. United States,
46 Fed. Cl. 533 (2000) .......... 40

General Elec. Uranium Mgt. Corp. v. United States Dep't of Energy,
764 F.2d 896 (D.C. Cir. 1985) .......... 36

Granite Mgt. Corp. v. United States,
55 Fed. Cl. 164 (2003) .......... 40

Hinesburg Sand & Gravel, Co., Inc. v. Chittendon Solid Waste District,
959 F. Supp. 652 (D. Vt. 1997) .......... 35

Hodel v. Virginia Surface Mining & Reclamation Ass'n, Inc. v. United States,
452 U.S. 264 (1981) .......... 38

Home Sav. of America, FSB v. United States,
51 Fed. Cl. 487 (2002) .......... 40

Honeywell, Inc. v. United States,
228 Ct. Cl. 591, 661 F.2d 182 (1981) .......... 26

Hughes Communications Galaxy, Inc. v. United States,
271 F.3d 1060 (Fed. Cir. 2001) .......... 18

Huntleigh USA Corp. v. United States,
63 Fed. Cl. 440 (2005) ........................................ 30

Indiana Michigan Power Co. v. Department of Energy,
88 F.3d 1272 (D.C. Cir. 1996) ........................................ 22

In re Kaufman,
37 P.3d 845 (Okla. 2001) ........................................ 5

Kimball Laundry Co. v. United States,
338 U.S. 1 (1949) ........................................ 22

Lingle v. Chevron U.S.A., Inc.,
No. 04-163, slip op., 2005 WL 1200710 (U.S. May 23, 2005) ........................................ 24, 25

Loretto v. Teleprompter Manhattan CATV Corp.,
458 U.S. 419 (1982) ........................................ 22, 24, 25

Lucas v. South Carolina Coastal Council,
505 U.S. 1003 (1992) ........................................ 25

M&J Coal Co. v. United States,
47 F.3d 1148 (Fed. Cir.), cert. denied, 516 U.S. 808 (1995) ........................................ 26

Maine Yankee Atomic Power Co. v. United States,
225 F.3d 1336 (Fed. Cir. 2000) ........................................ 20, 21

Natural Resources Defense Council, Inc. v. Abraham,
244 F.3d 742 (9th Cir. 2001) ........................................ 36

Neely v. United States,
152 Ct. Cl. 137, 285 F.2d 438 (1961) ........................................ 10

Northwest Airlines, Inc. v. United States Department of Transportation,
15 F.3d 1112 (D.C. Cir. 1994) ........................................ 18

Nuclear Energy Institute, Inc. v. Environmental Protection Agency,
373 F.3d 1251 (D.C. Cir. 2004) ........................................ 27

Olin Jones Sand Co. v. United States,
225 Ct. Cl. 741, 1980 WL 13211 (1980) ........................................ 10

Penn Central Transp. Co. v. New York City,
438 U.S. 104 (1978) ........................................ 25

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Plaintiffs in Winstar-Related Cases v. United States,
37 Fed. Cl. 174 (1997), aff'd, 133 F.3d 874 (Fed. Cir. 1998) ........ 18

Prudential Ins. Co. of Am. v. United States,
801 F.2d 1295 (Fed. Cir. 1986) ........ 15

Ramsey v. United States,
121 Ct. Cl. 426, 101 F. Supp. 353 (1951) ........ 9, 12

Rochester Gas & Electric Co. v. United States,
No. 04-118C, slip op., 2005 WL 1125658 (Fed. Cl. May 12, 2005) ........ 5, 6

Rushton v. Nebraska Public Power Dist.,
844 F.2d 562 (8th Cir. 1988) ........ 27

Sacramento Municipal Utility District v. United States,
61 Fed. Cl. 438 (2004) ........ 23, 32

Smokey Bear, Inc. v. United States,
31 Fed. Cl. 805 (1994) ........ 9, 12

Southern California Edison v. United States,
58 Fed. Cl. 313 (2003) ........ 10, 12

Southern National Corp. v. United States,
57 Fed. Cl. 294 (2003) ........ 11

Suess v. United States,
52 Fed. Cl. 221 (2002) ........ 11, 12

Sullivan v. United States,
46 Fed. Cl. 480 (2000) ........ 5

System Fuels, Inc. v. United States,
No. 03-2623C, slip op., 2005 WL 950497 (Fed. Cl. Apr. 20, 2005) ........ 5

The Stearns Co. v. United States,
396 F.3d 1394 (Fed. Cir. 2005) ........ 22

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

United States Shoe Corp. v. United States,
296 F.3d 1378 (Fed. Cir. 2002) ........ 38

United States v. Pewee Coal Co.,
341 U.S. 114 (1951) ........ 22

United States v. Sperry Corp.,
493 U.S. 52 (1989) ........ 38

United States v. Winstar Corp.,
518 U.S. 839 (1996) ........ 18

Wells Fargo Bank, N.A. v. United States,
88 F.3d 1012 (Fed. Cir. 1996) ........ 8

Westfed Holdings, Inc. v. United States,
52 Fed. Cl. 135 (2002) ........ 40

Yancey v. United States,
915 F.2d 1534 (Fed. Cir. 1991) ........ 29

Yankee Atomic Electric Co. v. United States,
42 Fed. Cl. 223 (1998) ........ 20, 32

Zoeller v. United States,
No. 04-1496C, slip op., 2005 WL 1125667 (Fed. Cl. May 12, 2005) ........ 19, 20

STATUTES AND REGULATIONS

31 U.S.C. § 3727 ........ 6

42 U.S.C. § 10131(b)(1) ........ 13, 15, 27

42 U.S.C. § 10139(a)(1)(A) ........ 35

42 U.S.C. § 10222(b)(3) ........ passim

10 C.F.R. § 961.11, Art. XIV ........ passim

TABLE OF AUTHORITIES (cont'd)

PAGE(S)

MISCELLANEOUS

6 Am. Jur.2d Assignments § 155 .......... 5

62 Fed. Reg. 44071 (Aug. 19, 1997) .......... 33, 34

# INDEX TO APPENDIX

| DOCUMENT | PAGE |
| --- | --- |
| E-mails from B. Wine of Dickstein Shapiro Morin & Oshinsky to J. Ivarone of CACI ....... | 1 |