10/1/04
Del Power
3.1

**Sylke, Scott (CIV)**

**From:** WineB@dsmo.com
**Sent:** Friday, October 01, 2004 11:25 AM
**To:** Ivarone, Jason (CIV)
**Subject:** RE: Website access request form

Thank you, Jason.

-----Original Message-----
From: Jason.Ivarone@usdoj.gov [mailto:Jason.Ivarone@usdoj.gov]
Sent: Friday, October 01, 2004 11:17 AM
To: Wine, Bradley
Subject: Website access request form

We have received your access request form. You will be contacted as soon as it has been processed.

Jason Ivarone

---------------------------------------------------------

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dsmo.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com

================================================================

10/20/04
Atl Elec
3.1

**Sylke, Scott (CIV)**

**From:** Ivarone, Jason (CIV)
**Sent:** Wednesday, October 20, 2004 7:45 PM
**To:** 'wineb@dsmo.com'
**Subject:** Access to the Document Production Website

Your request for access to the Spent Nuclear Fuel Document Production Website has been processed. For security reasons, we have not provided the password in this email. You will be contacted shortly by telephone with your ID and password.

Once you receive your password, you can access the site by directing your browser to

Note that your user ID will allow only one connection at a time. Multiple simultaneous logins with the same user ID are not permitted.

Thank you,

IT Services

2

**Sylke, Scott (CIV)**

**From:** WineB@dsmo.com
**Sent:** Monday, November 29, 2004 4:18 PM
**To:** Ivarone, Jason (CIV)
**Subject:** RE: Access to the Document Production Website

Got it this time. Thank you

-----Original Message-----
From: Jason.Ivarone@usdoj.gov [mailto:Jason.Ivarone@usdoj.gov]
Sent: Monday, November 29, 2004 4:07 PM
To: Wine, Bradley
Subject: RE: Access to the Document Production Website

I called again and left another message with your username and password (same as before). I also checked our system to confirm that your account was live and active. It was and is. Please try again.

Thank you,

Jason Ivarone

-----Original Message-----
From: WineB@dsmo.com [mailto:WineB@dsmo.com]
Sent: Monday, November 29, 2004 3:31 PM
To: Ivarone, Jason (CIV)
Subject: RE: Access to the Document Production Website

Jason,

The password you left on my voicemail (all lower case) is not being accepted by the system. Could you please call me again at your convenience - 202/955-6607.

Thanks

-----Original Message-----
From: Jason.Ivarone@usdoj.gov [mailto:Jason.Ivarone@usdoj.gov]
Sent: Monday, November 29, 2004 2:48 PM
To: Wine, Bradley
Subject: RE: Access to the Document Production Website

I called and left the username and password on your answering machine.

Thank you,

Jason Ivarone

-----Original Message-----
From: WineB@dsmo.com [mailto:WineB@dsmo.com]
Sent: Monday, November 29, 2004 12:56 PM
To: Ivarone, Jason (CIV)
Subject: RE: Access to the Document Production Website

Jason,

Would it be possible to resend the user ID and password?

-----Original Message-----
From: Jason.Ivarone@usdoj.gov [mailto:Jason.Ivarone@usdoj.gov]
Sent: Wednesday, October 20, 2004 7:45 PM
To: Wine, Bradley
Subject: Access to the Document Production Website

Your request for access to the Spent Nuclear Fuel Document Production Website has been processed. For security reasons, we have not provided the password in this email. You will be contacted shortly by telephone with your ID and password.

Once you receive your password, you can access the site by directing your browser to h

Note that your user ID will allow only one connection at a time. Multiple simultaneous logins with the same user ID are not permitted.

Thank you,

IT Services

---------------------------------------------------------
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dsmo.com

Dickstein Shapiro Morin & Oshinsky LLP http://www.DicksteinShapiro.com
======================================================================

---------------------------------------------------------
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dsmo.com

Dickstein Shapiro Morin & Oshinsky LLP http://www.DicksteinShapiro.com
========================================================================

------------------------------------------------------------

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dsmo.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com
==============================================================================