IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04–0034C, into which has |
| v. | ) | been consolidated No. 04-0036C |
| | ) | (Judge Christine Miller) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF ADDITIONAL AUTHORITY

Defendant, the United States, brings to the Court's attention the recent decision in Canal Electric Co. v. United States, No. 04-0035C (Fed. Cl. June 9, 2005), another spent nuclear fuel case. The Court's decision in Canal Electric supports the Government's position that plaintiffs, Delmarva Power & Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic City"), fail to state cognizable takings claims, as those claims are expressly predicated upon a contract with the Government. In Canal Electric, the Court rejected takings claims by a former minority interest owner of a nuclear reactor that are identical to the claims raised by plaintiffs, concluding that, "[p]laintiff has not established a physical or a regulatory takings theory that is consistent with takings jurisprudence in this Circuit." Slip op. at 10. A copy of the Canal Electric decision is attached for the Court's convenience.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-305-7583
Fax: 202-307-2503

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

June 9, 2005

CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2005, a copy of the foregoing "DEFENDANT'S NOTICE OF ADDITIONAL AUTHORITY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner