**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DELMARVA POWER AND LIGHT COMPANY**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendants.** | **No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller)** |

**PLAINTIFFS' PROPOSED SCHEDULE**

Pursuant to the Court's July 1, 2005 Memorandum Opinion and Order, Plaintiffs Delmarva Power & Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic City") (collectively "Plaintiffs"), hereby submit their proposed schedule in this matter:

| | |
|---|---|
| Parties submit initial disclosures | August 30, 2005 |
| Plaintiffs submit expert reports | February 17, 2006 |
| Defendant submits expert reports | March 17, 2006 |
| Close of discovery | April 7, 2006 |
| Plaintiffs' contentions of fact and law | April 14, 2006 |
| Meeting of counsel | April 19, 2006 |
| Defendants contentions of fact and law | April 24, 2006 |
| Witness and exhibit lists | April 24, 2006 |
| Pretrial conference | the week of May 1, 2006 |
| Trial | May 8 to 19, 2006 |

Plaintiff's proposed schedule offers the parties a reasonable amount of time to prepare their cases while maintaining the trial date established by the Court's July 1, 2005 Order.



DSMDB.1955138.1

Counsel for Plaintiffs conferred with counsel for the Government regarding the proposed schedule; however, the parties were unable to agree, primarily regarding the amount of time required for their respective expert reports. Delmarva and Atlantic maintain that the deadlines identified herein are reasonable, particularly given the amount of third party discovery in which the Government has said it intends to engage. In short, the schedule proposed by Plaintiffs accurately reflects the time constraints associated with preparing this case for trial. Accordingly, Plaintiffs respectfully request that the Court adopt the schedule proposed herein.

Date: July 15, 2005

Respectfully submitted,

s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

*Counsel of Record for*
*Delmarva Power & Light Company &*
*Atlantic City Electric Company*

Of Counsel:
Nicholas W. Mattia, Jr.
Bradley D. Wine
Jeffery P. Becherer
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

Todd Goodman, Esq.
Assistant General Counsel
Conectiv
P. O. Box 231
Wilmington, DE 19899
(302) 429-3786

**CERTIFICATE OF FILING**

I hereby certify that on July 15, 2005, a copy of the foregoing Plaintiffs Delmarva Power and Light Company's and Atlantic City Electric Company's "Proposed Schedule" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700
*Counsel of Record for*
*Delmarva Power & Light Company &*
*Atlantic City Electric Company*