# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT CO.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-34C & 04-36C |
| **THE UNITED STATES,** | * | (Filed July 19, 2005) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to ¶ 4 of the Memorandum Opinion and Order filed on July 1, 2005, Defendant's Status Report and Plaintiff's Proposed Schedule were filed on July 15, 2005. The court adopts defendant's schedule, with modifications, as the more reasonable in that it addresses defendant's concerns about the commencement of trial on May 8, 2006. Accordingly,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 26(a)(1), by August 30, 2005, the parties will exchange their initial disclosures.

2. By December 6, 2005, plaintiff will provide its expert reports to defendant.

3. By March 24, 2006, defendant will provide plaintiff with its responsive expert reports.

4. On April 7, 2006, fact and expert discovery shall simultaneously closed.

5. The meeting of counsel pursuant to RCFC Appendix A ¶ 13 shall be held by April 12, 2006.

6. Plaintiff's filings pursuant to RCFC Appendix A ¶¶ 14(a), 15, and 16 shall be made by April 18, 2005. Defendant's filings pursuant to RCFC Appendix A ¶¶ 14(b), 15, and 16 shall be made by April 28, 2006.

7. The pretrial conference shall be held at 2:00 p.m. on Wednesday, May 3, 2006, in the Howard T. Markey National Courts Building.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge