**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DELMARVA POWER AND LIGHT COMPANY** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller)** |
| **THE UNITED STATES,** | ) | |
| **Defendants.** | ) | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiffs Delmarva Power & Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic City") and Defendant, the United States, (collectively the "Parties") by their undersigned counsel, hereby move the Court to enter a Protective Order in the above-referenced matter. On May 17, 2004 Judge Futey entered an Agreement and Protective Order in the Atlantic City matter. A copy of Judge Futey's Order is attached hereto for the Court's convenience. On January 21, 2005, the Court consolidated the Delmarva and Atlantic City matters. Although the May 17, 2004 Protective Order remains in effect, the Court has not yet entered a Protective Order in the Delmarva or consolidated matters. Accordingly, out of an abundance of caution for the protection of confidential materials, the Parties respectfully request that the Court enter an Order extending the May 17, 2004 Order to these consolidated proceedings. The Government has authorized the undersigned counsel to file this Motion on the Government's behalf.

Date: August 29, 2005

Respectfully submitted,

s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

*Counsel of Record for*
*Delmarva Power & Light Company &*
*Atlantic City Electric Company*

Of Counsel:
Nicholas W. Mattia, Jr.
Bradley D. Wine
Jeffery P. Becherer
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

Todd Goodman, Esq.
Assistant General Counsel
Conectiv
P. O. Box 231
Wilmington, DE 19899
(302) 429-3786

s/ Joshua E. Gardner
Joshua E. Gardner
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530

*Counsel for the United States*

**CERTIFICATE OF FILING**

I hereby certify that on August 29, 2005, a copy of the foregoing Joint Motion for Entry of Protective Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700
*Counsel of Record for*
*Delmarva Power & Light Company &*
*Atlantic City Electric Company*