# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DELMARVA POWER & LIGHT CO.,** *

Plaintiff, *

v. * Nos. 04-34C & 04-36C

**THE UNITED STATES,** * (Filed Aug. 30, 2005)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The parties' Joint Motion for Entry of Protective Order filed on August 29, 2005, is granted. Accordingly,

**IT IS ORDERED**, as follows:

The protective order entered on May 17, 2004, by Judge Futey in No. 04-36C (and attached to the parties' motion) shall extend to both consolidated cases and shall remain in force and effect subject to further order of the court.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge