IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04–0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller) |

JOINT MOTION FOR AN ORDER
REGARDING DISCOVERY OF DRAFT EXPERT REPORTS

Plaintiffs, Delmarva Power & Light Company and Atlantic City Electric Company, and defendant, the United States, respectfully request that the Court enter an order, based upon the joint stipulation of the parties, that no party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case. The parties agree that, for the benefit of both parties, they would like the Court to enter an order that eliminates the need for either party to produce drafts of their respective experts' final written reports. A proposed order, containing language upon which both parties agree, is attached to this motion.

Respectfully submitted,

s/Richard J. Conway
RICHARD J. CONWAY
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037
Tele: (202) 828-2235
Fax: (202) 887-0689

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0466
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Dated: September 1, 2005

Attorneys for Defendant

CERTIFICATE OF FILING, AND CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2005, a copy of foregoing "JOINT MOTION FOR AN ORDER REGARDING DISCOVERY OF DRAFT EXPERT REPORTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner