# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT CO.,** | * | |
| Plaintiff, | * | |
| v. | * | Nos. 04-34C & 04-36C |
| **THE UNITED STATES,** | * | (Filed Sept. 1, 2005) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The parties' Joint Motion for an Order Regarding Discovery of Draft Expert Reports filed this date is granted. Accordingly,

**IT IS ORDERED**, as follows:

No party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge