# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT CO.,** | * | |
| and | * | |
| **ATLANTIC CITY ELECTRIC CO.,** | * | |
| Plaintiffs, | * | |
| v. | * | Nos. 04-34C & 04-36C |
| **THE UNITED STATES,** | * | (Filed Sept. 30, 2005) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the off-the-record status conference held on September 29, 2005, at the parties' request,

**IT IS ORDERED**, as follows:

1. Paragraphs 2-7 of the order entered on July 19, 2005, are vacated.

2. Paragraph 4 of the order entered on July 1, 2005, is vacated.

3. The parties shall file a revised proposed schedule for the matters contained in ¶¶ 2-4 of the July 19, 2005 order by December 28, 2005, unless plaintiffs' third-party discovery has not been resolved by that date. In lieu thereof, plaintiffs shall file a Status Report proposing a date for filing the parties' proposal.

4. The court will reschedule the pretrial filings, the pretrial conference, and trial in this matter after a final decision is issued in PSEG Nuclear, L.L.C. v. United States, No. 01-551C (Fed. Cl.), appeal docketed, No. 05-5162 (Fed. Cir. Aug. 15, 2005).

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge