IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.04–0034C, into which has |
| v. | ) | been consolidated No. 04-0036C |
| | ) | (Judge Christine Miller) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims (“RCFC”), defendant, the United States, respectfully requests a nine-day enlargement of time, to and including January 6, 2006, to submit the joint status report in these cases. Pursuant to this Court’s order dated December 30, 2005, the joint status report is currently due on December 28, 2005. Defendant has not previously requested an enlargement of time for this purpose. Counsel for the plaintiffs have represented that plaintiffs do not oppose this motion.

Although the parties have had preliminary discussions concerning scheduling issues, an enlargement of time is necessary because of the Christmas, Hanukkah, and New Year’s holidays and the fact that counsel for both parties will be out of the office on work-related and personal travel through the first of the year. An enlargement of time of nine days, to and including January 6, 2006, will permit the parties sufficient time to continue their discussions regarding scheduling issues and provide the Court with a joint status report.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement if time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

December 21, 2005

CERTIFICATE OF FILING

I hereby certify that on this 21st day of December, 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.