# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT CO.,** | * | |
| Plaintiffs, | * | |
| v. | * | Nos. 04-34C & 04-36C |
| **THE UNITED STATES,** | * | (Filed Jan. 13, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to RCFC 7.2(a), plaintiffs' motion filed on January 12, 2006, to expedite consideration of their motion to compel is granted, and briefing on Plaintiffs' Motion To Compel the Production of Documents from Public Service Enterprise Group, Inc., Public Service Electric and Gas Company, and PSEG Power, LLC and Memorandum of Law in Support Thereof filed on January 12, 2006, shall be expedited. Accordingly,

**IT IS ORDERED,** as follows:

1. Defendant shall file its response by January 18, 2006.

2. Plaintiffs shall file their reply by January 23, 2006.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge