Pillsbury
Winthrop
Shaw
Pittman LLP

1650 Tysons Boulevard
McLean, VA 22102-4859

Tel 703.770.7900
Fax 703.770.7901
www.pillsburylaw.com

**Daniel S. Herzfeld**
703.770.7612
daniel.herzfeld@pillsburylaw.com

September 14, 2005

By Courier

Joshua Gardner, Esq.
Trial Attorney
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

**Re: PSEG Response to Third-Party Subpoena Duces Tecum in *Delmarva Power & Light Co. v. United States*, Nos. 04-34C & 04-36C**

Dear Mr. Gardner:

Per our various e-mail exchanges and telephone conversations, on behalf of PSEG Nuclear, LLC and Public Service Electric & Gas Company, please find enclosed three CD-ROMs with images in response to the third-party subpoena duces tecum in *Delmarva Power & Light Co. v. United States*, Nos. 04-34C & 04-36C. These documents have been bates stamped PSEG 0000721 – PSEG 0016535. Additionally, please also find enclosed a privilege log of documents withheld based on attorney-client privilege or as an attorney work product. Finally, we have enclosed the invoice in the amount of $5388.07 from our vendor for preparing these digital documents, which invoiced amount counsel for the Government and counsel for Plaintiffs in *Delmarva* agreed to split. Please remit payment to us at your earliest convenience.

Pillsbury
Winthrop
Shaw
Pittman LLP



Please contact me if you have any questions or concerns.

Sincerely,

Alex D. Tomaszczuk
Daniel S. Herzfeld
Counsel for PSEG Nuclear, LLC
and Public Service Electric & Gas Company

Enclosure

cc: Richard Conway, Esq.
Jeffrie Keenan, Esq.

Document #: 1331679 v.1

PIC LEGAL DOCUMENT SOLUTIONS, LLC
1100 - 17TH STREET NW, SUITE B-2
WASHINGTON, DC 20036

202-349-0177 Office . 202-349-0178 Fax.
FEDERAL TAX ID Number 20-0714211

# INVOICE

| Date | Invoice # |
|---|---|
| 9/14/2005 | 0905020 |

| Bill To | Ship To |
|---|---|
| PILLSBURY WINTHROP<br>2300 N St NW<br>Washington D.C. 20037 | PILLSBURY WINTHROP<br>2300 N St NW<br>Washington D.C. 20037 |

| Reference #1 | Due Date | Acct Mgr. | Reference #2 | Job # | Client Name |
|---|---|---|---|---|---|
| 501535-000000 | 9/14/2005 | AG | | Job 0905020 | Scott Vance |

| Quantity | GL Item Code | Description | Price Per Unit | Amount |
|---|---|---|---|---|
| 15,715 | 40154 | Grade D Imaging<br>1629 Documents | 0.14 | 2,200.10T |
| 15,715 | 40252 | Document Numbering - Electronic w/ endorsement<br>PSEG-0000721 - PSEG 00166435 | 0.03 | 471.45T |
| 15,715 | 40252 | Document Numbering - Electronic w/ endorsement<br>Non-Sequential | 0.03 | 471.45T |
| 20 | 40455 | Tiff Conversion - from Native Files | 0.12 | 2.40T |
| 9 | 40551 | CD Burn - Original | 25.00 | 225.00T |
| 1,149.8 | 40109 | Oversize Imaging-Large Format Scanning 413 Files<br>92-11x18, 307-18x24,4-24x36, 2-30x44, 8-36x48 | 1.50 | 1,724.70T |
| 6.7 | 40501 | Tech Time (hrs) $75.00 Hr. No Charge- Client Discount <$502.50><br>Insert 413 Oversize files throughout database. Maintain original document position | 0.00 | 0.00T |

| | |
|---|---|
| **Subtotal** | $5,095.10 |
| **Sales Tax (5.75%)** | $292.97 |
| **Total** | $5,388.07 |

Your signature on this invoice is an agreement that the work described above has been authorized. The party agrees to process the payment within 10 days.

Please remit your payment to PIC Legal Document Solutions. 1100 17th Street, NW. Lower Level, Suite B-2. Washington, DC 20036.

For questions regarding this invoice, please call, 202-349-0177

WE APPRECIATE YOUR VALUED BUSINESS

**PRIVILEGED PSEG DOCUMENTS RELEVANT TO DEPARTMENT OF JUSTICE JULY 28, 2005, THIRD PARTY SUBPOENA IN *DELMARVA POWER & LIGHT CO. v. UNITED STATES***

