Pillsbury
Winthrop
Shaw
Pittman LLP

1650 Tysons Boulevard
McLean, VA 22102-4859

Tel 703.770.7900
Fax 703.770.7901
www.pillsburylaw.com

**Daniel S. Herzfeld**
703.770.7612
daniel.herzfeld@pillsburylaw.com

December 9, 2005

By FedEx

Joshua Gardner, Esq.
Trial Attorney
Commercial Litigation Branch,
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

Richard J. Conway, Esq.
DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP
2101 L St., N.W.
Washington, DC 20037-1526

**Re: PSEG Response to Third-Party Subpoena Duces Tecum in *Delmarva Power & Light Co. v. United States*, Nos. 04-34C & 04-36C**

Dear Messrs. Gardner and Conway:

On behalf of PSEG Nuclear, LLC, Public Service Electric & Gas Company, Public Services Enterprise Group, Inc., and PSEG Power, LLC (together "PSEG") please find enclosed one CD-ROM with images, which images constitute an additional response to the third-party subpoenas issued by the parties in *Delmarva Power & Light Co. v. United States*, Nos. 04-34C & 04-36C. These documents have been bates stamped PSEG-0016536 through PSEG-0027108. (These documents should have begun at PSEG-0016436, but instead start at PSEG-0016536 due to a clerical error. No documents exist for the missing numbers.) Additionally, please also find enclosed a privilege log of documents withheld based on attorney-client privilege or as an attorney work product. Finally, we have enclosed the invoice in the amount of $2025.66 from the vendor – Reliable – for preparing these digital documents. Per your e-mails, you have agreed to split this amount. Please make arrangements directly with the vendor to pay your share of the amount due.

Please contact me with any questions or concerns.

Sincerely,

Alex D. Tomaszczuk
Daniel S. Herzfeld
Counsel for
PSEG Nuclear, LLC
Public Service Electric & Gas Company
Public Services Enterprise Group, Inc.
PSEG Power, LLC

Enclosure

cc: Jeffrie Keenan, Esq.

**PRIVILEGED PSEG DOCUMENTS RELEVANT TO DEPARTMENT OF JUSTICE JULY 28, 2005 AND DELMARVA SEPTEMBER 29, 2005 THIRD PARTY SUBPOENAS IN *DELMARVA POWER & LIGHT CO. v. UNITED STATES***

| Doc. No. | Document Description | Date | Privilege Asserted |
|---|---|---|---|
| Box 1 | Spent Fuel Expansion Project Level 1 Action Plan Supporting Information | 10/31/2000 | Attorney/Client Privileged |
| Box 1 | Email from Richard Haynes, Tucker Alan to Brian Gustems, PSE&G re: Status TLG Proposal | 06/23/2000 | Attorney Work Product |
| Box 4 | Briefing Package for meeting with DOE Secretary William Richardson | 04/27/1999 | Attorney/Client Privileged<br>Attorney Work Product |
| Box 4 | Email from Patricia Thompson, PSE&G to Edwin Selover, PSE&G Counsel containing briefing information for Meeting with DOE Secretary William Richardson | 04/27/1999 | Attorney/Client Privileged<br>Attorney Work Product |
| Box 4 | Letter from Christopher Tierney, Tucker Alan to Brian Gustems, PSE&G transmitting Draft Tucker Alan Assessment of Damages | 04/03/2000 | Attorney Work Product |
| Box 4 | Table of Background Information for Tucker Alan Assessment of Damages | 03/31/2000 | Attorney Work Product |
| Box 4 | Facsimile from Richard Haynes, Tucker Alan to Brian Gustems, PSE&G regarding appropriate litigating posture in relation to background information | 03/14/2001 | Attorney Work Product |
| Box 4 | Letter from Richard Haynes, Tucker Alan to Brian Gustems, PSE&G re: Recap of Meeting with BNFL | 05/01/2000 | Attorney Work Product |
| Box 4 | Letter from Christopher Tierney, Tucker Alan, to Jeffrie Keenan, Esq. PSE&G re: Spent Fuel Damages Claim | 11/12/1999 | Attorney/Client Privileged |

**PRIVILEGED PSEG DOCUMENTS RELEVANT TO DEPARTMENT OF JUSTICE JULY 28, 2005 AND DELMARVA SEPTEMBER 29, 2005 THIRD PARTY SUBPOENAS IN *DELMARVA POWER & LIGHT CO. v. UNITED STATES***

