# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT CO.,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 04-34C & 04-36C |
| **THE UNITED STATES,** | * | (Filed Jan. 27, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs on January 12, 2006, filed Plaintiffs' Motion To Compel the Production of Documents From Public Service Enterprise Group, Inc., Public Service Electric and Gas Company, and PSEG Power, LLC and Memorandum of Law in Support Thereof. By order entered on January 13, 2006, the court expedited briefing. Third-party PSEG Nuclear, LLC responded on January 18, 2006, and plaintiffs filed their reply on January 20, 2006. Accordingly,

**IT IS ORDERED**, as follows:

Plaintiffs have meet their burden of demonstrating that the requested materials are properly discoverable from third-party PSEG Nuclear, LLC. Accordingly,

**IT IS ORDERED**, as follows:

Plaintiffs' motion to compel is granted except to the extent that PSEG has made voluntary disclosures as of January 26, 2006, and Public Service Enterprise Group, Inc., Public Service Electric and Gas Company, and PSEG Power, LLC shall produce to plaintiffs' counsel by February 6, 2006, the documents requested to plaintiffs' subpoena *duces tecum* dated September 28, 2005.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge