# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DELMARVA POWER & LIGHT CO.,** *

Plaintiffs, *

v. * No. 04-34C & 04-36C

**THE UNITED STATES,** * (Filed Jan. 27, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to plaintiffs' Status Report filed on January 6, 2006, and to the order entered this date on plaintiffs' motion to compel,

**IT IS ORDERED**, as follows:

By February 21, 2006, plaintiffs shall submit a proposed revised schedule for the matters contained in ¶¶ 2-4 of the order entered on July 19, 2005.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge