**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DELMARVA POWER AND LIGHT COMPANY,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller)** |

**PLAINTIFFS' PROPOSED REVISED SCHEDULE**

Pursuant to the Court's order dated January 27, 2006, Plaintiffs Delmarva Power & Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic") (collectively, "Plaintiffs"), respectfully submit this "proposed revised schedule for the matters contained in ¶¶ 2-4 of the order entered on July 19, 2005."

On February 20, 2006, counsel for the Government requested six months to review Atlantic's and Delmarva's expert reports and file its own report. The July 19, 2005 scheduling order previously entered by the Court provided the Government with three and a half months to perform these same tasks. While Plaintiffs do not oppose making minor modifications to this proposed revised schedule to accommodate the Government's scheduling needs, Atlantic and Delmarva object to a schedule that substantially departs from the original timeframes approved by this Court.[1] Accordingly, Plaintiffs hereby propose the following schedule with respect to key discovery dates as requested by the Court:

September 15, 2006 – Plaintiffs' expert reports due

[1] Likewise, the Government objects to Plaintiffs' proposed schedule and has authorized counsel for Plaintiffs to represent to the Court that the Government will be filing its own proposed schedule in the near future.

January 8, 2007 – Government's expert reports due

March 23, 2007 – Simultaneous close of fact and expert discovery

Plaintiffs respectfully request that the Court adopt Plaintiffs' Proposed Revised Schedule and issue an Order reflecting same.

Date: February 21, 2006

Respectfully submitted,

s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

*Counsel of Record for*
*Delmarva Power & Light Company &*
*Atlantic City Electric Company*

Of Counsel:
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

Todd L. Goodman, Esq.
Assistant General Counsel
Pepco Holdings, Inc.
P. O. Box 231
Wilmington, Delaware 19899
(302) 429-3786

## CERTIFICATE OF FILING

I hereby certify that on February 21, 2006, a copy of the foregoing "Plaintiffs' Proposed Revised Schedule" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bradley D. Wine
Bradley D. Wine
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700
*Counsel of Record for*
*Delmarva Power & Light Company &*
*Atlantic City Electric Company*