# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **DELMARVA POWER & LIGHT CO.,** * | |
| Plaintiffs, * | |
| v. * | No. 04-34C & -36C |
| **THE UNITED STATES,** * | (Filed Feb. 27, 2006) |
| Defendant. * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

Pursuant to RCFC 7.2(a), defendant's motion filed on February 21, 2006, for leave to respond to plaintiffs' proposed revised pre-trial schedule is granted, and defendant's response is filed this date. As defendant points out, no aspect of this case any longer can be regarded as expedited, given plaintiffs' proposed schedule. The court adopts the same with the modifications suggested by defendant. Accordingly,

**IT IS ORDERED**, as follows:

1. By August 30, 2006, plaintiffs, on behalf of the parties, shall file a Status Report on the progress of discovery.

2. By September 15, 2006, plaintiffs shall furnish copies of their expert reports to defendant.

3. By February 28, 2007, defendant, on behalf of the parties, shall file a Status Report on the progress of all discovery.

4. By March 19, 2007, defendant shall furnish copies of its expert reports to plaintiffs.

5. By June 29, 2007, all fact and expert discovery, including discovery in connection with any rebuttal reports shall be completed. The parties shall agree in advance as to the

dates on which plaintiffs and defendant shall serve their respective rebuttal expert reports in time to allow for any depositions.

s/ Christine O.C. Miller
___________________________________
Christine Odell Cook Miller
Judge