**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DELMARVA POWER & LIGHT COMPANY**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller)** |

**PLAINTIFFS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiffs Delmarva Power & Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic") respectfully request a three month enlargement of time for the deadlines for expert reports and cutoff of discovery established in the Court's February 27, 2006 scheduling order. Specifically, plaintiffs request that the September 15, 2006 deadline for plaintiffs' expert reports be extended to December 15, 2006, the March 19, 2007 deadline for defendant's expert reports be extended to June 19, 2007, and that the June 29, 2007 deadline for the completion of discovery be extended to September 28, 2007. Plaintiffs have previously requested an extension to this schedule on January 6, 2006. Counsel for the Government, Joshua Gardner, has represented that the United States does not oppose the requested extension.

An enlargement of time of three months will permit the parties sufficient time to develop adequately their damages analyses and prepare this matter for trial. A trial

date has not yet been established by the Court, so no party will be prejudiced by this proposed change to the schedule. For the foregoing reasons, plaintiffs respectfully requests that the Court grant this consent motion for an enlargement if time.

Date: July 5, 2006

Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
(202) 420-2200

*Counsel of Record for*
*Delmarva Power & Light Company and Atlantic City Electric Company*

Of Counsel:
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
(202) 420-2200

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-0034C, into which has been consolidated No. 04-0036C** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

THIS MATTER having come before this Court on Plaintiffs' Consent Motion for Enlargement of Time, and the Court having reviewed the submissions of counsel and the record, it is hereby

ORDERED, that the Plaintiff's Consent Motion for Enlargement of Time is GRANTED and the Court hereby amends the February 27, 2006 scheduling order as follows:

1. By December 15, 2006, plaintiffs shall furnish copies of their expert reports to defendants.
2. By June 19, 2007, defendant shall furnish copies of its expert reports to defendants.
3. By September 28, 2007, all fact and expert discovery, including discovery in connection with any rebuttal reports shall be completed.

ORDERED this ___ day of _______________, 2006.

_______________________________
The Honorable Christine Odell Cook Miller
U.S. Court of Federal Claims Judge

COPIES TO:

Richard J. Conway
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
(202) 420-2200

*Attorneys for Plaintiff*

Harold D. Lester
Joshua Gardner
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530

*Attorney for Defendant*

**CERTIFICATE OF FILING**

I hereby certify that on July 5, 2006, a copy of the foregoing "Plaintiffs' Consent Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
(202) 420-2200
*Counsel of Record for*
*Delmarva Power & Light Company &*
*Atlantic City Electric Company*