# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DELMARVA POWER & LIGHT CO.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Nos. 04-34C & -36C

(Filed July 6, 2006)

## ORDER

Plaintiffs' Consent Motion for an Enlargement of Time filed on July 5, 2006, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. Paragraph 1 of the order entered on February 27, 2006, is modified insofar as by November 30, 2006, plaintiffs, on behalf of the parties, shall file a Status Report on the progress of discovery.

2. Paragraph 2 of the order entered on February 27, 2006, is modified insofar as by December 15, 2006, plaintiffs shall furnish copies of their expert reports to defendant.

3. Paragraph 3 of the order entered on February 27, 2006, is modified insofar as by April 30, 2007, defendant, on behalf of the parties, shall file a Status Report on the progress of discovery.

4. Paragraph 4 of the order entered on February 27, 2006, is modified insofar as by June 19, 2007, defendant shall furnish copies of its expert reports to plaintiffs.

5. Paragraph 5 of the order entered on February 27, 2006, is modified insofar as by September 28, 2007, all fact and expert discovery, including discovery in connection with any rebuttal reports shall be completed. The parties shall agree in advance as to the dates on

which plaintiffs and defendant shall serve their respective rebuttal expert reports in time to allow for any depositions.

s/ Christine O.C. Miller
__________________________________
Christine Odell Cook Miller
Judge