**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DELMARVA POWER & LIGHT COMPANY**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller)** |

**PLAINTIFFS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs Delmarva Power & Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic") respectfully request a forty-five (45) day enlargement of time for the deadlines for expert reports and cutoff of discovery established in the Court's July 6, 2006 scheduling order. Specifically, Plaintiffs request that the December 15, 2006 deadline for plaintiffs' expert reports be extended to January 29, 2007, the June 19, 2007 deadline for defendant's expert reports be extended to August 3, 2007, and that the September 28, 2007 deadline for the completion of discovery be extended to November 12, 2007. Plaintiffs have previously requested extensions to this schedule on January 6, 2006, and July 5, 2006. Counsel for the Government, Joshua Gardner, has represented that the United States consents to the requested extension.

Plaintiffs require an enlargement of time in order to facilitate the preparation of their expert reports. Plaintiffs' experts have recently identified specific areas of their

damages analysis that require further discovery in order to properly develop their expert reports in these cases. First, Plaintiffs' experts need the benefit of several depositions of third parties to supplement prior document discovery efforts. It is Plaintiffs understanding, however, that these individuals cannot be made available for deposition for several weeks. Plaintiffs' experts have also require access to documents gathered by Exelon Corporation and its subsidiaries ("Exelon") which support the figures recovered in Exelon's August 2004 Settlement Agreement with the Government. While these documents had previously been requested in Plaintiffs' October 3rd and 4th, 2005 subpoenas to Exelon, it does not appear that they have been produced. In advance of filing a motion to compel, counsel for Plaintiffs have followed up with a more specific request to Exelon's counsel.

Plaintiffs expect to have further information on these deposition scheduling issues and outstanding document requests shortly, and will include a more complete update on these discovery issues in Plaintiffs' November 30, 2006 Status Report. However, in advance of this Status Report filing, and based on Plaintiffs' anticipated need for additional time to adequately prepare their expert reports, Plaintiffs hereby seek the Courts' indulgence and request a forty-five day enlargement of time. A trial date has not yet been established by the Court, so no party will be prejudiced by this proposed change to the schedule. For the foregoing reasons, Plaintiffs respectfully request that the Court grant this consent motion for an enlargement of time.

Date: November 16, 2007

Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

*Counsel of Record for*
*Delmarva Power & Light Company and Atlantic City Electric Company*

Of Counsel:

Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-0034C, into which has been consolidated No. 04-0036C** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

THIS MATTER having come before this Court on Plaintiffs' Consent Motion for Enlargement of Time, and the Court having reviewed the submissions of counsel and the record, it is hereby

ORDERED, that the Plaintiff's Consent Motion for Enlargement of Time is GRANTED and the Court hereby amends the July 6, 2006 scheduling order as follows:

1. By January 29, 2007, plaintiffs shall furnish copies of their expert reports to defendants.
2. By August 3, 2007, defendant shall furnish copies of its expert reports to defendants.
3. By November 12, 2007, all fact and expert discovery, including discovery in connection with any rebuttal reports shall be completed.

ORDERED this ___ day of _______________, 2006.

_______________________________
The Honorable Christine Odell Cook Miller
U.S. Court of Federal Claims Judge

COPIES TO:

Richard J. Conway
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

*Attorneys for Plaintiff*

Harold D. Lester
Joshua Gardner
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2007, a copy of the foregoing "Plaintiffs' Consent Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine