# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DELMARVA POWER & LIGHT CO.,**

Plaintiffs,

v. Nos. 04-34C & -36C

**THE UNITED STATES,** (Filed Nov. 17, 2006)

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs' Consent Motion for an Enlargement of Time filed on November 16, 2006, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. Paragraph 2 of the order entered on July 6, 2006, is modified insofar as by January 29, 2007, plaintiffs shall furnish copies of their expert reports to defendant.

2. Paragraph 4 of the order entered on July 6, 2006, is modified insofar as by August 3, 2007, defendant shall furnish copies of its expert reports to plaintiffs.

3. Paragraph 5 of the order entered on July 6, 2006, is modified insofar as by November 12, 2007, all fact and expert discovery, including discovery in connection with any rebuttal reports, shall be completed. The parties shall agree in advance as to the dates on which plaintiffs and defendant shall serve their respective rebuttal expert reports in time to allow for any depositions.

s/ Christine O.C. Miller

_______________________________________

Christine Odell Cook Miller
Judge