IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller) |

**PLAINTIFFS' STATUS REPORT ON THE PROGRESS OF DISCOVERY**

Pursuant to the Court's July 6, 2006 Scheduling Order, Plaintiffs Delmarva Power & Light Company and Atlantic City Electric Company respectfully provide the following report on the status of discovery in these consolidated cases. As this Court is aware from Plaintiffs' November 16, 2006 Consent Motion for an Enlargement of Time ("Motion"), Plaintiffs are in the process of seeking third party discovery to support their expert reports, which are scheduled to be exchanged on January 29, 2007.

Plaintiffs' experts, upon reviewing all of the documents produced through discovery to date, have identified specific areas of their damages analysis that require further discovery in order to properly develop their expert reports in these cases. First, Plaintiffs' experts need the benefit of several depositions of third parties to supplement prior document discovery efforts. At the time of the Motion, Plaintiffs were awaiting responses from counsel for Public Service Enterprise Group, Incorporated and its subsidiaries and affiliates ("PSEG"), who were involved in trying the *Northern States*

*Power Company v. United States* matter before Judge Wiese, regarding the availability of certain key individuals for deposition.[1] In particular, Plaintiffs have issued third party subpoenas to depose Dr. Colin J. Loxley and a 30(b)(6) representative of PSEG on several topics including, but not limited to, PSEG's valuation of Salem, Hope Creek, and Peach Bottom. Since the Motion, Plaintiffs have conferred with PSEG's counsel and have issued subpoenas for Dr. Loxley and a corporate representative(s) of PSEG. The proposed deposition dates for those individuals are December 27, 28 and 29, pending the availability of the witnesses.

Plaintiffs' experts have also recently requested access to documents gathered by Exelon Corporation and its subsidiaries ("Exelon") which support the figures recovered in Exelon's August 2004 Settlement Agreement with the Government. While these documents had previously been requested in Plaintiffs' October 3rd and 4th, 2005 subpoenas to Exelon, it does not appear that they have been produced. Counsel for Plaintiffs have followed up with a more specific request to Exelon's counsel. Exelon's counsel has advised that he is seeking the documents from Exelon and that its response is forthcoming.

Plaintiffs are also engaging in additional discovery efforts, including supplementing their prior document production to the Government. Plaintiffs also

---

[1] The Northern States Power Company trial is scheduled to conclude today, November 30, 2006.

anticipate taking additional depositions of third party and Government witnesses over the remainder of the discovery period.

Date: November 30, 2006

Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

*Counsel of Record for*
*Delmarva Power & Light Company and Atlantic City Electric Company*

Of Counsel:
Nicholas W. Mattia, Jr.
Bradley D. Wine
Bernard F. Sheehan
Lisa M. Barbas
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

**NOTICE OF ELECTRONIC FILING**

I hereby certify that on November 30, 2006, a copy of the foregoing "Plaintiffs' Status Report on the Progress of Discovery" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine