**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DELMARVA POWER & LIGHT COMPANY**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES,**<br>**Defendant.** | **No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller)** |

**PLAINTIFFS' CONSENT MOTION TO SUSPEND THE DISCOVERY SCHEDULE**

Plaintiffs Delmarva Power & Light Company and Atlantic City Electric Company (collectively, "Plaintiffs") respectfully request that the Court suspend the discovery schedule as set forth in the Court's July 6, 2006 Scheduling Order, as modified by the Court's November 17, 2006 Order, pending resolution of Defendant's January 5, 2007 Motion to Consolidate, or in the Alternative, for Issuance of a Summons Pursuant to RCFC 14(a) and Notice Pursuant to RCFC 14(b) (hereinafter, "Motion to Consolidate"). Counsel for Defendant, the United States (hereinafter the "Government"), has represented that the Government does not oppose this request. While Plaintiffs require additional time to complete their expert reports due to ongoing third party discovery necessary to the development of the reports, Plaintiffs also believe that a suspension of the schedule is appropriate given the potential impact that consolidation could have on this matter generally, and the discovery schedule in particular.

As this Court is already aware, Plaintiffs are in the process of seeking third party discovery to support their expert reports, which are scheduled to be exchanged on January 29, 2007. At the time of Plaintiffs' most recent Status Report, Plaintiffs were awaiting responses from counsel for Public Service Enterprise Group, Incorporated and its subsidiaries and affiliates ("PSEG"), who were involved in trying the *Northern States Power Company v. United States* matter before Judge Wiese, regarding the availability of certain key individuals for deposition. In particular, Plaintiffs had issued third party subpoenas to depose Dr. Colin J. Loxley and a 30(b)(6) representative of PSEG on several topics including, but not limited to, PSEG's valuation of the Salem, Hope Creek, and Peach Bottom nuclear facilities. At the time of Plaintiffs' Status Report, the proposed deposition dates for those individuals were December 27, 28 and 29, pending the availability of the witnesses. However, due to the unavailability of the witnesses and counsel for PSEG, , theses depositions did not take place until January 9, 10 and 11. Plaintiffs' experts require additional time to review the substance of those depositions, and, if necessary, to pursue additional discovery.

Plaintiffs' experts have also requested access to documents gathered by Exelon Corporation and its subsidiaries ("Exelon") which support the figures recovered in Exelon's August 2004 Settlement Agreement with the Government. As discussed in Plaintiffs' Status Report, these documents had previously been requested in Plaintiffs' October 3rd and 4th, 2005 subpoenas to Exelon, and in a more specific follow-up requests to Exelon's counsel. Exelon's counsel has since provided several spreadsheets

and other relevant documents, but has advised that additional documents will be provided on a rolling basis. These documents are critical and must be reviewed in their entirety prior to completing Plaintiffs' expert reports.

Finally, the Government's Motion to Consolidate presents not only a distraction of resources from expert report preparation, but, if successful, would also require reconsideration of the present discovery schedule. Consolidation with PSEG Nuclear, LLC's case would require all parties to revisit scheduling with respect to discovery generally, and the broader implications of the various motions pending in PSEG Nuclear, LLC's case. In light of this Motion to Consolidate, Plaintiffs respectfully request that the Court suspend the November 17, 2006 Scheduling Order until such time as the Motion to Consolidate has been resolved. Plaintiffs propose that the parties will provide a revised schedule twenty (20) days after a decision on the Motion to Consolidate is issued.

Date: January 16, 2007 Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

*Counsel of Record for*
*Delmarva Power & Light Company and Atlantic City Electric Company*

Of Counsel:

Nicholas W. Mattia, Jr.
Bradley D. Wine
Bernard F. Sheehan
Lisa M. Barbas
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

**NOTICE OF ELECTRONIC FILING**

I hereby certify that on January 16, 2007, a copy of the foregoing "Plaintiffs' Consent Motion to Suspend the Discovery Schedule" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine