# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT CO.,** | | |
| Plaintiffs, | | |
| v. | | Nos. 04-34C & -36C |
| **THE UNITED STATES,** | | (Filed Jan. 18, 2007) |
| Defendant. | | |

## ORDER

Plaintiffs' Consent Motion To Stay Discovery Schedule, filed January 16, 2007, is granted. Accordingly,

**IT IS ORDERED**, as follows:

Paragraphs 1-3 of the order entered on November 17, 2006, are modified insofar as the deadlines are suspended for exchanging copies of expert reports between both plaintiff and defendant and completion of all fact and expert discovery pending resolution of defendant's Motion To Consolidate, or in the Alternative, for Issuance of a Summons Pursuant to RCFC 14(a) and Notice Pursuant to RCFC 14(b), filed January 5, 2007.

s/ Christine O.C. Miller

Christine Odell Cook Miller
Judge