IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | **No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller)** |

## PLAINTIFFS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs Delmarva Power & Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic") respectfully request a nine (9) day enlargement of time from January 22, 2007 to January 31, 2007 to file their response to Defendant's January 5, 2007 Motion to Consolidate, or in the Alternative, for Issuance of a Summons Pursuant to RCFC 14(a) and Notice Pursuant to RCFC 14(b) ("Motion to Consolidate"). This is Plaintiffs' first request for an enlargement. Counsel for the Government, Joshua Gardner, has represented that the United States consents to the requested enlargement of time.

Plaintiffs request an enlargement of time in order to track the briefing schedule on the Motion to Consolidate in *PSEG Nuclear, LLC and Public Service Electric and Gas Company v. United States*, No. 01-551C (Futey, S.J.). Counsel for PSEG Nuclear, LLC and Public Service Electric and Gas Company (collectively, "PSEG") and counsel

for Plaintiffs have attempted to meet and confer on the Motion to Consolidate, but have been unable to due so due to counsel for PSEG's trial schedule.[1] Plaintiffs request its present extension to provide sufficient time for PSEG's counsel and Plaintiffs' counsel to meet and confer on the factual issues and procedural status of their respective cases, thereby allowing better-informed briefs on the Motion to Consolidate. For the foregoing reasons, Plaintiffs respectfully request that the Court grant this consent motion for an enlargement of time.

Date: January 18, 2007

Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

*Counsel of Record for*
*Delmarva Power & Light Company and Atlantic City Electric Company*

Of Counsel:

Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
Lisa M. Barbas
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

[1] PSEG's counsel has been occupied with, amongst other things, the *System Fuels, Inc. v. United States*, No 03-2624C (Braden, J.) trial, oral argument in the *Boston Edison Company v. United States*, No. 99-447C (Lettow, J.), oral argument in *Dismas Charities, Inc. v. United States*, No. 06-825 (Margolis, S.J.), and post-trial briefing in *Northern States Power Co. v. Unites States*, No.98-484C (Wiese, S.J.).

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007, a copy of the foregoing "Plaintiffs' Consent Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine