IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DELMARVA POWER & LIGHT COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A CORRECTED COPY OF PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO CONSOLIDATE OR, IN THE ALTERNATIVE, FOR ISSUANCE OF A SUMMONS PURSUANT TO RCFC 14(a) AND NOTICE PURSUANT TO RCFC 14(b)**

Pursuant to the direction of the Clerk of the United States Court of Federal Claims, Plaintiffs Atlantic City Electric Company and Delmarva Power & Light Company (collectively, "Plaintiffs") hereby move for leave to file a correct copy of "Plaintiffs' Response to Defendant's Motion to Consolidate or, in the Alternative, for Issuance of a Summons Pursuant to RCFC 14(a) and Notice Pursuant to RCFC 14(b)" ("Plaintiffs' Response"). Due to a technical oversight, an incorrect copy of Plaintiffs' Response was filed in error. A corrected copy of Plaintiffs' Response is attached hereto. Plaintiffs note that, pursuant to the Court Order dated February 9, 2004, a true and correct copy of Plaintiffs' Response was provided to chambers and the United States earlier today. Plaintiffs apologize for this oversight and hereby respectfully request that the Motion for Leave be granted, and that the corrected copy attached hereto be substituted for the previous filing.

Date: January 31, 2007

Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

*Counsel of Record for*
*Delmarva Power & Light Company and Atlantic City Electric Company*

Of Counsel:

Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
Lisa M. Barbas
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

Todd Goodman, Esq.
Assistant General Counsel
Conectiv
P. O. Box 231
Wilmington, DE 19899

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on January 31, 2007, a copy of the foregoing "Plaintiffs' Motion for Leave to File a Corrected Copy of Plaintiffs' Response to Defendant's Motion to Consolidate or, in the Alternative, for Issuance of a Summons Pursuant to RCFC 14(a) and Notice Pursuant to RCFC 14(b)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine