IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.04–0034C, into which has |
| v. | ) | been consolidated No. 04-0036C |
| | ) | (Judge Christine Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE, UNDER SEAL, ELECTRONICALLY A COPY OF "PLAINTIFFS' MOTION TO STAY FURTHER PROCEEDINGS PENDING COMPLETION OF BINDING ARBITRATION FILED IN *PSEG NUCLEAR L.L.C. AND PUBLIC SERVICE ELECTRIC AND GAS COMPANY v. UNITED STATES*, No. 01-551C (Fed. Cl.)

Pursuant to the Court's General Order No. 42A, defendant, the United States, respectfully requests leave of the Court to file, under seal, electronically a copy of "Plaintiffs' Motion To Stay Further Proceedings Pending Completion Of Binding Arbitration," with attachments, which the plaintiff filed in a directly-related case, PSEG Nuclear L.L.C. and Public Service Electric and Gas Company v. United States, No. 01-551C (Fed. Cl.), on January 31, 2007 seemingly in response to the Government's motion to consolidate PSEG with this case. Because PSEG Nuclear's motion was filed under seal and because the instant case is designated as an electronic filing case, prior to filing, we require the Court's permission to file a copy of this document, under seal, electronically. Counsel for plaintiffs, Delmarva Power and Light Company and Atlantic City Electric Company (collectively, "Delmarva"), has represented that the plaintiffs will not take a position regarding this filing without having seen PSEG Nuclear's motion. Counsel for PSEG Nuclear has also been notified of this filing.

Pursuant to paragraph 7 of General Order No. 42A, no document to be placed under seal

may be filed electronically unless and until authorized to do so by the Court. Currently pending before the Court is "Defendant's Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b)," which we filed in both this case and PSEG Nuclear on January 5, 2007. PSEG Nuclear has not responded to the Government's motion, but instead has requested a stay of proceedings related to current activities and discussions between PSEG Nuclear and Delmarva. Because PSEG Nuclear contends that the Court apparently should defer consideration of the pending consolidation motion until those activities and discussions are concluded, it is directly relevant to the same consolidation motion pending in this case. Accordingly, we seek leave to inform both the Court and Delmarva of PSEG Nuclear's arguments and to make them part of the record in this case. [1]

Unfortunately, because PSEG Nuclear filed its motion to stay under seal, we cannot provide it to the Court electronically or make it part of the record in this case without an order permitting us to file it electronically under seal. As the Court is aware, a protective order has been entered in this case. Upon the Court's granting of this motion, we will file electronically, under seal, a copy of PSEG Nuclear's Motion to Stay.

For the foregoing reasons, we respectfully request that the Court grant the Government's motion for leave to file, under seal, electronically, a copy of "Plaintiffs' Motion To Stay Further Proceedings Pending Completion Of Binding Arbitration Filed In PSEG Nuclear L.L.C. And Public Service Electric and Gas Company v. United States, No. 01-551C (Fed. Cl.).

---

[1]Because Delmarva did not file a copy of its January 31, 2007, response to the Government's motion to consolidate, which it filed in the instant case, with the Court in PSEG, the Government is seeking leave in PSEG to file a copy of Delmarva's response.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

s/Harold D. Lester Jr.
HAROLD D. LESTER, JR.
Assistant Director

ALAN J. LO RE
STEPHEN FINN
JOHN EKMAN
SCOTT R. DAMELIN
PATRICK B. BRYAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/Joshua E. Gardner by Stephen Finn
JOSHUA E. GARDNER
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7583
Fax: (202) 307-2503

February 9, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 9th day of February, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE, UNDER SEAL, ELECTRONICALLY A COPY OF "PLAINTIFF'S MOTION TO STAY FURTHER PROCEEDINGS PENDING COMPLETION OF BINDING ARBITRATION FILED IN *PSEG NUCLEAR L.L.C. AND PUBLIC SERVICE ELECTRIC AND GAS COMPANY v. UNITED STATES*, No. 01-551C (Fed. Cl.)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn