IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.04–0034C, into which has |
| v. | ) | been consolidated No. 04-0036C |
| | ) | (Judge Christine Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 13 days, to and including February 27, 2007, to reply to "Plaintiffs' Response To Defendant's Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b)," which plaintiff, Delmarva Power & Light Company ("Delmarva"), filed on January 31, 2007. Defendant's response is currently due on February 14, 2007. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiffs has represented that plaintiffs do not oppose this request for an enlargement of time.

This enlargement is necessary to coordinate separate pleadings currently due in response to the Government's "Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b)," which we filed in this case and in PSEG Nuclear L.L.C. v. United States, No. 01-551C (Fed. Cl.), on January 5, 2007. Currently, the Government's reply to the response brief that the plaintiffs filed in this case is due on February 14, 2007. However, the plaintiffs in PSEG Nuclear, instead of filing a response brief, filed a "Motion To Stay Further Proceedings Pending Completion Of Binding

Arbitration," including a request to suspend consideration of consolidation pending the completion of discussions between the PSEG plaintiff and the plaintiffs in this case. The response to PSEG's motion to stay in PSEG Nuclear is due on February 20, 2007, but, for the reasons explained below, we are seeking leave to extend that deadline to February 27, 2007.

To avoid piecemeal and unnecessarily extended briefing on this subject, the Government requests this enlargement to coordinate the reply and response now outstanding between the two cases. Harmonizing the Government's reply to the plaintiff's response in Delmarva with the response to the motion to stay in PSEG Nuclear will also afford the Government the opportunity to respond to all of the arguments made by both Delmarva and PSEG Nuclear in one pleading and reduce the need to file multiple pleadings in response, each of which will require filing in both cases. This coordination will also benefit the Court by reducing the pleadings that the Court needs to review prior to its deliberations. At the present time, the bulk of our resources are focused on a two-week trial in another spent nuclear fuel case that started yesterday, System Fuels, Inc. v. United States, No. 03-2623C (Fed. Cl.), and is scheduled to conclude on February 23, 2007.[1] To allow us to complete those activities, we respectfully request this enlargement.

For the foregoing reasons, defendant respectfully requests that the Court grant the Government's request for an enlargement of time of 13 days to reply to "Plaintiffs' Response To Defendant's Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b)," to and including February 27, 2007.

---

[1]We are also focused on extensive document production requirements in Dairyland Power Cooperative v. United States, No. 04-106C (Fed. Cl.).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Joshua E. Gardner by Stephen Finn
JOSHUA E. GARDNER
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7583
Fax: (202) 307-2503

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN J. LO RE
STEPHEN FINN
JOHN EKMAN
SCOTT R. DAMELIN
PATRICK B. BRYAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

February 13, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 13th day of February, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn