**No. 04-0034C, into which has been consolidated No. 04-0036C**
**(Judge Christine O.C. Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DELMARVA POWER & LIGHT COMPANY,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant.**

---

# PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE SURREPLY

---

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: (202) 420-2200
Fax: (202) 420-2201

Attorney for Plaintiffs

Of Counsel:
Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
Lisa M. Barbas
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006

Todd Goodman, Esq.
Assistant General Counsel
Conectiv
P. O. Box 231
Wilmington, DE 19899

March 2, 2007

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DELMARVA POWER & LIGHT COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller)** |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE SURREPLY**

Plaintiffs Delmarva Power & Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic") (collectively, "Plaintiffs") respectfully request leave of the Court to file a surreply in response to the United States' February 28, 2007 Reply to Delmarva Power and Light Company's Response to Defendant's Motion to Consolidate or, in the Alternative, for Issuance of a Summons Pursuant to RCFC 14(a) and Notice Pursuant to RCFC 14(b) ("Government's Reply"). As previously stated in the parties' briefs, the Government seeks to consolidate this case with PSEG Nuclear, L.L.C. and Public Service Electric and Gas Company v. United States, No. 01-551C (Fed. Cl.) ("PSEG"). Plaintiffs, in their Response filed on January 31, 2007, advanced their arguments opposing consolidation of this case with PSEG on legal, factual, and procedural grounds.

Plaintiffs seek a surreply to address an additional argument the Government has raised for the first time in its reply brief. The Government's Reply refers to issues, raised in the filing offered by PSEG, to which Plaintiffs have had no opportunity to

respond. The arguments raised by PSEG and referred to by the Government are meritless, and Plaintiffs therefore wish to address those arguments before the Court. Because the Government's Reply was filed under seal, Plaintiffs here avoid further specific characterization of those arguments. Though Plaintiffs disagree with the necessity of filing PSEG's initial submission before Judge Futey and the Government's Reply in this matter under seal, Plaintiffs will nevertheless take appropriate precautions to avoid any inadvertent disclosure of sealed material.

Counsel for the Government has been consulted, and the Government does not oppose this motion. Plaintiffs respectfully request a filing date of March 12, 2007 for the requested surreply.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court permit Plaintiffs to file a surreply, on March 12, 2007, in response to the Government's February 28, 2007 Reply to Delmarva Power and Light Company's Response to Defendant's Motion to Consolidate or, in the Alternative, for Issuance of a Summons Pursuant to RCFC 14(a) and Notice Pursuant to RCFC 14(b).

Date: March 2, 2007

Respectfully submitted,

/s/Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

*Counsel of Record for*
*Delmarva Power & Light Company and Atlantic City Electric Company*

Of Counsel:
Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
Lisa M. Barbas
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

Todd Goodman, Esq.
Assistant General Counsel
Conectiv
P. O. Box 231
Wilmington, DE 19899

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on March 2, 2007, a copy of the foregoing "Plaintiffs' Motion for Leave to File Surreply" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A courtesy copy was also sent to Chambers pursuant to the Court's Order dated February 9, 2004.

/s/ Bradley Wine