IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT CO., Plaintiff, | ) | No.04–0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller) |
| v. | ) | |
| THE UNITED STATES, Defendant, | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE A COPY OF THE COURT'S ORDER IN *PSEG NUCLEAR L.L.C. v. UNITED STATES*

Defendant, the United States, respectfully requests leave to file a copy of the Court's order entered on March 6, 2007, in PSEG Nuclear L.L.C. v. United States, No. 01-551C (Fed. Cl.). As the Court is aware, the plaintiffs in that case, PSEG Nuclear L.L.C. and Public Service Electric and Gas Company (collectively "PSEG"), filed a motion to stay on January 31, 2007. The Government, in responding to that motion on February 28, 2007, did not oppose PSEG Nuclear's request, conditional on an equal stay in this case that would parallel the stay there.[1] The Government's pleading in that instance is substantially the same as the Government's reply brief, filed in this case, on the Government's motion to consolidate this case with PSEG Nuclear.

Because the Government's motion to consolidate Delmarva and PSEG Nuclear has not been resolved, the Government believes that the Court should be informed of any orders or pleadings in PSEG Nuclear that may affect the Court's consideration of the Government's motion to consolidate. As we discussed in our reply brief, simultaneous stays are necessary in this case and PSEG Nuclear pending a conclusion to Delmarva and PSEG's dispute resolution

[1/]However, the Government did not concur with PSEG Nuclear's contention that the requested stay was mandated under the Federal Arbitration Act, 9 U.S.C. § 1-9.

which leads to binding arbitration. Def. Reply 25-26. To ensure that the Court is aware of the status of proceedings in the PSEG Nuclear case, we respectfully seek leave to file the attached order from that case.

For the foregoing reasons, we respectfully request that the Court grant the Government's motion for leave to file a copy of the Court's March 6, 2007, order in PSEG Nuclear L.L.C. v. United States, No. 01-551C (Fed. Cl.).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Stephen Finn
STEPHEN FINN
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0466
Fax: (202) 307-2503

OF COUNSEL

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
JOSHUA E. GARDNER
SCOTT R. DAMELIN
PATRICK B. BRYAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

March 13, 2007

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th of March, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENT A COPY OF THE COURT'S ORDER IN *PSEG NUCLEAR L.L.C. v. UNITED STATES*" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s\Stephen Finn