# ATTACHMENT

# In the United States Court of Federal Claims

**No. 01-551C**

**(Filed March 6, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *

**PSEG NUCLEAR, L.L.C.** and
**PUBLIC SERVICE ELECTRIC AND GAS COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On January 5, 2007 Defendant filed a Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b). Plaintiffs' Motion To Stay Further Proceedings Pending Completion Of Binding Arbitration was filed on January 31, 2007, and Defendant's Response To PSEG's Motion To Stay Further Proceedings Pending Completion Of Binding Arbitration was filed on February 28, 2007.

Pursuant to the telephonic conference held on this day, and the above motions, the following is hereby ordered:

1. The proceedings in this case shall be STAYED for a period of ninety (90) days to allow for the completion of the pending binding arbitration between Plaintiffs and the plaintiffs in Delmarva Power & Light Company, No. 04-0034C (Fed. Cl).

2. Plaintiff shall file a status report on or before Wednesday, June 6, 2007 indicating the progress of binding arbitration. If the arbitration concludes earlier, plaintiff shall file a report within seven (7) days of the conclusion of the arbitration.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**