**No. 04-0034C, into which has been consolidated No. 04-0036C**
**(Judge Christine O.C. Miller)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**DELMARVA POWER & LIGHT COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**PLAINTIFFS' MOTION TO FILE, UNDER SEAL, ELECTRONICALLY A COPY OF "PLAINTIFFS' SURREPLY IN RESPONSE TO THE UNITED STATES' FEBRUARY 28, 2007 REPLY TO DELMARVA POWER AND LIGHT COMPANY'S RESPONSE TO DEFENDANT'S MOTION TO CONSOLIDATE OR, IN THE ALTERNATIVE, FOR ISSUANCE OF A SUMMONS PURSUANT TO RCFC 14(A) AND NOTICE PURSUANT TO RCFC 14(B)"**

---

**Richard J. Conway**
**DICKSTEIN SHAPIRO LLP**
**1825 Eye Street, NW**
**Washington, DC 20006**
**Tel: (202) 420-2200**
**Fax: (202) 420-2201**

**Attorney for Plaintiffs**

**Of Counsel:**
**Bradley D. Wine**
**Nicholas W. Mattia, Jr.**
**Bernard F. Sheehan**
**Lisa M. Barbas**
**DICKSTEIN SHAPIRO LLP**
**1825 Eye Street, NW**
**Washington, DC 20006**

**Todd Goodman, Esq.**
**Assistant General Counsel**
**Plaintiffs**
**P. O. Box 231**
**Wilmington, DE 19899**

**March 12, 2007**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DELMARVA POWER & LIGHT COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller)** |

**PLAINTIFFS' MOTION TO FILE, UNDER SEAL, ELECTRONICALLY A COPY OF "PLAINTIFFS' SURREPLY IN RESPONSE TO THE UNITED STATES' FEBRUARY 28, 2007 REPLY TO DELMARVA POWER AND LIGHT COMPANY'S RESPONSE TO DEFENDANT'S MOTION TO CONSOLIDATE OR, IN THE ALTERNATIVE, FOR ISSUANCE OF A SUMMONS PURSUANT TO RCFC 14(A) AND NOTICE PURSUANT TO RCFC 14(B)"**

Pursuant to the Court's General Order No. 42A, Plaintiffs Delmarva Power & Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic") (collectively, "Plaintiffs"), respectfully request leave of this Court to file, under seal, electronically a copy of "Plaintiffs' Surreply in Response to the United States' February 28, 2007 Reply to Delmarva Power and Light Company's Response to Defendant's Motion to Consolidate or, in the Alternative, for Issuance of a Summons Pursuant to RCFC 14(a) and Notice Pursuant to RCFC 14(b)."

Plaintiffs' surreply brief addresses the same material the Government's reply brief addressed, relating to the "Motion To Stay Further Proceedings Pending Completion Of Binding Arbitration" filed, under seal, by PSEG Nuclear LLC and Public Service Electric and Gas Company ("PSEG"). The Government represented, in its February 27, 2007 motion to file its reply brief under seal, that counsel for PSEG believed that this material should not be disclosed. Because both the Government's reply brief and PSEG's motion were filed under seal, Plaintiffs respectfully request that their prepared surreply be similarly sealed.

Because this case is designated as an electronic filing case, prior to filing, Plaintiffs require the Court's permission to file a copy of this document, under seal, electronically. Pursuant to paragraph 7 of General Order No. 42A, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court. Upon the Court's granting of this motion, Plaintiffs will file electronically, under seal, our surreply brief.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion for leave to file, under seal, electronically, a copy of "Plaintiffs' Surreply in Response to the United States' February 28, 2007 Reply to Delmarva Power and Light Company's Response to Defendant's Motion to Consolidate or, in the Alternative, for Issuance of a Summons Pursuant to RCFC 14(a) and Notice Pursuant to RCFC 14(b)."

Date: March 12, 2007

Respectfully submitted,

/s/ Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

*Counsel of Record for*
*Delmarva Power & Light Company and Atlantic City Electric Company*

Of Counsel:
Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
Lisa M. Barbas
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

Todd Goodman, Esq.
Assistant General Counsel
Plaintiffs
P. O. Box 231
Wilmington, DE 19899

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on March 12, 2007, a copy of the foregoing "Plaintiff's Motion For Leave To File, Under Seal, Electronically, A Copy Of 'Plaintiffs' Surreply in Response to the United States' February 28, 2007 Reply to Delmarva Power and Light Company's Response to Defendant's Motion to Consolidate or, in the Alternative, for Issuance of a Summons Pursuant to RCFC 14(a) and Notice Pursuant to RCFC 14(b)'" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A courtesy copy was also sent to Chambers pursuant to the Court's Order dated February 9, 2004.

/s/ Bradley Wine