**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DELMARVA POWER & LIGHT COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller)** |

**PLAINTIFFS' MOTION TO FILE, UNDER SEAL, ELECTRONICALLY A COPY OF "PLAINTIFFS' SUPPLEMENTAL BRIEF REQUESTED BY THE COURT'S MARCH 27, 2007 ORDER TO SHOW CAUSE"**

Pursuant to the Court's General Order No. 42A, Plaintiffs Delmarva Power & Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic") (collectively, "Plaintiffs"), respectfully request leave of this Court to file, under seal, electronically a copy of "Plaintiffs' Supplemental Brief Requested By the Court's March 27, 2007 Order to Show Cause." Plaintiffs intend to attach and describe confidential documents related to the ongoing arbitration between Plaintiffs and PSEG Nuclear LLC and Public Service Electric and Gas Company ("PSEG"). To protect the confidential nature of these documents, Plaintiffs request that they be permitted to file their supplemental brief under seal.

Because this case is designated as an electronic filing case, prior to filing, Plaintiffs require the Court's permission to file a copy of this document, under seal, electronically. Pursuant to paragraph 7 of General Order No. 42A, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court. Upon the Court's granting of this motion, Plaintiffs will file electronically, under seal, their supplemental brief.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion for leave to file, under seal, electronically, a copy of "Plaintiffs' Supplemental Brief Requested By the Court's March 27, 2007 Order to Show Cause."

Date: April 6, 2007

Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

*Counsel of Record for*
*Delmarva Power & Light Company and Atlantic City Electric Company*

Of Counsel:
Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

Todd Goodman, Esq.
Assistant General Counsel
Plaintiffs
P. O. Box 231
Wilmington, DE 19899

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on April 6, 2007, a copy of the foregoing "Plaintiff's Motion For Leave To File, Under Seal, Electronically, A Copy Of 'Plaintiffs' Supplemental Brief Requested By the Court's March 27, 2007 Order to Show Cause'" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A courtesy copy was also sent to Chambers pursuant to the Court's Order dated February 9, 2004.

/s/ Bradley Wine