**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically filed on April 6, 2007)

**DELMARVA POWER & LIGHT COMPANY,**

And

**ATLANTIC CITY ELECTRIC COMPANY,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

No. 04-34C and No. 04-36C
(Judge Christine O.C. Miller)

# MOTION FOR LEAVE TO FILE RESPONSE TO SHOW CAUSE ORDER

Pursuant to this Court's March 27, 2007 Show Cause Order ("Show Cause Order"), third parties Public Service Electric & Gas Company and PSEG Nuclear, L.L.C. (together "PSEG"), through undersigned counsel, respectfully request leave to respond to this Court's Show Cause Order.

In its Show Cause Order, this Court directed that the Clerk provide a copy to counsel for PSEG. *See* Show Cause Order at 10. PSEG seeks leave to file its response to inform the Court of its position with regard to a stay of this litigation pending arbitration and so that it might note its objection to the characterization of its pre-arbitration conduct by Plaintiffs Delmarva Power & Light Co. ("DP&L") and Atlantic City Electric Co. ("ACE"). A copy of PSEG's proposed filing is attached hereto as Exhibit 1.

For the foregoing reasons, PSEG respectfully requests leave to file a response to the Court's Show Cause Order.

Dated: April 6, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Chu

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiffs
PSEG Nuclear, L.L.C. and
Public Service Electric and Gas Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)