**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DELMARVA POWER & LIGHT COMPANY**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller)** |

# JOINT STATUS REPORT

Pursuant to the Court's April 12, 2007 Order, Plaintiffs Delmarva Power & Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic") respectfully provide the following report on the status of arbitration between Plaintiffs and Public Service Electronic and Gas Company ("PSEG"). After the exchange of briefs and limited discovery, a day-long arbitration hearing was held on Thursday, May 24, 2007, at which time Plaintiffs and PSEG argued Plaintiffs' waiver and laches arguments, as well as arguments pertaining to PSEG's assertion that Delmarva and Atlantic had assigned their claims against the Government to PSEG. At the conclusion of the hearing, the record was closed and the parties were advised that the arbitration Panel would meet on May 31, 2007. A decision from the Panel is anticipated thereafter.

Given that the Government is not a party to these arbitration proceedings, the Government represents that it is not in a position to agree or disagree with the aforementioned representations. The parties will further advise the Court of the Panel's

decision immediately upon its receipt. In light of the stay issued by the Court pursuant to its April 12, 2007 Order, there are no further developments to report at this time.

Date: May 29, 2007

Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200
*Counsel of Record for Delmarva Power & Light Company and Atlantic City Electric Company*

Of Counsel:
Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

s/ Harold D. Lester
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
Joshua E. Gardner
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 307-0226
Fax: (202) 307-2503

*Counsel of Record for the United States*

**NOTICE OF ELECTRONIC FILING**

I hereby certify that on May 29, 2007, a copy of the foregoing "Join Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine