# In the United States Court of Federal Claims

| | |
|---|---|
| **DELMARVA POWER & LIGHT CO.,** Plaintiffs, | |
| v. | Nos. 04-34C & -36C |
| **THE UNITED STATES,** Defendant. | (Filed June 5, 2007) |

## ORDER

Further to the Joint Status Report filed on May 29, 2007,

**IT IS ORDERED**, as follows:

Plaintiff shall file a Status Report on behalf of the parties by June 29, 2007, stating with particularity the status of the arbitration panel's decision.

s/ Christine O.C. Miller

Christine Odell Cook Miller
Judge