**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DELMARVA POWER & LIGHT COMPANY**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller)** |

**STATUS REPORT**

Pursuant to the Court's June 5, 2007 Order, Plaintiffs Delmarva Power & Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic") respectfully provide the following status report regarding the arbitration between Plaintiffs and PSEG Power LLC and PSEG Nuclear LLC (collectively "PSEG") regarding claims relating to the Hope Creek and Salem nuclear facilities. On Wednesday, June 20, 2007, two members of the arbitration panel issued an Opinion and Order in this matter. The third arbitrator issued a separate dissenting opinion. The two opinions are attached hereto. On Friday, June 22, 2007, PSEG filed a complaint in New Jersey Superior Court seeking confirmation of the Opinion and Order.

The acknowledged effect of the Opinion and Order is not to transfer Plaintiffs' claims to PSEG, but to extinguish those claims entirely. Plaintiffs believe that the Opinion and Order is improper both jurisdictionally and substantively. Plaintiffs are currently evaluating their options with respect to the Opinion and Order, and hereby request an additional stay of the claims relating to the Hope Creek and Salem

facilities for a limited period while those options are being evaluated and pursued. With respect to Plaintiffs' claims as they relate to their ownership interests in the Peach Bottom facility (which interests were *not* a subject of the arbitration), Plaintiffs respectfully request that the Court lift its stay and schedule further proceedings at the Court's earliest convenience.

Date: June 29, 2007

Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200
*Counsel of Record for*
*Delmarva Power & Light Company and Atlantic City Electric Company*

Of Counsel:
Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

**NOTICE OF ELECTRONIC FILING**

I hereby certify that on June 29, 2007, a copy of the foregoing "Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Erin L. Webb