# EXHIBIT 3

**DICKSTEINSHAPIRO LLP**

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

April 28, 2007

Honorable Michael B. Mukasey
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas, 21st Floor
New York, NY 10036-6710

John D. Aldock, Esquire
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

C. Michael Loftus, Esquire
Slover & Loftus
1224 Seventeenth Street, N.W.
Washington, DC 20036

Re: PSEG Power LLC et al. and Atlantic City Electric et al. Arbitration Proceedings

Dear Judge Mukasey, Mr. Aldock, and Mr. Loftus:

I am in receipt of Mr. McKay's letter of April 27, 2007 in which he asserts the need for the Panel to convene prior to May 9, 2007, as presently scheduled. With all due respect to Mr. McKay, his letter contains three misstatements which I call to the Panel's attention.

First, Mr. McKay asserts that Judge Christine Miller established a time frame for these arbitration proceedings to proceed. That is not correct. Judge Miller, in her order dated April 12, 2007, instituted a 90 day stay "in order to allow for the completion of the pending binding arbitration" but she did not, and does not have jurisdiction to, direct that the arbitration proceedings be completed in that time period. Indeed, Judge's Miller's order provided for a "Joint Status Report by May 30, 2007, reporting with particularity the status of the arbitration."

Second, Mr. McKay's letter refers to "extension of the time frame established in the arbitration clauses binding on this arbitration (60 days after a meeting of the executives that was held on March 16, 2007)." The arbitration clauses which govern these proceedings state that the arbitration "shall commence no later than sixty (60) days after the meeting [of executives]" but says nothing about the duration of the proceedings.

Finally, Mr. McKay states that it became apparent "last evening" that the parties have vastly different views of the conduct of this proceeding. My clients' position on the conduct of these proceedings could not be clearer and is stated in unambiguous terms in the Amended Arbitration Demand dated April 23, 2007 and transmitted to the Panel on April 25, 2007. That Amended Demand states:

DICKSTEINSHAPIRO LLP

Honorable Michael B. Mukasey
John D. Aldock, Esquire
C. Michael Loftus, Esquire
April 28, 2007
Page 2

> ACE and Delmarva expressly assert that their claim is a threshold issue that goes directly to the jurisdiction of this arbitral panel and, for this reason, must be resolved prior to any consideration by the panel of the merits of PSEG's claims. Moreover, it would be manifestly unfair to claimants if they are required to put their full case on the merits before this arbitral panel, to the benefit of DOE and PSEG, in advance of putting that case before the USCOFC, which has retained jurisdiction over both the delay and scope of assignment issues, and where [ACE and Delmarva] have already invested substantial resources in discovery in preparation for the trial on the merits in that tribunal.

That position was asserted in precisely the same words in the original Arbitration Demand, transmitted to Mr. McKay on April 16, 2006. Whatever the source of Mr. McKay's understanding that all issues, including the merits, would be briefed by May 9, 2007 and heard on May 23, 2007, it did not derive from anything I said or wrote to him on behalf of my clients.

My clients have no desire to make this a protracted proceeding, and we are prepared to adhere to whatever schedule the Panel establishes. However, it is our position that the jurisdictional question is a threshold question which should be decided by the Panel first; and only after a final determination that the Panel has jurisdiction to consider the merits should my clients be required to brief their position on the merits.

These issues are appropriately addressed at the prehearing conference scheduled for May 9, 2007 and there is no need to inconvenience all parties by accelerating that schedule.

Sincerely,

/s/ Frederick M. Lowther

Frederick M. Lowther
(202) 420-2208
lowtherf@dicksteinshapiro.com

FML/fml

cc: Jack McKay