# EXHIBIT 4

**IN THE MATTER OF THE ARBITRATION OF PSE&G ET AL. v. ATLANTIC CITY ELECTRIC COMPANY AND DELMARVA POWER & ELECTRIC**

**SCHEDULING ORDER**

As determined at a hearing on May 9, 2007, the parties will adhere to the following schedule:

1. Briefs addressing whether arbitrability is for the court or the panel, arbitrability itself and whether arbitration is barred by waiver or laches, will be submitted by May 15, 2007 at 5:00 p.m.; reply briefs addressing those issues by May 17, 2007 at 5:00 p.m.

2. The arbitrators will hold a conference call on May 18, 2007 at 3:00 p.m. to discuss the above issues.

3. Unless the parties are notified that the arbitrators have decided tentatively that the substantive claims herein should be dismissed or stayed, they will submit briefs on the merits by May 21, 2007 at 5:00 p.m.; reply briefs on the merits by May 23, 2007 at 10:00 a.m.

4. Page limits will be as the parties have agreed – 25 pages for principal briefs and 20 pages for reply briefs. Each brief will have a table of contents and a table of authorities; the parties will provide copies of authorities with their briefs.

5. The panel will hear oral argument on May 24, 2007 at 10:00 a.m. at the offices of Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York 10036, as to whichever issues have been briefed.

Dated: May 9, 2007
New York, New York

Michael B. Mukasey

John D. Aldock

C. Michael Loftus