# EXHIBIT 5

**Owens, Jo**

---

**From:** Owens, Jo
**Sent:** Friday, June 29, 2007 11:11 AM
**To:** Owens, Jo
**Subject:** FW: PSE&G v. Delmarva et ano.

---

**From:** Mukasey, Michael B. (x2900) [mailto:mbmukasey@pbwt.com]
**Sent:** Friday, May 18, 2007 4:05 PM
**To:** Lowther, Frederick; McKay, Jack
**Cc:** Aldock, John D.; cml@sloverandloftus.com; Sitwala, Ravi V. (x7623)
**Subject:** PSE&G v. Delmarva et ano.

The panel requests that the parties proceed to brief the merits on the schedule previously agreed to.
M.B. Mukasey

---------------------------------------------
Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

---------------------------------------------

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

==============================================================================