# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DELMARVA POWER & LIGHT CO., and** *
**ATLANTIC CITY ELECTRIC CO.,**

Plaintiffs, *

v. * Nos. 04-34C & 04-36C

**THE UNITED STATES,** * (Filed July 20, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to RCFC 7.2(a), third parties PSEG Nuclear, LLC's and Public Service Electric and Gas Company's Motion for Leave To Intervene for the Limited Purpose of Opposing Plaintiffs' Motion To Vacate Arbitration Award filed on July 19, 2006, shall be expedited. Accordingly,

**IT IS ORDERED,** as follows:

Defendant and plaintiffs shall file their responses by July 25, 2006. The court will rule without a reply.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge