**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DELMARVA POWER & LIGHT COMPANY**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller)** |

**PLAINTIFFS' RESPONSE TO PSEG NUCLEAR, LLC'S AND PUBLIC SERVICE AND GAS COMPANY'S MOTION FOR LEAVE TO INTERVENE**

Pursuant to the Court's July 20, 2007 Order, Plaintiffs Delmarva Power & Light Company ("Delmarva") and Atlantic City Electric Company ("Atlantic"), by their undersigned counsel, hereby respond to PSEG Nuclear LLC's and Public Service and Gas Company's (collectively "PSEG") Motion for Leave to Intervene for the Limited Purpose of Opposing Plaintiff's Motion to Vacate Arbitration Award (the "Motion"). Plaintiffs do not oppose the Motion and intend to reply to the arguments contained in the Opposition brief appended thereto within the timeframe permitted by the Court's rules.

Date: July 25, 2007

Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200
*Counsel of Record for*
*Delmarva Power & Light Company and Atlantic City Electric Company*

Of Counsel:
Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

**NOTICE OF ELECTRONIC FILING**

I hereby certify that on July 25, 2007, a copy of the foregoing "Plaintiffs' Response to PSEG Nuclear, LLC's and Public Service and Gas Company's Motion for Leave to Intervene" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley D. Wine