# In the United States Court of Federal Claims

| | |
|---|---|
| **DELMARVA POWER & LIGHT CO. and ATLANTIC CITY ELECTRIC CO.,** | |
| Plaintiffs, | |
| v. | No. 04-34C & -36C |
| **THE UNITED STATES,** | (Filed July 30, 2007) |
| Defendant. | |

## ORDER

PSEG Nuclear, LLC and Public Service Electric and Gas Company ("PSEG"), on July 19, 2007 filed a Motion for Leave To Intervene for the Limited Purpose of Opposing Plaintiffs' Motion To Vacate Arbitration Award. Pursuant to order entered on July 20, 2007, plaintiffs and defendant on July 25, 2007, filed their respective responses. Neither plaintiffs nor defendant oppose the motion, although defendant asks for clarification of the order entered on April 12, 2007, consolidating the two cases for a limited purpose. Accordingly,

**IT IS ORDERED**, as follows:

1. PSEG's motion to file a brief is granted, and PSEG shall file its brief by August 8, 2007. Plaintiffs may file a reply by August 17, 2007.

2. Paragraph 1 of the order entered on April 12, 2007, consolidated the two cases for the limited purpose of resolving the arbitrability of the transfer of claim and the effect of an arbitration award and for no other purpose.

3. Argument on plaintiffs' motion to vacate arbitration award shall be held at 3:00 p.m. on Wednesday, August 22, 2007, in the Howard T. Markey National Courts Building.

s/ Christine O.C. Miller

__________________________________

Christine Odell Cook Miller
Judge