# EXHIBIT

# H

CLERK OF SUPERIOR COURT
SUPERIOR COURT OF N.J.
MERCER COUNTY
RECEIVED AND FILED
JUL 02 2007

Law Office of William E. Frese
80 Park Plaza, T5D
P.O. Box 570
Newark, New Jersey 07101
(973-)430-8200
Attorney for Plaintiffs
PSEG Power, LLC and
PSEG Nuclear, LLC

| | |
|---|---|
| PSEG POWER, LLC, and PSEG NUCLEAR, LLC,<br><br>Plaintiffs,<br><br>Vs.<br><br>ATLANTIC CITY ELECTRIC CO. And DELMARVA POWER AND LIGHT CO.<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION-MERCER COUNTY – GENERAL EQUITY PART<br>DOCKET NO.: C-59-07<br><br>**ORDER TO SHOW CAUSE** |

**THIS MATTER** having been opened to the Court by Law Offices of William E. Frese, attorneys for the Plaintiffs, PSEG Power, LLC and PSEG Nuclear, LLC, seeking relief by way of summary action pursuant to *R.* 4:67-1(a), based upon the facts set forth in the verified complaint filed herewith; and the Court having determined that this matter may be commenced by order to show cause as a summary proceeding pursuant to N.J.S.A. 2A:23B-22 and for good cause shown.

**IT IS** on this 2nd day of ~~June~~ JULY, 2007, ***ORDERED*** that Defendants, Atlantic City Electric Company and Delmarva Power and Light Company, appear and show cause on the

9th day of AUGUST, 2007 before the Superior Court at the Mercer County Courthouse * in Trenton, New Jersey at 2 P.M. o'clock in the after noon, or as soon thereafter as counsel can be heard, why judgment should not be entered:

A. Confirming the arbitration award entered by the arbitration panel on June 20, 2007, pursuant to 9 U.S.C. § 9 or, in the alternative;

B. Confirming the arbitration award entered by the arbitration panel on June 20, 2007, pursuant to N.J.S.A. 2A:23B-22.

C. Granting such other relief as the court deems equitable and just;

And it is further *ORDERED*

1. A copy of this order to show cause, verified complaint and all supporting affidavits or certifications be served upon the defendants personally within SEVEN (7) days of the date hereof, in accordance with *R.* 4:4-3 and *R.*4:4-4, this being original process.

2. The plaintiffs must file with the court their proof of service of the pleadings on the defendants no later than three (3) days before the return date.

3. Defendants shall file and serve a written answer and any opposition including brief to this order to show cause and the relief requested in the verified complaint and proof of service of the same by JULY 23, 2007. The answer and opposition must be filed with the Clerk of the Superior Court in the county listed above and a copy of the papers must be sent directly to the chambers of Honorable Neil H. Shuster, P.J.Ch..

*STREET ADDRESS:
210 South Broad St.
5th Floor
Trenton NJ

MAILING ADDRESS:
P.O. BOX 8068,
TRENTON NJ
08650

4. The plaintiffs must file and serve any written reply and brief to the defendant's order to show cause opposition by JULY 30, 2007. The reply papers must be filed with the Clerk of the Superior Court in the county listed above and a copy of the reply papers must be sent to the chambers Honorable Neil H. Shuster, P.J.Ch.

5. If defendants do not file and serve opposition to this order to show cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that the plaintiff files a proof of service and a proposed form of order at least three days prior to the return date.

6. If the plaintiff has not already done so, a proposed form of order and addressing the relief sough on the return date (along with a self-addressed return envelope with return address and postage) must be submitted to the court no later than three (3) days before the return date.

7. Defendants take notice that the plaintiffs have filed a lawsuit against you in the Superior Court of New Jersey. The verified complaint attached to this order to show cause states the basis of this lawsuit. If you dispute this complaint, you, or your attorney, must file a written answer, answering affidavit or a motion returnable on the return date to the order to show cause and proof of service before the return date of the order to show cause.

These documents must be filed with the Clerk of the Superior Court in the county listed above. A list of these offices is provided. Include a $ 135.— filing fee payable to the "Treasurer State of New Jersey." You must also send a copy of your answer and opposition to the plaintiffs' attorney whose name and address appear

above, or to the plaintiffs, if no attorney is named above. A telephone call will not protect your rights; you must file and serve your answer, answering affidavit or motion (with the fee) or judgment may be entered against you by default.

8. If you cannot afford an attorney, you may call the Legal Services office in the county in which you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

8. The Court will entertain argument, but not testimony, on the return date of the order to show cause, unless the court and parties are advised to the contrary no later than _______ days before the return date.

Honorable Neil H. Shuster, P.J.Ch.