# EXHIBIT

# J

**IN THE MATTER OF THE ARBITRATION OF:**

| | |
|---|---|
| **ATLANTIC CITY ELECTRIC CO. and DELMARVA POWER AND LIGHT CO.,** | ) |
| **Claimants,** | ) |
| **v.** | ) |
| **PSEG POWER LLC and PSEG NUCLEAR LLC,** | ) |
| **Respondents.** | ) |

ATLANTIC CITY ELECTRIC CO. AND DELMARVA POWER AND LIGHT CO.'S FIRST SET OF INTERROGATORIES TO PSEG POWER LLC AND PSEG NUCLEAR LLC

Atlantic City Electric Co. and Delmarva Power and Light Co (ACE/Delmarva) hereby propound to PSEG Power LLC and PSEG Nuclear LLC ("PSEG") their First Set of Interrogatories. ACE/Delmarva respectfully requests that PSEG answer each of the following Interrogatories separately and fully in writing within seven (7) days after receipt hereof.

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

At p. 3 of PSEG's Arbitration Demand dated April 5, 2007, PSEG states:

> [ACE/Delmarva's] consolidated suit . . . is interfering with PSEG's suit against DOE because the government has refused to settle PSEG's suit without a concurrent settlement of [ACE/Delmarva's] claims.

(A) Please state what specific agency or agencies are referred to by the term "the government";

(B) Please provide the names of each person within each such agency who has made the above-referenced statement attributed to "the government," and the title or official position of each such person;

(C) Please provide the names of each person employed by or representing PSEG in any capacity to whom statements identified in the responses to this Interrogatory 1 were made, or who participated in discussions identified herein;

(D) Please state, as precisely as possible, the statement(s) or discussion(s) reflecting the government's above-stated position, and provide the exact date of each such statement or discussion and the names of all persons involved in that statement or discussion. To the extent that exact dates are not known, please state whether:

(i) Any such statements or discussions occurred on or before October 6, 2006 and the approximate date(s) thereof;

(ii) Any such statements or discussions occurred between October 6, 2005 and November 4, 2005 and the approximate date(s) thereof;

(iii) Any such statements or discussions occurred between November 5, 2005 and January 31, 2007 and the approximate date(s) thereof;

(E) Please state whether there are any written or electronic documents, including email messages, reflecting the government's above-stated position or any of the statements or discussions identified above, and provide copies of all such documents.

(F) Please state whether PSEG has responded to any of the statements, discussions or documents identified in responses 1-A to 1-E above, orally, electronically or in writing, and identify:

(i) the person(s), by name and title or position, making such response(s);

(ii) the person(s), by name and title or position, to whom such response(s) were addressed;

(iii) the substance of such responses; and

(iv) the exact date(s) of such responses or, if the exact date(s) cannot be recalled, the approximate date(s) using the time periods set forth in Interrogatory 1-D above;

and provide copies of all documents identified in the responses to this Interrogatory No. 1-F.

**INTERROGATORY NO. 2**

At p. 3 of PSEG's Arbitration Demand dated April 5, 2007, PSEG states:

> Additionally, the government has made plain that it intends to argue that any recovery by PSEG in its suit against DOE must be reduced or offset by any eventual recovery of [ACE/Delmarva] and that in any settlement with PSEG, anything paid to [ACE/Delmarva] would come from money otherwise available to be paid to PSEG.

(A) Please state what specific agency or agencies are referred to by the term "the government";

(B) Please provide the names of each person within each such agency who has made the above-referenced statements attributed to "the government," and the title or official position of each such person;

(C) Please provide the names of each person employed by or representing PSEG in any capacity to whom statements identified in the responses to this Interrogatory 2 were made, or who participated in discussions identified herein;.

(D) Please state, as precisely as possible, the statement(s) or discussion(s) reflecting the government's above-stated positions, and provide the exact date of each such statement or discussion and the names of all persons involved in that statement or discussion. To the extent that exact dates are not known, please state whether:

(i) Any such statements or discussions occurred on or before October 6, 2006 and the approximate date(s) thereof;

(ii) Any such statements or discussions occurred between October 6, 2005 and November 4, 2005 and the approximate date(s) thereof;

(iii) Any such statements or discussions occurred between November 5, 2005 and January 31, 2007 and the approximate date(s) thereof;

(E) Please state whether there are any written or electronic documents, including email messages, reflecting the government's above-stated positions or any of the statements or discussions identified above, and provide copies of all such documents.

(F) Please state whether PSEG has responded to any of the statements, discussions or documents identified in responses 2-A to 2-E above, orally, electronically or in writing, and identify:

(i) the person(s) , by name and title or position, making such response(s);

(ii) the person(s), by name and title or position, to whom such response(s) were addressed;

(iii) the substance of such responses; and

(iv) the exact date(s) of such responses or, if the exact date(s) cannot be recalled, the approximate date(s) using the time periods set forth in Interrogatory 2-D above;

and provide copies of all documents identified in the responses to this Interrogatory No. 2-F.

**INTERROGATORY NO. 3**:

PSEG's Arbitration Demand makes clear, *passim*, that the only transactions which are the subject of this arbitration are those involving the Hope Creek Nuclear Generating Station ("Hope Creek") and the Salem Nuclear Generating Station ("Salem"). On the same date on which the Hope Creek and Salem transactions occurred (*to wit*, September 27, 1999), ACE/Delmarva also sold their interests in the Peach Bottom Nuclear Generating Station ("Peach Bottom") to PSEG. Please state whether, in any of the statements or discussions with "the government" or in any documents identified to in responses to Interrogatories 1 and 2, there was any reference to the Peach Bottom plant or the Peach Bottom transaction. If the answer is yes:

(A) Please provide the details of such statements and discussions, including the exact dates (or if the exact dates cannot be recalled, the approximate dates using the time periods set forth in Interrogatory 1-D above) and the persons (including titles or official positions) involved.

(B) Please provide copies of any and all documents which reflect the statements or discussions identified in response to Interrogatory 3-A.

DATED: April 23, 2007

DICKSTEIN SHAPIRO LLP

By [signature]
Frederick M. Lowther



DSMDB-2248647v01