IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELMARVA POWER & LIGHT COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller) |

**MOTION OF THE PLAINTIFFS TO PERMIT**
**FREDERICK M. LOWTHER TO APPEAR *PRO HAC VICE***

Pursuant to Rule 83.1(a) of the Rules of the United States Court of Federal Claims, the Plaintiffs hereby request this Court to grant permission to Attorney Frederick M. Lowther to appear *pro hac vice* in the above entitled proceeding. Mr. Lowther will assist the undersigned in the upcoming oral argument scheduled on August 22, 2007, and is a partner in the undersigned's law firm. In support of this motion, the Plaintiffs offer the accompanying Affidavit of Frederick M. Lowther incorporated herein by reference, and state as follows:

1. Frederick M. Lowther is a partner at the law firm of Dickstein Shapiro LLP, 1825 Eye Street, NW, Washington, DC 20006. Mr. Lowther is a member in good standing of the bars of New York, Pennsylvania, and the District of Columbia. There are no disciplinary proceedings pending against Mr. Lowther in any jurisdiction.

2. Attorney Richard J. Conway of the law firm of Dickstein Shapiro LLP, and a member of the bar of this Court, at all times will act as attorney of record in this matter.

3. No prejudice to the Defendant will result from the allowance of this motion.

**WHEREFORE,** the Plaintiffs request that this Court grant Frederick M. Lowther permission to appear before this Court for the purposes of this case only.

Date: August 13, 2007

Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200
*Counsel of Record for*
*Delmarva Power & Light Company and Atlantic City Electric Company*

Of Counsel:
Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DELMARVA POWER & LIGHT COMPANY<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller) |

**AFFIDAVIT OF FREDERICK M. LOWTHER**
**IN SUPPORT OF MOTION *PRO HAC VICE***

I, Frederick M. Lowther, Esq., of full age, hereby certify as follows:

1. I am a member of good standing of the bar of the highest court of the District of Columbia, having been admitted in 1973, where I principally practice law. I am also admitted to practice in the highest courts of the State of New York, since 1969, and the Commonwealth of Pennsylvania, since 1970. I have personal knowledge of the facts stated herein.

2. I am a member of the law firm of Dickstein Shapiro, LLP, 1825 Eye Street NW, Washington, DC 20006.

3. No disciplinary proceedings are pending against me in any jurisdiction, nor has any previous discipline been imposed on me.

Signed under the penalties of perjury this 13th day of August, 2007.

Frederick M. Lowther
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
202-420-2208
LowtherF@dicksteinshapiro.com

DATED: August 13, 2007

**NOTICE OF ELECTRONIC FILING**

I hereby certify that on August 13, 2007, a copy of the foregoing "Motion of the Plaintiffs to Permit Frederick M. Lowther to Appear *Pro Hac Vice*" and the accompanying "Affidavit of Frederick M. Lowther in Support of Motion *Pro Hac Vice*" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley D. Wine