**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DELMARVA POWER & LIGHT COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 04-0034C, into which has been consolidated No. 04-0036C (Judge Christine Miller)** |

**MOTION FOR LEAVE TO FILE CORRECTED COPY OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE ARBITRATION RULING**

Pursuant to the direction of the Clerk of the United States Court of Federal Claims, Plaintiffs Atlantic City Electric Company and Delmarva Power & Light Company (collectively, "Plaintiffs") hereby move for leave to file a correct copy of "Plaintiffs' Reply in Support of Plaintiffs' Motion to Vacate Arbitration Ruling" ("Plaintiffs' Reply"). A copy of Plaintiffs' Reply that did not include a table of contents or table of authorities was filed in error. A corrected copy of Plaintiffs' Reply, including a table of contents and table of authorities pursuant to RCFC 5.2(a)(3), is attached hereto. Plaintiffs apologize for this oversight and hereby respectfully request that the Motion for Leave be granted, and that the corrected copy attached hereto be substituted for the previous filing.

Date: August 20, 2007

Respectfully submitted,

/s/Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

*Counsel of Record for*
*Delmarva Power & Light Company and*
*Atlantic City Electric Company*

Of Counsel:

Frederick M. Lowther
Beth L. Webb
Nicholas W. Mattia, Jr.
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200

Todd Goodman, Esq.
Assistant General Counsel
Conectiv
P. O. Box 231
Wilmington, DE 19899

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on August 20, 2007, a copy of the foregoing "Motion for Leave to File a Correct Copy of Plaintiffs' Reply in Support of Plaintiffs' Motion to Vacate Arbitration Ruling" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A courtesy copy was also sent to Chambers pursuant to the Court's Order dated February 9, 2004. Copies were also served upon counsel for plaintiffs and counsel for defendant in *PSEG Nuclear, L.L.C. v. United States*, No. 01-551C (Fed. Cl. filed Jan. 26, 2001).

/s/Erin L. Webb