**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on August 21, 2007)

| | | |
|---|---|---|
| **DELMARVA POWER & LIGHT CO.,** | ) | |
| **and ,** | ) | |
| **ATLANTIC CITY ELECTRIC CO.** | ) | |
| Plaintiffs, | ) | |
| v. | ) | Nos. 04-34C & 04-36C<br>(Judge Christine O.C. Miller) |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**NOTICE OF ADDITIONAL AUTHORITY**

PSEG Nuclear, LLC and Public Service Electric and Gas Company (collectively "PSEG"), by and through the undersigned counsel, respectfully submit as additional authority the attached order and memorandum decision from the Superior Court of New Jersey in *PSEG Power, LLC & PSEG Nuclear, LLC v. Atlantic City Electric Co. & Delmarva Power & Light Co.*, No. C-59-07. On August 20, 2007, the Superior Court denied the request of Delmarva Power & Light Company and Atlantic City Electric Company to stay proceedings on PSEG's motion to confirm the arbitration award of June 20, 2007 until a decision by this Court on the pending Motion to Vacate and the termination of any related appeals.

Dated: August 21, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for
PSEG Nuclear, L.L.C. and
Public Service Electric and Gas Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)