# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DELMARVA POWER & LIGHT CO. and ATLANTIC CITY ELECTRIC CO.,** *
*
Plaintiffs, *

v. * Nos. 04-34C & -36C

**THE UNITED STATES,** * (Filed Aug. 22, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the argument held this date on plaintiffs' motion to vacate the arbitration ruling,

**IT IS ORDERED**, as follows:

The court has determined to defer the entry of an order calling for a Joint Status Report proposing a schedule for further proceedings.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge