**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on August 23, 2007)

| | |
|---|---|
| **DELMARVA POWER & LIGHT CO.,** | |
| **and** , | |
| **ATLANTIC CITY ELECTRIC CO.** | |
| Plaintiffs, | |
| v. | Nos. 04-34C & 04-36C (Judge Christine O.C. Miller) |
| **THE UNITED STATES,** | |
| Defendant. | |

**NOTICE OF FILING OF PURCHASE AGREEMENTS**

Per the Court's request during the August 22, 2007 oral argument, PSEG Nuclear, LLC and Public Service Electric and Gas Company (collectively "PSEG"), by and through the undersigned counsel, respectfully submit three purchase agreements: (1) the purchase agreement by and between Atlantic City Electric Company and PSEG Power, LLC regarding the Hope Creek nuclear station, as used by counsel for PSEG during the oral argument held on August 22 and designated by the Court as "Exhibit A" (Attachment 1); (2) the purchase agreement by and between Delmarva Power & Light Company and PSEG Power, LLC regarding the Salem nuclear station (Attachment 2); and (3) the purchase agreement by and between Atlantic City Electric Company and PSEG Power, LLC regarding the Salem nuclear station (Attachment 3).

Dated: August 23, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for
PSEG Nuclear, L.L.C. and
Public Service Electric and Gas Company

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)