DICKSTEINSHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

August 23, 2007

**VIA ELECTRONIC MAIL AND HAND DELIVERY:**

The Honorable Christine O.C. Miller
United States Court of Federal Claims
717 Madison Place, NW
Washington, DC 20005

Re: *Delmarva Power & Light Company v. United States, No. 04- 0034 & 04-0036*

Dear Judge Miller:

We have received and reviewed "Defendant's Notice Regarding the Assignment of Plaintiffs' Claims, in Response to the Court's Inquiries During the Parties' Hearing on August 22, 2007."

In light of the extensive briefing that has already taken place in this case, we request that the Court advise the parties as to how the Court wishes to proceed concerning Defendant's Notice.

Respectfully,

s/ Richard J. Conway

Richard J. Conway
Phone: (202) 420-2235
Fax: (202) 822-9544
conwayr@dicksteinshapiro.com

cc: counsel of record via ECF and electronic mail