# In the United States Court of Federal Claims

**Nos. 04-34 C & 04-36 C**

**DELMARVA POWER & LIGHT CO., AND**
**ATLANTIC CITY ELECTRIC CO.,**
**Plaintiffs,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**PSEG NUCLEAR, LLC, AND PUBLIC**
**SERVICE ELECTRIC AND GAS CO.,**
**Limited Purpose Intervenor-Defendants.**

Pursuant to the court's Published Memorandum Opinion and Order, filed November 13, 2007, granting defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant. No costs.

Brian Bishop
Clerk of Court

**November 16, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.