#06 73 71

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Case Numbers 04-34C & 04-36C

FILED
NOV 16 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **DELMARVA POWER & LIGHT COMPANY and ATLANTIC CITY ELECTRIC COMPANY** | ) |
| Plaintiffs, | ) |
| **v.** | ) |
| **THE UNITED STATES,** | ) **NOTICE OF APPEAL** |
| Defendant, | ) |
| **and** | ) |
| **PSEG NUCLEAR , LLC, and PUBLIC SERVICE ELECTRIC AND GAS CO.,** | ) |
| Limited purpose Intervenor-Defendants. | ) |

US COURT OF FEDERAL CLAIMS
2007 NOV 15 PM 12:58

Notice is hereby given that Delmarva Power & Light Company and Atlantic City Electric Company, Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the order granting defendant's motion for summary judgment entered in this action on November 13, 2007.

Date: November 15, 2007

Respectfully submitted,

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200
*Counsel of Record for*
*Delmarva Power & Light Company and Atlantic City Electric Company*

Of Counsel:
Bradley D. Wine
Nicholas W. Mattia, Jr.
Bernard F. Sheehan
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200