| Doc. No. | Document Description | Date | Privilege Asserted |
|---|---|---|---|
| | Memo from Quresh Dahodwala to Steven Janes, Esq. re PSE&G Rate Case – Mr. Bridenbaugh's Testimony | Mar. 9, 1992 | Attorney-Client Communication<br>Attorney Work Product |
| | Memo from Quresh Dahodwala to Steven Janes, Esq. re PSE&G Rate Case – Mr. Bridenbaugh Deposition | Mar. 16, 1992 | Attorney-Client Communication<br>Attorney Work Product |
| | Handwritten notes (16 pages) by Quresh Dahodwala re Comments on Bridenbaugh Testimony | Undated | Attorney-Client Communication |
| | Memo from Quresh Dahodwala to Steven Janes, Esq. re DOE Response to Petition | Mar. 17, 1992 | Attorney-Client Communication |
| | Memo from Francis E. Delaney, Jr., Esq. to Executive Officer Group re Decommissioning/Depreciation ALJ Initial Decision | Sept. 18, 1992 | Attorney-Client Communication |
| | Memo from R. Fryling, Esq. to Files re Northern States Power vs. DOE | May 17, 1994 | Attorney Work Product |
| | Annotated copy of draft White Paper on PSE&G Participation in the Lawsuit Against DOE | May 19, 1994 | Attorney Work Product |
| | Facsimile from Quresh Dahodwala to R. Fryling, Esq. re draft White Paper on PSE&G Participation in the Lawsuit Against DOE | May 20, 1994 | Attorney-Client Communication<br>Attorney Work Product |
| | Facsimile from Elliot Rosenfeld to Joe Kelliher re comments on draft White Paper on PSE&G Participation in the Lawsuit Against DOE | June 15, 1994 | Attorney-Client Communication<br>Attorney Work Product |

**PRIVILEGED PSEG DOCUMENTS RELEVANT TO DEPARTMENT OF JUSTICE JULY 28, 2005, THIRD PARTY SUBPOENA IN *DELMARVA POWER & LIGHT CO. v. UNITED STATES***

| Doc. No. | Document Description | Date | Privilege Asserted |
|---|---|---|---|
| | Facsimile from Corp. Rate Counsel to E. Rosenfeld re comments on draft White Paper on PSE&G Participation in the Lawsuit Against DOE | June 16, 1994 | Attorney-Client Communication<br>Attorney Work Product |
| | Copy of draft White Paper on PSE&G Participation in the Lawsuit Against DOE | Undated | Attorney Work Product |
| | Annotated copy of draft White Paper on PSE&G Participation in the Lawsuit Against DOE | Undated | Attorney Work Product |
| | Annotated partial copy of draft White Paper on PSE&G Participation in the Lawsuit Against DOE | Undated | Attorney Work Product |
| | Facsimile to Quresh Dahodwala re Mescalero Spent Fuel Storage LLC Payment Legal Position | Jan. 17, 1996 | Attorney-Client Communication<br>Attorney Work Product |
| | Facsimile from J. T. Foran, Esq. to Quresh Dahodwala re Mescalero Spent Fuel Storage LLC Payment Legal Position | Jan. 18, 1996 | Attorney-Client Communication<br>Attorney Work Product |
| | Letter from John Donnell to Jay Silberg, Esq. re Candidate Site area Selection Evaluation | June 26, 1996 | Attorney-Client Communication |
| | Memo from Jay E. Silberg, Esq. to Participants in DOE 1998 Litigation re DOE | Sept. 9, 1996 | Attorney-Client Communication |
| | Email from Quresh Dahodwala to Ed Selover, Esq. re Nuclear Waste Fee Petition | Jan. 15, 1997 | Attorney-Client Communication<br>Attorney Work Product |

**PRIVILEGED PSEG DOCUMENTS RELEVANT TO DEPARTMENT OF JUSTICE JULY 28, 2005, THIRD PARTY SUBPOENA IN *DELMARVA POWER & LIGHT CO. v. UNITED STATES***

| Doc. No. | Document Description | Date | Privilege Asserted |
|---|---|---|---|
| | Email from Ed Selover, Esq. to Quresh Dahodwala re Nuclear Waste Fee Petition | Jan. 17, 1997 | Attorney-Client Communication<br>Attorney Work Product |
| | Facsimile from Quresh Dahodwala to Ed Selover, Esq. re Information Needed for Nuclear Waste Fee Petition | Jan. 23, 1997 | Attorney-Client Communication<br>Attorney Work Product |
| | Facsimile from Quresh Dahodwala to Jay Silberg, Esq. re Information Needed for Nuclear Waste Fee Petition | Jan. 27, 1997 | Attorney-Client Communication<br>Attorney Work Product |
| | Facsimile from Quresh Dahodwala to Jay Silberg, Esq. re Information Needed for Nuclear Waste Fee Petition | Jan. 30, 1997 | Attorney-Client Communication<br>Attorney Work Product |
| | Facsimile from Quresh Dahodwala to Ed Selover, Esq. re Revised PSE&G Information | Jan. 30, 1997 | Attorney-Client Communication<br>Attorney Work Product |
| | Memo from Jay E. Silberg, Esq. to Participants in NSP v. DOE re Litigation Developments | Feb. 7, 1997 | Attorney-Client Communication |
| | Memo from Jay E. Silberg, Esq. to DOE Nuclear Waste Fee Litigation Participants re Litigation Developments | Feb. 27, 1997 | Attorney-Client Communication<br>Attorney Work Product |
| | Memo from Jay E. Silberg, Esq. To Participants in the DOE Nuclear Waste Fee Litigation re Motions to Intervene in State of Michigan's Parallel Lawsuit by NARUC and the Virginia Corporation Commission | Mar. 4, 1997 | Attorney-Client Communication |