| Doc. No. | Document Description | Date | Privilege Asserted |
|---|---|---|---|
| Box 4 | Letter from Christopher Tierney, Tucker Alan, to Jeffrie Keenan, Esq. PSE&G re: litigation support services | 10/20/1999 | Attorney/Client Privileged |
| Box 4 | Letter from Christopher Tierney, Tucker Alan to Jeffrie Keenan, Esq., PSE&G re: litigation support services | 10/18/1999 | Attorney/Client Privileged |
| Box 4 | Letter from Brian Gustems, PSE&G to Christopher Tierney, Tucker Alan transmitting documents to support litigation | 01/13/2000 | Attorney Work Product |
| Box 4 | Letter from Christopher Tierney, Tucker Alan to Brian Gustems, PSE&G re: DOE Spent Nuclear Fuel Damages Claim | 01/06/2000 | Attorney Work Product |
| Box 4 | Facsimile from Richard Haynes, Tucker Alan to Brian Gustems, PSE&G requesting review of analysis regarding litigation | 03/02/2001 | Attorney Work Product |
| Box 4 | Facsimile from Richard Haynes, Tucker Alan to Brian Gustems, PSE&G re: status of litigation support | 06/15/2001 | Attorney Work Product |
| Box 4 | Facsimile from Brian Gustems, PSE&G to Eileen Supko, ERI re: background information for litigation support | 09/15/2000 | Attorney Work Product |
| Box 4 | Facsimile from Richard Haynes, Tucker Alan to Brian Gustems, PSE&G re: Recap of Meeting with BNFL | 05/01/2000 | Attorney Work Product |
| Box 4 | Facsimile from Richard Haynes, Tucker Alan to Brian Gustems, PSE&G re: background information for litigation support | 03/21/2000 | Attorney Work Product |

**PRIVILEGED PSEG DOCUMENTS RELEVANT TO DEPARTMENT OF JUSTICE JULY 28, 2005 AND DELMARVA SEPTEMBER 29, 2005 THIRD PARTY SUBPOENAS IN *DELMARVA POWER & LIGHT CO. v. UNITED STATES***

| Doc. No. | Document Description | Date | Privilege Asserted |
|---|---|---|---|
| Box 4 | Facsimile from Brian Gustems, PSE&G to Richard Haynes, Tucker Alan re: background information for litigation support | 04/13/2000 | Attorney Work Product |
| Box 4 | Facsimile from Brian Gustems, PSE&G to Richard Haynes, Tucker Alan re: background information for litigation support | 03/27/2000 | Attorney Work Product |
| Box 4 | Letter from Christopher Tierney, Tucker Alan to Brian Gustems, PSE&G re: Support Needed from BNFL | 03/15/2000 | Attorney Work Product |
| Box 4 | Facsimile from Richard Haynes, Tucker Alan to Brian Gustems, PSE&G re: background information for litigation support | 03/17/2000 | Attorney Work Product |
| Box 4 | Excerpts from various documents provided to Tucker Alan for purposes of litigation support | Various | Attorney Work Product |
| Box 4 | Email from Arthur Guida to Brian Gustems, PSE&G re: External Affairs Budget re: Rad Waste Issue | 09/20/1999 | Attorney Work Product |
| Box 4 | Facsimile from Ed Morrison to Brian Gustems, PSE&G re: litigation support background information | 03/10/2000 | Attorney Work Product |
| Box 4 | Background information gathered in response to questions from Counsel for purposes of litigation preparation | Various | Attorney Work Product |
| Box 4 | Draft Assessment of Damages Resulting from the Department of Energy's Failure to Perform Its Contractual Obligations Regarding Public Service Electric and Gas Co.'s Spent Nuclear Fuel (2 copies) | 03/31/2000 | Attorney Work Product |

**Reliable Washington DC**
**555 12th Street NW**
**Suite P300**
**Washington, DC 20004**
**Phone # 202-347-6644**
**Fax # 202-347-1156**
**customerservice@reliable-co.com**
Fed Id # 23-2473700

Reliable
Copy • Management • Imaging

# INVOICE

**Date** 12/08/05
**Number** DC000983
**Page 1**

**Sold To:**
PILLSBURY WINTHROP SHAW PITTM
2300 N STREET, NW
WASHINGTON, DC 20037

**Ship To:**
PILLSBURY WINTHROP SHAW PITTM
2300 N STREET, NW
WASHINGTON, DC 20037

| | |
|---|---|
| Customer ID | DCC0118 |
| Our Order No. | DC000983 |
| Terms | Net 30 Days |
| Due Date | 01/07/06 |
| Salesperson | John Kirk |

| | |
|---|---|
| Client No./PO No | 501535-0000002 |
| P.O. Date | 12/08/05 |
| Ordered By | Dan Herzfeld, Esq |
| Ship Via | Hand Delivery |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00020 **Scanning- Medium Litigation** | | 6,820 | 1 | 6,820 | 6,820 | IMAGE | 0.11 | 750.20 |
| R00022 **Scan-glass- Extensive Handling** | | 3,753 | 1 | 3,753 | 3,753 | IMAGE | 0.21 | 788.13 |
| R00086 **Electronic Image Numbering** | | 10,573 | 1 | 10,573 | 10,573 | IMAGE | 0.03 | 317.19 |
| R00128 **CD Duplicates** | | 1 | 4 | 4 | 4 | EA | 15.00 | 60.00 |

**PSEG-0016536 - 0027109**

| | |
|---|---|
| Subtotal: | 1,915.52 |
| Sales Tax: | 110.14 |
| Total: | 2,025.66 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **2,025.66** |