**PRIVILEGED PSEG DOCUMENTS RELEVANT TO DEPARTMENT OF JUSTICE JULY 28, 2005, THIRD PARTY SUBPOENA IN *DELMARVA POWER & LIGHT CO. v. UNITED STATES***

| Doc. No. | Document Description | Date | Privilege Asserted |
|---|---|---|---|
| | Memo from Jay E. Silberg, Esq. to DOE Nuclear Waste Fee Litigation Participants re DOE Motion to Dismiss and Other Developments | Mar. 7, 1997 | Attorney-Client Communication<br>Attorney Work Product |
| | Memo from Jay E. Silberg, Esq. to DOE Nuclear Waste Fee Litigation Participants re Meeting Between Secretary Pena and Utility Executives | Apr. 3, 1997 | Attorney-Client Communication<br>Attorney Work Product |
| | Memo from Jay E. Silberg, Esq. to DOE Nuclear Waste Fee Litigation Participants re Motion to Expedite Appeal | Apr. 8, 1997 | Attorney-Client Communication<br>Attorney Work Product |
| | Memo from Jay E. Silberg, Esq. to DOE Nuclear Waste Fee Litigation Participants re Nuclear Waste Bill | Apr. 9, 1997 | Attorney-Client Communication<br>Attorney Work Product |
| | Memo from Jay E. Silberg, Esq. to DOE Nuclear Waste Fee Litigation Participants re DOE and Administration Statements on Nuclear Waste Legislation | Apr. 10, 1997 | Attorney-Client Communication<br>Attorney Work Product |
| | Memo from Jay E. Silberg, Esq. to DOE Nuclear Waste Fee Litigation Participants re Relief Requests for Mandamus Petition | May 2, 1997 | Attorney-Client Communication<br>Attorney Work Product |
| | Memo from Jay E. Silberg, Esq. to DOE Nuclear Waste Fee Litigation Participants re Revised Draft Petition for Mandamus | May 6, 1997 | Attorney-Client Communication<br>Attorney Work Product |

**PRIVILEGED PSEG DOCUMENTS RELEVANT TO DEPARTMENT OF JUSTICE JULY 28, 2005, THIRD PARTY SUBPOENA IN *DELMARVA POWER & LIGHT CO. v. UNITED STATES***

| Doc. No. | Document Description | Date | Privilege Asserted |
|---|---|---|---|
| | Memo from Jay E. Silberg, Esq. to DOE Nuclear Waste Fee Litigation Participants re (1) Responses to DOE December 17, 1996 Letter (2) Additional Pleadings in NSP v. DOE | May 12, 1997 | Attorney-Client Communication |
| | Memo from Jay E. Silberg, Esq. to Participants in Nuclear Waste Fee Litigation re Oral Argument Order | Sept. 8, 1997 | Attorney-Client Communication |
| | Memo from Jay E. Silberg, Esq. to Participants in the Nuclear Waste Fee Litigation re Court's Order Correcting Panel of Judges | Sept. 12, 1997 | Attorney-Client Communication |
| | Memo from Jay E. Silberg, Esq. to Utility Participants re DOE Response to August 4 Letter on Unavoidable Delay | Sept. 18, 1997 | Attorney-Client Communication |
| | Memo from Jay E. Silberg, Esq. to Participants in the Nuclear Waste Fee Litigation re Response to DOE Submittal | Sept. 22, 1997 | Attorney-Client Communication |
| | Memo from Jay E. Silberg, Esq. to Nuclear Utility Group Participants re Recommendation for Responding to DOE's September 18, 1997 Letter | Sept. 30, 1997 | Attorney-Client Communication<br>Attorney Work Product |
| | Memo from Jay E. Silberg, Esq. to Participants in the Nuclear Waste Fee Litigation re Final Draft Response to DOE Contracting Officer September 18 Letter | Oct. 30, 1997 | Attorney-Client Communication<br>Attorney Work Product |
| | Memo from Jay E. Silberg, Esq. to Nuclear Utility Group re Suspension Petition; Withdrawal of Preliminary Decision | Dec. 11, 1997 | Attorney-Client Communication |

**PRIVILEGED PSEG DOCUMENTS RELEVANT TO DEPARTMENT OF JUSTICE JULY 28, 2005, THIRD PARTY SUBPOENA IN *DELMARVA POWER & LIGHT CO. v. UNITED STATES***

| Doc. No. | Document Description | Date | Privilege Asserted |
|---|---|---|---|
| | Memo from Jay E. Silberg, Esq. to Participants in the Nuclear Waste Fee Litigation re DOE Petition for Rehearing | Dec. 29, 1997 | Attorney-Client Communication |

Document #: 1331721 v.2